Dale E. Boewe
CIM - MSF  CDC V45728
P.O. Box 600
Chino, CA 91708

FILED

2008 MAY 21 PM 3:01

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___Rm___ DEPUTY

2354    1983
FILING FEE PAID
Yes ___  No ___
IFP MOTION FILED
Yes ___  No ___
COPIES SENT TO
Court ___  ProSe ___

In The United States District Court
For The Southern District of California.

Dale E. Boewe,
    Plaintiff,

vs.

Dr. Hill, et. al.,
    Defendants.

Case Number:

'08 CV 0903 L PCL
Complaint Under The
Civil Rights Act
42 U.S.C. § 1983.

A. Jurisdiction:
   Jurisdiction is invoked pursuant to:


B. Parties:
1. Plaintiff: This complaint alleges that the Civil rights
of plaintiff, Dale E. Boewe, who presently resides at the
California Institution for Men in Chino, CA were violated
by the actions of the below named individuals. The actions
were directed against plaintiff at the California
Institution for Men in Chino, CA and the California State
Prison in Lancaster, CA on/about 5 Jan 07 and continuing.

2. Defendants:

2.1 Defendant Dr. Hill resides in San Bernardino County and
is employed as a podiatrist at the California Institution
for Men in Chino, CA. This defendant is sued in his individual
and official capacity. This defendant was acting under color
of state law when he intentionally disregarded and failed

P. 1 of 23 Complaint.

To perform his sworn medical duties.

2.2 Defendant Dr. Alleyne resides in Los Angeles County and is employed as a medical doctor at the California State Prison in Lancaster, CA. This defendant is sued in his/her individual and official capacity. This defendant was acting under color of state law when he/she intentionally disregarded and failed to perform his/her sworn medical duties.

2.3 Defendant _____ resides in Los Angeles County and is employed as the custodian of medical records at the California State Prison in Lancaster, CA. This defendant is sued in his/her individual and official capacity. This defendant was acting under color of state law when he/she intentionally allowed confidential medical records to be thrown away in the trash.

2.4 Defendant _____ resides in San Bernardino County and is employed as the chief medical officer at the California Institution for Men in Chino, CA. This defendant is sued in his/her individual and official capacity. This defendant was acting under color of state law when he/she intentionally disregarded the fact a podiatrist was not available at CIM-MSF.

2.5 Defendant _____ resides in Los Angeles County and is employed as a receiving and release sgt at the California State Prison in Lancaster, CA. This defendant is sued in his/her individual and official capacity. This defendant was acting under color of state law when he/she intentionally disregarded the medical needs of the plaintiff by throwing away plaintiff's medical supplies.

2.6 Defendant Sgt Sharp resides in San Bernardino County and is employed as a receiving and release sgt at the California Institution for Men in Chino, CA. This defendant is sued in his/her individual and official capacity. This defendant was acting under color of state law when he/she intentionally prevented medical equipment from being

ISSUED TO THE PLAINTIFF.

2.7 DEFENDANT DR. GALHLY (GHALY) (GALHY) RESIDES IN SAN BERNARDINO COUNTY AND IS EMPLOYED AS A PODIATRIST AT THE CALIFORNIA INSTITUTION FOR MEN IN CHINO, CA. THIS DEFENDANT IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY. THIS DEFENDANT WAS ACTING UNDER COLOR OF STATE LAW WHEN HE INTENTIONALLY PREVENTED PLAINTIFF FROM RECEIVING NECESSARY MEDICAL CARE IN VIOLATION OF HIS SWORN DUTIES AS A MEDICAL DOCTOR.

2.8 DEFENDANT J.Y. FELIX RESIDES IN SAN BERNARDINO COUNTY AND IS EMPLOYED AS A CORRECTIONAL COUNSELOR AT THE CALIFORNIA INSTITUTION FOR MEN IN CHINO, CA. THIS DEFENDANT IS SUED IN HER INDIVIDUAL AND OFFICIAL CAPACITY. THIS DEFENDANT WAS ACTING UNDER COLOR OF STATE LAW WHEN SHE INTENTIONALLY DISREGARDED PLAINTIFFS MEDICAL NEEDS AND CONCERNS AND FALSIFIED A DOCUMENT PERTAINING TO THE PLAINTIFF.

2.9 DEFENDANT B. LEMASTER RESIDES IN SAN BERNARDINO COUNTY AND IS EMPLOYED AS THE APPEALS COORDINATOR AT THE CALIFORNIA INSTITUTION FOR MEN IN CHINO, CA. THIS DEFENDANT IS SUED IN HIS/HER INDIVIDUAL AND OFFICIAL CAPACITY. THIS DEFENDANT WAS ACTING UNDER COLOR OF STATE LAW WHEN HE/SHE EXCEEDED HIS/HER AUTHORITY BY REWRITING OVER A DOCTORS ORDER AND PREVENTED PLAINTIFF FROM FILING ADMINISTRATIVE APPEALS.

2.10 DEFENDANT C. DALE RESIDES IN SAN BERNARDINO COUNTY AND IS EMPLOYED AS THE TRUST ACCOUNT OFFICER AT THE CALIFORNIA INSTITUTION FOR MEN IN CHINO, CA. THIS DEFENDANT IS SUED IN HIS/HER INDIVIDUAL AND OFFICIAL CAPACITY. THIS DEFENDANT WAS ACTING UNDER COLOR OF STATE LAW WHEN HE/SHE INTENTIONALLY TOOK FUNDS OUT OF PLAINTIFF'S ACCOUNT AND DID NOT REPLACE IT ONCE IT WAS DISCOVERED SUCH WITHDRAWING OF FUNDS WAS NOT AUTHORIZED.

2.11 DEFENDANT LT. SAMS RESIDES IN SAN BERNARDINO COUNTY AND IS EMPLOYED AS A CORRECTIONAL LT. AT THE CALIFORNIA INSTITUTION FOR MEN IN CHINO, CA. THIS DEFENDANT IS SUED IN HIS/HER INDIVIDUAL AND OFFICIAL CAPACITY. THIS

defendant was acting under Color of State law when he/she knew of his/her employees illegal actions and intentionally disregarded those actions.

2.12 Defendant Charles Antonen resides in _____ County and is employed as an deputy attorney general at the Attorney General's office in _____, CA. This defendant is sued in his individual and official capacity. This defendant was acting under color of State law when he knew plaintiff was being treated illegally and intentionally disregarded those illegal actions.

C. CAUSES OF ACTION.

The following civil rights have been violated:

1. Right to medical care and the denial thereof.
2. Right to property and the denial thereof.
3. Right to access to the courts and the denial thereof.
4. Right to redress grievances and the denial thereof.
5. Right to due process of law and the denial thereof.
6. Freedom from cruel and unusual punishment.
7. Right to freedom of Speech and the denial thereof.

Supporting Facts:

On or about 8/8/08 I seen Dr. Hill, a podiatrist. On this day Dr. Hill did nothing to treat the serious condition I was in regarding my feet. I tried to explain to Dr. Hill that I just went through a year of intense therapy to get my feet well enough where I could walk on them. The therapy entailed icing/heat treatment, electronic shock stimulization, night splints, cortizone shots, foot messages, whirlpool, stretching exercises and taping. This outside therapy I was receiving prior to prison was a result of plantar faciatis and major damage to the instep tendons of both feet which causes a collapsing arch. I was trying to explain to Dr. Hill that I really needed ortihotics and orthopedic shoes. Dr. Hill did nothing but spoke to the nurses on this day about how drunk he had been. I tried to explain to Dr. Hill that I had all of my Veterans Dr. and Hospital

P. 4 of 23 Complaint

records to show to him to prove what I was saying.
Dr. Hill said it was against policy to look at outside
records which is not true according to CDCR
Administrative Laws within the California Code of regulations
Title 15 § 3354(c) and medical records staff have forms
we can sign to put outside medical records into our
prison files. Dr. Hill then stated it was impossible to
get orthotics here at CIM-RSF or within the California
prison system, this is not true either according to CCR
Title 15 § 3358 (a)(b)(c). I also have seven witness
statements that prove this is not true, that Dr. Hill
lied intentionally. On 30 Jan 08 when I seen Dr. Hill, Dr.
Hill had mentioned "lets get some X-rays done" I had to
remind Dr. Hill that the X-rays were done a month
prior, prior to this 30 Jan 08 visit with him. At this January
visit I also expressed my desperate need for orthotics, I
told him my outside doctors said I should not walk without
orthotics and since I have been without my orthotics and
orthopedic shoes I have been in extreme pain which
includes burning feet, aching toes with sharp pain,
stiffness, sharp pain in arch and ankle areas, weak ankles,
sharp pain running up the back of my legs, leg spasms, and
clicking noise in ankles. All of this pain was a result
of walking without orthotics and orthopedic shoes.
My outside community doctor, Dr. Tay warned
against this stating when I, or if I should walk,
without orthotics or the correct shoes it will
tear the tendons in my feet. More specifically
I need to hold my arches in the proper place or
else the tendon stretches and tears to a point
of no return and would have to be cut out at
that point. I initially began requesting the
much needed orthotics and orthopedic shoes on
3 March 07 or thereabouts. Currently I can barely
walk, I am on crutches and am in alot of pain. I
have missed alot of meals and medication lines due to
the pain. The chow hall and medication line are far
away from the housing unit and even on the crutches
the pain is unbearable. Although I did finally
get the crutches it took 9 months to get them and
walking on my feet without the orthotics or correct

Shoes has now resulted in what Dr. Tam Watned would happen. During this period of time without the orthotics, shoes or crutches I slipped and fell seriously injuring my ankle and back.

My primary care physician here at the prison, a general practitioner not a podiatrist, said my blood pressure is way up due to pain and stress. I should of had x-rays done on my feet long ago according to this primary care physician when I did finally receive the x-rays they were supposed to of been weight bearing but were not, besides Dr. Hill the podiatrist said he did not even look at the x-rays anyway and my primary care physician said he was shocked about that. This primary care physician said I should have orthotics and orthopedic shoes and said he could not believe I could not have them and said I was lied to. He said it does not look like I would get what I need from the podiatrist here at CIM-MSF. Dr. Smith, the primary care physician, was shocked regarding the podiatrist. It took 8 months to see a podiatrist ▓▓▓▓▓▓ partly because one was not available for some months here at CIM-MSF and on 14 Sept 07 Dr. Smith said he could not believe I have not yet been called to the foot specialist yet.

I was interviewed by my primary care physician regarding an ADA appeal I submitted against the podiatrist Dr. Hill and Ghalhly (Ghaly) (Ghvhy), Dr. Hill wrote saying I did not want orthotics now. Of course I did not say this at all and only discovered this when my primary care physician noticed it within the Dr's notes he wrote in my med file. My primary care physician wrote I did not say this. Dr. Hill did finally admit that I need orthotics and orthopedic shoes and that I needed them all along but Dr. Hill then stated I do not have enough time left in prison to get them. At the time Dr. Hill said this I still had about 3 months

LEFT in prison. I explained to Dr. Hill that it only takes a couple of weeks and yet Dr. Hill was still unwilling to assist me and in fact intentionally refused to assist me and allowed me to continue in pain and my feet are now damaged as a result of Dr. Hill's refusal to assist me as a podiatrist. The only thing I received that can be considered some kind of medical care for my feet was a 5 gallon bucket to soak my feet in.

While I was housed at the California State prison in Lancaster, CA from approx march 07 thru may 07 I explained to medical staff there that I was in extreme pain and that I needed orthotics and orthopedic shoes, pretty much the same explanations and requests I gave to Dr. Hill at CIM-RSF were given to the doctor and medical staff at CSP/LAC. The doctor and medical staff at CSP in Lancaster told me they had no resources and I would have to wait until I was transferred out of their prison to receive the medical assistance I needed. I had no crutches at Lancaster and I did not have a cane either. I did fall at CSP/Lancaster which caused serious enough injuries that resulted in me limping everywhere I went at that prison. I brought this to the attention of the doctor and medical staff at the Lancaster prison and they replied by saying wait until I transfer out of their prison to receive medical assistance; therefore, Lancaster intentionally denied medical care of any kind. I seen a doctor at Lancaster and asked him if he was going to take some x-rays due to my injuries from the slip and fall. This doctor said no. I explained that my feet are killing me and I need ortho's etc, this doctor did order crutches, he said he did anyways but I never did actually get them. After about 3 months passed without crutches this same doctor called me back into his clinic and told me O.K. its time to turn in my crutches, I replied that I never did get crutches here doctor what are you doing playing a joke on me? my feet were in excruciating pain. When I was leaving on this day from this doctors clinic a nurse pulled me to the side

P. 7 of 23 complaint

AND SAID THAT THEY did NOT HAVE ANY MEDICAL Supplies AT CSP/LAC. THIS NURSE ALSO TOLD ME THAT THEY TOSS OUT ALOT OF PAPERS FROM THE MEDICAL FILES AT THE instruction of THE Custodian of records.

ON 21 NOV 07 I SEEN A NURSE HERE AT CIM-MSF IN CHINO, CA WHO SAYS THERE IS NO podiatrist here ANY More. It was explained THAT THE CHIEF MEDICAL OFFICE IS responsible for reassuring THE PRISON IS properly STAFFED with MEDICAL Personell. THE CHIEF MEDICAL OFFICERS intentional disregard of NO podiatrist being AVAILABLE AT CIM-MSF for prisoners to See cansed Serious injury to my Feet even Though I did NOT receive Assistance FROM THE podiatrist once I FINALLY did SEE ONE. THIS is So For TWO reasons, 1. THE FACT NO podiatrist was AVAILABLE AT ALL delayed me FROM getting CRUTCHES EVEN Longer AND THIS delay CAUSED injuries to my Feet AND diagnoses explained Above because I was Forced to WALK ON MY Feet; 2. WHEN A podiatrist WAS FINALLY ASSIGNED, Their protocols come From THE CHIEF MEDICAL OFFICER AND even Though THE podiatrist HAS A duty to Provide ME WITH THE CARE I Needed regardless, A FEAR OF Loosing THEIR Job is A Strong deterrent to NOT Provide MEDICAL CARE. THE CHIEF MEDICAL OFFICE hires MEDICAL STAFF WHO WILL NOT Spend Their money for TREATMENT TO prisoners. DUE TO THESE Conditions I HAD TO QO See A psychiatrist About being depressed and PANICKY due To THE Stress AND PAIN I WAS QOING Through regarding my feet. I Actually WAS feeling Suicidal AS WELL. THESE issues WERE brought to THE ATTENTION OF THE CHIEF MEDICAL OFFICER. MANY TIMES I WAS CALLED over FOR A DR.'S APPT. AT THE CIM-MSF clinic AND WAITED ALL DAY Just to FIND OUT

P. 8 OF 23 COMPLAINT

THERE WAS NOT A doctor ON duty AT ALL THAT WHOLE day. AFTER WAITING ALL DAY LONG I WAS SENT BACK TO MY Housing unit AND WAS ACTUALLY TOLD THAT THERE WAS NOT A doctor ON duty AT ALL THAT day. SOMETHING THAT WAS KNOWN IN AdVance OF MAKING ME WAIT ALL day LONG. THE CHIEF MEDICAL OFFICER WAS AWARE THERE WAS NO doctor AVAILABLE for prisoners WHO WERE MADE TO WAIT ALL DAY LONG TO SEE NO ONE AND THE CHIEF MEDICAL OFFICE did NOTHING TO ASSIST or CORRECT THIS illegality.

The day I FIRST ARRIVED AT CSP IN LANCASTER I HAD MY ORTHOTICS with ME FROM THE OUTSIDE PRIVATE doctor because THE OUTSIDE MEDICAL DOCTOR HAD PRESCRIBED THEM THE County jail had ALLOWED ME to keep THEM So I had THEM WHEN I ARRIVED AT THE STATE PRISON. THE CSP/LAC RECEIVING AND release SGT. TOOK THESE ORTHOTICS FROM ME AND THREW THEM IN THE TRASH right IN Front OF ME despite MY pleas THAT I truly Needed THEM. THEY WERE AT LEAST SUPPOSED to of given ME AN option to MAIL THEM HOME but THE SGT AT CSP/LAC R&R did NOT EVEN give ME THAT option, He just THREW THEM IN THE TRASH. THESE ORTHOTICS WERE perfectly FORMED to MY FEET to prevent THE injuries I Now describe IN THIS COMPLAINT. THESE ORTHOTICS COST ME $450.00. THE CSP/LAC R&R SGT intentionally disregarded ALL OF THIS AND THREW MY $450.00

P 9 OF 23 COMPLAINT.

ORTHOTICS INTO THE TRASH.

MY PRIMARY CARE PHYCISIAN FINALLY HAD to PERFORM THE DUTIES THE PODIATRIST WAS SUPPOSED to PERFORM, WELL, MY PCP DID NOT HAVE TO PERFORM THIS DUTY but HE DID. THIS DUTY WAS WRITTING ME A "CHRONO" STATING I COULD HAVE ORTHOTICS AND ORTHOPEDIC SHOES SENT IN FROM THE OUTSIDE AT MY OWN EXPENSE. IT CAME DOWN TO THIS, I HAD TO obtain MY OWN MEDICAL CARE AT MY OWN EXPENSE - WHICH WAS FINE I WAS MORE THAN HAPPY TO DO THIS DUE TO THE PAIN AND THE FACT MY FEET WERE BEING INJURED A LITTLE MORE EACH DAY WITHOUT THE ORTHOTICS. UNFORTUNATELY WHEN THE ORTHOTICS AND SHOES ARRIVED AT THE PRISON SGT SHARP THE CIM-MSF RECEIVING AND RELEASE SGT SENT THEM back TO THE OUTSIDE PERSON WHO WAS SENDING THEM TO ME. I HAD A DR.s ORDER FOR ME TO HAVE THEM AND SGT. SHARP INTENTIONALLY DISREGARDED THAT DR.s ORDER AND SENT MY NEEDED MEDICAL SUPPLIES back TO THE SENDER. THIS HAPPENED TWO TIMES AND I HAD THEM SENT back IN A THIRD TIME AND I DID NOT RECEIVE THEM NOR WAS I GIVEN NOTIFICATION THAT THEY WERE RECEIVED AND SENT BACK AS THE FIRST TWO TIMES. THE SENDER HAS NOT RECEIVED THEM back EITHER. I DID RECEIVE AN 8½ X 11 PADDED ENVELOPE THAT CAME TO ME IN MY HOUSING UNIT GIVEN TO ME BY MY HOUSING UNIT OFFICER, THERE WERE NO
                    P: 10 OF 23 COMPLAINT

ORTHOTICS IN THIS ENVELOPE AND THERE CERTAINLY WERE NO SHOES IN THIS ENVELOPE. I CALLED THE SENDER AND SHE SAID THIS ENVELOPE I RECEIVED WAS THE ENVELOPE USED TO SEND THE ORTHOTICS INTO ME THE THIRD TIME. I WROTE TO THE MAILROOM AND R;R EXPLAINING THIS AND THEY DID NOT RESPOND. THE HOUSING UNIT OFFICER SIGNED THE ENVELOPE FOR ME STATING NO ORTHOTICS WERE ENCLOSED. SOMEONE DID WRITE ON ONE OF THE "CHRONO'S" "ATTN: SGT SHARP, DO NOT GIVE OUT." SGT. SHARP INTENTIONALLY OBSTRUCTED MEDICAL CARE I NEEDED WHICH HAS NOW CAUSED PERMANENT DAMAGE AND INJURY TO MY FEET.

PREVIOUS TO DR. HILL I SEEN ANOTHER PODIATRIST, A DR. GALHLY (GHALY) (GALHY). ON 14 OCT 07 WHEN I SEEN GALHLY I ASKED GALHLY ABOUT THERAPY. HE STATED THAT THEY DO NOT HAVE THE FUNDS OR FACILITY FOR THERAPY. GALHLY, A PODIATRIST SAID "I CAN'T DO ANYTHING FOR YOU. OF COURSE, AFTERWARDS I DID HAPPEN TO WALK BY A ROOM WHERE PEOPLE WERE RECEIVING PHYSICAL THERAPY FOR VARIOUS PHYSICAL MEDICAL CONCERNS. I ASKED GALHLY FOR A WHEELCHAIR. GALHLY SAID "THOSE GO TO THE ONES THAT NEED IT THE MOST, WE HAVE GUY'S WITH NO LEGS WHO ARE WAITING FOR WHEELCHAIRS." I EXPLAINED ABOUT THE PAIN ETC, TO GALHLY AND TALKED TO HIM ABOUT THE OUTSIDE

P. 11 of 23 COMPLAINT

Veterans Hospital Medical records, Galhly would Not Look at these records, would not order X-rays, denied my requests for MRI's and said CDCR does not make or provide orthotics. As stated previously regarding Dr. Hill, we know that this is a lie. Galhly said after Looking at my feet that I should have orthotics but he, a podiatrist, could not give them to me - He said "No orthotics for prisoners." I complained to Galhly about the pain I was in and the Fact my feet are being injured or the injuries to my feet are increasing each day Im forced to walk on them without my orthotics and shoes. Galhly intentionally disregarded these complaints and because of Galhly's intentional refusal to assist me with medical care my feet have been permanently injured.

On or about 25 April 08 I seen Correctional counselor J.Y. Felix regarding an administrative Appeal I filed due to inaccuracies and ommissions in a document, CDC 128g, which is somewhat of a minute order regarding the classification committee hearing of 2 April 08. At this classification hearing I explained I was in poor health and extreme pain due to my feet conditions diagnosed as Plantar Faciatis. The initial CDC 128g stated I said that my health was good.

P. 12 H 23 Complaint.

I did NOT Say This AT ALL. A doctor WAS present AT THIS CommiTTee HeaRing which is why THE question WAS asked AND I WANTED TO MAKE Sure THIS CommiTTee KNEW I Needed MEDICAL CARE; THEREFORE, They VIOLATED THEir own regulations by writing SomeThing ContRARY TO WHAT WAS SAID. I WAS ASSigned TO THE KiTchen WHERE I WOULD HAVE TO STAND ALL DAY, THE CommiTTee KNEW AbouT MY CONDITION, THAT I AM iN THE AMERICANS with disAbiliTies AcT progrAM AND THAT I WAS ON CRUTCHES. THE CommiTTee decided TO ASSign ME TO A position THAT WOULD CAUSE FURTHER injuries TO MY FEET AND THEREFORE, MY COUNSELOR J. Y. FELix inTENTIONALLY disREgarded MY MEDicAL CONDITION AND falsified A documenT. THIS CommiTTee put ME ON FULL DUTY STATUS EVEN THOUGH They KNEW I WAS disAbled ON CRUTCHES. A SECOND 128G WAS PRODUCED for THIS SAME 2 April 08 ClAssifiCATiON CommiTTee HEARing, it WAS Modified TO STATE MY HEALTH WAS POOR MY FEET hurt AND I AM ON CRUTCHES, yet J.Y. FELix STILL KEPT ME ON FULL DUTY AND THE KiTchen SANDWICH CREW WHERE You ARE

<center>P. 13 of 23 COMPLAINT</center>

required to stand for hours and bag sack lunches. A medical chrono that was produced prior to this 2 April 08 classification committee hearing that was in my C-file on the day of this hearing shows I need to be restricted to a sitting type of job. This "chrono" was disregarded by the committee. My several inmate request forms submitted to the committee were never addressed or answered regarding these issues. Because J.Y. Felix disregarded my medical conditions and I was forced to try and perform in a job assignment the doctor said I should not be assigned to, permanent injury to my feet has occurred.

The appeals coordinator has rejected several appeals filed by plaintiff, or administrative appeals plaintiff has tried to file. Plaintiff will explain each appeal as follows:

1. Appeal Log Number CIM M 07 1378 issue was a request for medical care as described in this complaint. This appeal was suspended in order to verify that I have a disability in accordance with

P. 14 of 23 Complaint.

1. The Armstrong remedial plan Section I. 23. C, According to C. Collier Medical Appeals Analyst. The Inmate CDC 1824 Appeal Notice of suspend status dated 9-19-07 stated the Appeals Coordinator will Notify me of the New due date for the Appeal, I Never received this Notification and the Appeal was not sent back to me until 28 April 08. I Never received official verification That I have a disability either as The Notice said I would receive. This Appeal was resubmitted to the Appeals Coordinator for a second level of review.

2. These are Three Appeals That I submitted but Never received any Kind of responses or Notices To them. The Appeals Coordinator refused to acknowledge These Appeals.

3. This Appeal was rejected as being a duplicate to Appeal Log Number cim m 07

p. 15 of 23    COMPLAINT



3. 01378. Unfortunately I did not get CIM M 07 01378 back for 6 months after the Associate Warden signed it which violates CCR Title 15 at 3085, it does indicate on the CDC Form 1824 that a decision will be rendered within 15 working days of receipt at the Appeals Coordinators office, not 6 months. CIM M 07 01378 was suspended pending verification of a disability but I never received notification of when that suspension would be lifted and the appeal was not submitted back to me until 28 April 08; therefore, I feel I had a right to continue with an appeal since I did not receive medical care for what I was requesting in my initial 01378 appeal and did not receive that appeal back. The date on this "duplicate" appeal is 10 Oct 07, 36 days after the 01378 appeal.

4. Two appeals that were not addressed. I did not receive any kind of notices regarding these appeals.

5. A rejected appeal again with a reasoning it was a duplicate appeal.

6. An appeal that was submitted that I never

p. 16 of 23   Complaint

received a response to.

7. (2) Appeals that were rejected, they state that they are duplicate appeals.

8. (11) Appeals that were submitted that I never received a response or notice to.

9. (2) Appeals - 1 which regards the same issues about my requests for medical care I needed, they did not reject it as duplicate this time but they told me to get an informal response from a counselor or SGT or LT. These people would have no idea on how to give me an informal response due to the fact they are not medical personell. The other one was rejected as a duplicate.

10. (2) Appeals that were submitted that I never received a response to.

11. Appeal where a response was given showing a need for medical care for the conditions I've expressed. Unfortunately, Podiatry disregarded my primary care physicians observations.

12. An appeal I submitted that I never received a response to.

13. An appeal that was rejected saying it was a duplicate appeal.

P. 17 of 23 Complaint

14. AN APPEAL WHERE A doctor GRANTED THE APPEAL THEN SOMEONE OVERWROTE WHAT A doctor WROTE AND DENIED THE APPEAL WHICH IS ILLEGAL. THE ONLY ONE WHO CAN TAKE AWAY A doctors order IS THE doctor OR CHIEF MEDICAL doctor. IT LOOKS LIKE "AC" APPEALS COORDINATOR WHO IS A Correctional Counselor crossed OUT A doctors order WHICH HE OR SHE does NOT HAVE THE Authority to do.

15. AN APPEAL THEY SAID WAS A duplicate AGAIN.

16. AN APPEAL regarding WHAT IVE explained ON p. 12-14 ABOUT DEFENDANT FELIX.

17. (5) APPEALS I SUBMITTED THAT I NEVER received A reply to.

AS STATED IN THE APPEAL NUMBERED #9 ABOVE I did try to get AN INFORMAL response FROM LT. SAMS by SUBMITTING AN INMATE REQUEST. LT. SAMS INTENTIONALLY disregarded THIS request, NO reply WAS GIVEN. I EXPLAINED IN PART THAT R&R, receiving AND release, OR THE MAILROOM kept ON sending MY MEDICAL EQUIPMENT BACK to the party SENDING THEM IN EVEN THOUGH I HAD A doctors order SAYING I COULD HAVE THEM SENT IN. THIS Would be A CUSTODY ISSUE THAT A Correctional LT. Could resolve. ITS MEDICAL ORTHOTICS yes, but THE Correctional OFFICERS run R&R, SO WHEN THEY AND/OR THE MAILROOM KEPT ON sending MY orthotics BACK SOMEONE HIGH ENOUGH IN THE Correctional CUSTODY STAFF NEEDED to MAKE SURE THEY STOP SENDING MY orthotics
P. 18 OF 23 COMPLAINT

back since I had approval to receive them, a Lt. is such a person. When Lt. Sams intentionally disregarded my request he denied me much needed medical care. Since Lt. Sams disregarded this issue, I did not receive my needed medical orthotics and now my feet are permanently injured as a result of this disregard.

The prison trust accounting officer is taking my funds out of my trust account. This defendant C. Dale is taking my funds for restitution. I've already paid all of my restitution and showed the trust accounting officer proof that I've paid all of my restitution and C. Dale continued to take my funds. I filed an appeal which was rejected saying I needed to obtain an informal level response. I filed another one and obtained an informal level response and then refiled to get a formal level response and the appeals coordinator rejected the appeal saying I wrote inappropriate comments. I admit I was frustrated, I mean they are taking my money illegally and I brought it to their attention I paid all my restitution already and they continued to take my money. I also wrote some comments on the trust account printouts, hopefully this honorable court will not judge me to harshly regarding that. I'm sending everything as an exhibit as it was sent back to me without altering the documents. The trust accounting officer is violating

P. 19 OF 23  COMPLAINT

my Constitutional right to be in possession or secured in my property. They are taking my property from me illegally and they should not be allowed to do this.

Regarding the appeals mentioned above numbers 1-17, the appeals coordinator defendant 2.9 violated my First Amendment rights to redress grievances. He had a duty to inform me of due dates of administrative appeals his or her office assigns to the correct departments, in this case the medical dept, and he or she did not perform that duty; Therefore, my right to file an additional appeal was exercised and the appeals coordinator continuously rejected my appeals and/or would not send back any notices or responses to many of the appeals I submitted in the institutional mail. Plaintiff expresses it is obvious his First Amendment rights were violated.

Plaintiff is being denied medical care, the defendants are intentionally denying plaintiff this much needed medical care. The defendants are deliberately indifferent to plaintiffs medical needs and now plaintiff suffers permanent injury. Defendants intentionally threw plaintiffs property (needed orthotics) into the trash. Documents were produced by the defendants that are false, medical documents were taken out of plaintiffs confidential medical records and thrown into the trash. Defendants are stealing plaintiffs money. The attorney general

p. 20 of 23    complaint

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:    [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

WAS Notified) OF THESE issues by THE prison Law OFFICE AND intentionally disregarded plaintiff's NEEDS AND THE prison OFFICIALS illegal practices.

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☑ No.

If your answer is "Yes", describe each suit in the space below.  [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b)  Name of the court and docket number: _____

_____

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____

_____

(d)  Issues raised:

_____

_____

_____

_____

(e)  Approximate date case was filed: _____

(f)  Approximate date of disposition: _____

2.  Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ?  ☑ Yes  ☑ No.

If your answer is "Yes", briefly describe how relief was sought and the results.   If your answer is "No", briefly explain why administrative relief was not sought.

See exibits, As well As p. 14-18 of the claim or complaint.

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

    1. An injunction preventing defendant(s):

To prevent The Defendants from Denying Medical care.
To prevent Defendants from Throwing away property.
To prevent Defendants from taking funds illegally.
To prevent Defendants from Throwing away Medical records.

    2. Damages in the sum of $ 21,100

    3. Punitive damages in the sum of $ 63,300

    4. Other: Any relief This court sees As being just And Equitable.

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☐ Jury ✓ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

✓ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

15 May 08
_____
Date

_____
Signature of Plaintiff

# Exhibit A

Documents pertaining To defendant's 2.1 and 2.7

Check or Appropriate

M/R _____
CC/F_____

17

## OUT PATIENT DEPARTMENT MEMO /OP-1

**From:**

| D/N | E/R | RCC | CIM-E | RCW | HOSP | FRNT CLNC | ELM HALL |
|-----|-----|-----|-------|-----|------|-----------|----------|
| Clnc | Dntl | Lab | Rcds | Phrm | Surg | Xray | C/O |

**To:**

| Clnc | Dntl | Lab | Rcds | Phrm | Surg | Xray | |
|------|------|-----|------|------|------|------|--|

**Noted**

Name: _Boewe, Dale_

Number: _V45728_

Housing Unit: _____
(or Sending Institution)

Date: _4/16/08_

Crono:
Please permit use
of 5 gallon bucket
for soaking feet each
night x 90 days

CIM M 0001

~~Physician~~ Supervisor's Signature

STATE OF CALIFORNIA
GA-22 (9/92)

**INMATE REQUEST FOR INTERVIEW**

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| MAR-7-08 | MAILROOM R+R- | BOEWE DALE | V45728 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER |
|---|---|---|---|
| MAGNOLIA | 127 Low | NONE/EATING - MEDICAL | FROM          TO |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS |
|---|---|
| SURVIVING- TO MAKE IT OUT OF THIS PLACE STILL WALKING | FROM          TO |

**Clearly state your reason for requesting this interview.**

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

IVE BEEN TRYING TO GET ORTHODICS FOR OVER 6 MONTHS HERE, DR D. GALITY LIED TO ME, SAID THEY DONT MAKE THEM AT (IW PRISON). NOW THE NEW PODIATRISTS SAYS THEY DUE". I TOLD HIM I'M DESPERATE! CAN I SEND HIM MY MEDICAL RECORDS FROM VETERANS HOSPITAL, MY PERSONAL OUTSIDE PODIATRIST. HE SAID THEY DO MY CORS. OR LOOK AT OUTSIDE RECORDS 30 DR. DA. GALHIS, LIED TO AGAIN A MAJOR PAIN AND MY LEGS

Do NOT write below this line. If more space is required, write on back.

| INTERVIEWED BY | | DATE |
|---|---|---|
| YES- PRISON LAW OFFICE! AT LIBRARY | | MAR-14- |

DISPOSITION /

CDC-128-C

NAME: BOEWE, DALE      CDC#:V-45728      BED#: MIMH 127L

## MEDICAL CHRONO

PLEASE permit Inmate the use of a 5 gallon bucket for soaking
feet each night for 90 days due to Medical Reasons.
**Chrono expires: 07/16/08.**

_____ **D.O.**
**CIM FRONT MEDICAL CLINIC**
J. SMITH, D.O.

Orig:    Central file
cc:      Medical File
         housing Unit
         inmate

**DATE:04/16/08-MEDICAL CHRONO-MEDICAL-PSYCHIATRIC-DENTAL JS/dm**
**DT: 04/28/08**

-----------------------------------------------------------------

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**8123288**

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

REQUEST FOR:   MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

NAME
DALE DOEWE

CDC NUMBER
V45728

HOUSING
REDWOOD 113 Low

PATIENT SIGNATURE
Dale P.

DATE
Oct-18-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) SAW THE PODIATRISTS ON 10-17-07, HE INFORMS ME THAT I COULD NOT HAVE MY "DOCTOR ORDERED" ORTHODICS OR SPLINTS IN CALIFORNIA STATE PRISON. BUT I PERSONALLY KNOW AN IMATE WHO HAD THEM MADE FOR HIM IN PRISON 3 MONTHS AGO. THERE A MUST TO STOP PAIN AND FURTHER DAMAGE, SO I KIND A NS TO GET WITH THE DOCTOR TO GET NUROTTONS OR PAIN MEDICATION). I NEED TO SEE DR. SMITH

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR: MEDICAL ☑ MENTAL HEALTH ☐ DENTAL ☐ MEDICATION REFILL ☐

NAME
Dale Doewe

CDC NUMBER
V45728

HOUSING
Redwood 113Low

PATIENT SIGNATURE
Dale R

DATE
Oct-18-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) Saw the Podiatrist on 10-17-07, He informed me that I could not have my "Doctor ordered" orthodic's or splints in (California State Prison! But I personally Know an Imate whoha d them made for him in Prison) 3 months ago. There a must to stop pain and further damage! So He told me to get with The Doctor to get (Orthotic's or (Pain Medication)! I need to see Dr. Smith

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.) |

| PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

Date / Time Received: | Received by:
Date / Time Reviewed by RN: | Reviewed by:

S: Pain Scale: 1 2 3 4 5 6 7 8 9 10

O: T: P: R: BP: WEIGHT:

A:

P:

☐ **See Nursing Encounter Form**

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|

REFERRED TO PCP: | DATE OF APPOINTMENT:
COMPLETED BY | NAME OF INSTITUTION

PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

| DATE | TIME | |
|------|------|---|
| | | |

(N7)

Ultram 50mg
one - 2x/Day
For pain

THIS IS A MEDICATION THAT DOCTOR SMITH SAID I SHOULD
BE TAKEING, HE WROTE IT DOWN FOR ME, DOCTOR SMITH ALSO
WROTE OUT 3 CHRONO'S, SO I WILL STOP USEING MY FEET
AS MUCH AS POSSIBLE! HE "DR SMITH" CAN NOT BELIEVE
THAT AFTER WE BOTH WAITED 2½ MONTHS, SO I COULD
SEE THE PODIATRISTS! THAT I WAS TOLD, NO ORTHODICS,
NO THERAPY, HE WAS SHOCKED TO SEE THAT WHAT THE
DOCTOR PRESCRIBED WAS "VITAMIN'S"! DR SMITH COULD
NOT BELIEVE HE DIDN'T TAKE "X RAYS"! HE ACTUALLY SAID
HE FELT SORRY FOR ME, HE TOLD ME, THAT HE KNOWS
I'M HURTING, CAN BE DOING DAMAGE, THEN DOCTOR SMITH
ASKED ME IF I HAD ANYONE AT HOME I COULD CONTACT
TRY AND BRING OUTSIDE HELP IN! I INFORMED HIM
I'VE TRIED! HE WROTE ME A CHRONO TO TRY AND GET
OUTSIDE HELP! "BY THE WAY - HE SAID THE PRISON SYSTEM
DOES MAKE AND SUPPLY ORTHODICS, HE CANT UNDERSTAN
WHY THE PODIATRISTS LIED TO ME!
I WILL TRY TO GET OUTSIDE HELP AGAIN!
HE SAID THAT ITS RIDICULOUS THAT THE (C/S) MEDICAL SYSTEM

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|-------------|-----------|----------|------------------------------------|
| | | | WONT LET ME HAVE THE MEDICAL NEEDS, I'm IN NEED OF! |

**PHYSICIAN'S PROGRESS NOTES**

10-29-07

Exhibit B

Documents pertaining To Defendant 2.3

STATE OF CALIFORNIA
GA-22 (9/92)

**INMATE REQUEST FOR INTERVIEW**

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | | CDC NUMBER |
|------|-----|------|------|------|
| APR 27-8 | MEDICAL / RECORDS | BOEWE | | V45728 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | |
|---------|-----------|-----------------|------------|------|
| MA6-HALL | 127 LOW | MEDICAL HOLD | FROM | TO |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS | |
|------|------|------|
| N/A | FROM | TO |

## Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Could you Send Counsler JY Felix My Medical Info, Let Her Know THAT Im Inclapable of Standing Now Because My Orthodics where Taken Away. JY Felix - Capt Peters - Gogo chair person - Are very Mad at me for (Catching them in) A Lie "A Few Lies" Im Nervous

*Do NOT write below this line. If more space is required, write on back.*

| INTERVIEWED BY | DATE |
|----------------|------|
| | |

DISPOSITION

THESE ARENT By BAR THE FiRST Lies, Ive Caught DRs, STAFF Ect. AN WHAT SCARES THEM All - Im Proueing IT - Im Scared Im Perm Crippled DO TO INCOMPETENCE

Copy 1-of-2

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| Dec-9th 07 | MailRoom R+R | Boewe Dale | V45728 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | | |
|---|---|---|---|---|---|
| Magwolia | 127c | None | FROM — | TO — | |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)

N/A

ASSIGNMENT HOURS FROM — TO —

### Clearly state your reason for requesting this interview.

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Can my Medical Records Be Sent To The cir Doctor, or
Podiatrist From The Outside!

Thank-you

**Do NOT write below this line. If more space is required, write on back**

INTERVIEWED BY                                                                          DATE

Not Getting Response From others
"Sent" "3rd Sent"

DISPOSITION

STATE OF CALIFORNIA
GA-22 (9/92)

**INMATE REQUEST FOR INTERVIEW**

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| Dec 9th | Mail Room R+R | Bozak Dale | V45728 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | |
|---|---|---|---|---|
| Magnolia | 127L | Nowe | FROM — | TO — |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)

N/A

| ASSIGNMENT HOURS | |
|---|---|
| FROM — | TO — |

**Clearly state your reason for requesting this interview.**

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Can my medical records be sent to the CIM Doctor, or Podiatrist from the outside!

---

Do NOT write below this line. If more space is required, write on back

INTERVIEWED BY   "WHAT" No Response

DATE

DISPOSITION   At least you did not lie to me!

Sending another   Dec-12th-07

Exhibit C

Defendant 2.4 documents.

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**



| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|

ALLERGIES: *NKA*    INSTITUTION *CIM*    ROOM/WING *MSF RH 113Z*

CDC NUMBER, NAME (LAST, FIRST, MI)

*BOEWE, D.*
*V 45728*
*DOB: 6/6/59*

Confidential
client information
See W & I Code, Sections 4514 and
5328

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA        OSP 05  93459        DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Doewe | V45-728 | Kedwood 113 Low |

PATIENT SIGNATURE

DATE
Nou-8-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I NEED TO SEE THE DOCTOR, WAITED ALL DAY YESTERDAY! AND WAS NOT CALLED, ALONG WITH ABOUT TEN OTHER PEOPLE (INMATES ON NOU-7-07, NEED TO SHOW WHAT THE PODIATRIST SAID! DR DACHEU CHANGED HIS STORY AFTER HE FOUND OUT IM PURSUING MY QUEST FOR PROPER HELP! THE APPELLATE COURT CALLED HIM ATTORNEY GENERAL CHANGED STORY

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

8137393

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

(4)

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME Dale Doewe | CDC NUMBER V45728 | HOUSING Redwood 113 Lower |
|---|---|---|

PATIENT SIGNATURE _(signature)_                                     DATE Nov-26-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I WAS TOLD THE PODIATRIST WOULD BE GONE FOR A COUPLE OF MONTHS. IS IT BECAUSE I REPORTED TO THE ATTORNEY GENERAL HE LIED ABOUT GETTING ME MY ORTHODICS, THAT I DESPERATLY NEED! I NOT HAVE A WITTNESS "INMATE" WHO HAD A P.A.D.O. ORTHODICS MADE FOR HIM IN PRISON - ALSO SHOE INSERTS MEDICAL AIDS I WAS NEEDED!!!

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM  THIS IS NOT A DAIL UP PODIATRIST. COME ON-

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

767532

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:        MEDICAL ☐        MENTAL HEALTH ☐        DENTAL ☐        MEDICATION REFILL ☐

NAME  *Dale Boewe*

CDC NUMBER  *V45-728*

HOUSING  *Magnolia Hall 122*

PATIENT SIGNATURE  *Dale*

DATE  *Dec-10-08*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

*I was at the clinic at 10 30 Am - 45 min, ahead of my Dental App- Bnurce to my Doulet - stay there all day and was never called! (For Dental) CO told me I would be reducted! the only Time i left was to go to Dayroom (no Dayroom Today) Neo Painful Tooth/Neo*

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.) |

CDC 7362 (Rev. 03/04)     Original - Unit Health Record     Yellow - Inmate (if copayment applicable)     Pink - Inmate Trust Office (if copayment applicable)     Gold - Inmate

...ENT OF CORRECTIONS

...QUEST FORM

## ...PLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|------|-----------|---------|
| DALE Wine | V45728    4 | REDWOOD 113 |

| PATIENT SIGNATURE | DATE |
|-------------------|------|
| | Nov-25-07 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) *I WAS INFORMED THAT THE PODIATRIST WONT BE AT CHINO CIM FOR A COUPLE OF MONTHS- IS THIS TRUE "THERE IS NO BACK UP! ALSO I WROTE THE ATTORNEY GENERAL ABOUT DR GHALY "THE PODIATRISTS LIAR" LIED TO ME, HE'S NOT MISSING BECAUSE THEY "THE ATTORNEY GENERAL DID CALL DR GHALY - DID HE QUIT! CAUGHT IN A LIE*

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

8115754

## ...TH CARE SERVICES REQUEST FORM    DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

NAME  Dale Boewe

CDC NUMBER  V45728    4

HOUSING  MAGNOLIA

PATIENT SIGNATURE  D. Boewe

DATE  Dec-5-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I need to be re-newed! I was waiting to see Doktor Smith and was called away! Trying to see about cortizone shoots for pain from not haveing my ortho dics that were taken away! Also - the nurse told me no podiatrist was here! How come they call people over intercom "to see the podiatrist" need to be casted! details He

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
GA-22 (9/92)

DEPARTMENT OF CORRECTIONS

# INMATE REQUEST FOR INTERVIEW

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|------|-----|------|------------|
| Dec-21-07 | MEDICAL FILE | Boewe | V45728 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | |
|---------|-----------|-----------------|-----|-----|
| MAGNOLIA 127 Low | 125 Low | CANT WORK - MEDICAL 1/2 CD | FROM N/A | TO N/A |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)

ASSIGNMENT HOURS
FROM                    TO

## Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

SAW PSYCHIATRIST TODAY. IM GETTING DEPRESSED AND PANICED
BECAUSE OF PAIN FROM FEET, AND CONCERN FOR LONG TERM DAMAGE
SHE SAID (OR PUT IN FOR ME TO SEE DR SMITH, TO INCREASE
PAIN MEDICATION). CHRONIC PAIN CAN TOTALLY STRESS YOU OUT!

INTERVIEWED BY                                                    DATE

CAUSE SEVERE DEPRESSION! AND WORRY!

DISPOSITION

SHE ASKED IF I WAS "SUICIDAL", ALMOST!

Dec-21-07

Check if Appropriate

M/R _____

CC/F_____

## OUT PATIENT DEPARTMENT MEMO /OP-1

**From:**

| D/N | E/R | RCC | CIM-E | RCW | HOSP | FRNT CLNC | ELM HALL |
|-----|-----|-----|-------|-----|------|-----------|----------|
| Clnc | Dntl | Lab | Rcds | Phrm | Surg | Xray | C/O |

**To:**

| Clnc | Dntl | Lab | Rcds | Phrm | Surg | Xray | |
|------|------|-----|------|------|------|------|--|

---

**Noted**

Name: _Boewe, Dale_

Number: _V45228_

Housing Unit: _____
(or Sending Institution)

---

Date: 3/7/08

crutches Cron o

– permanent –
due to
medical condition

CIM M 0001

Physician/ Supervisor's Signature

NAME: BOEWE, DALE     CDC#:V-65728     BED#: MIRBW113L

## CRUTCHES CHRONO:

This Inmate may have in his possession CRUTCHES for 90 days due to MEDICAL REASONS

_____ D.O.
CIM FRONT MEDICAL CLINIC
J. SMITH, D.O

Orig      Central file
cc:       Medical File
          housing Unit
          Inmate

## CRUTCHES CHRONO: EXPIRATION DATE: 01-24-08

DATE:10-24-07 MEDICAL CHRONO    MEDICAL-PSYCHIATRIC-DENTAL JS/dm

NAME: BOEWE, DALE     CDC#:V-45728     BED#: MIRBW113L

## CRUTCHES CHRONO:

This Inmate may have in his possession CRUTCHES for 60 days due to
MEDICAL REASONS

Orig:     Central file
cc:       Medical File
          housing Unit
          Inmate

D.O.

CIM FRONT MEDICAL CLINIC
SMITH, D.O.

CANE CHRONO: /EXPIRATION DATE: 01-04-08

DATE:10-0407  MEDICAL CHRONO    MEDICAL-PSYCHIATRIC-DENTAL JS/dm

CDC-128-C

**NAME: BOEWE, DALE       CDC#:V-45728       BED#: MIMH 127L**

4

## PERMANENT CRUTCHES CHRONO:

This Inmate may have in his possession CRUTCHES WHILE AT CIM
due to: MEDICAL REASONS

D.O.

CIM/FRONT MEDICAL CLINIC
J. SMITH, D.O.

Orig:    Central file
cc:      Medical File
         housing Unit
         inmate

**DATE:03/07/08-MEDICAL CHRONO-MEDICAL-PSYCHIATRIC-DENTAL JS/dm
DT: 03/10/08**

---------------------------------------------------------------------------------

Exhibit D

Documents Pertaining To defendant 2.6

# CALIFORNIA INSTITUTION FOR MEN

Minimum Support Facility

## REQUEST TO MAIL PERSONAL PROPERTY

Outgoing Items ___Book - His Paper work___

❶ I, DALE DOZIER _____, request that my personal property listed above be mailed to the addressee designated. I agree that my trust account will be charged. **In the event that my Trust Account does not have sufficient funds to cover the cost of shipping, I authorize the following disposition of the property:** (Initial **ONE** only) If by no fault of the Institution, my property is returned to the Institution by UPS, I understand that CIM will dispose of my property.

❷ ___X___ Donate to Institution (C.I.M.)
_____ Donate to a local charitable organization -
_____ Render Item(s) useless and dispose of
           pursuant to D.O.M. 5205.

Staff Initial _____
Date Verified _9-14-07_
Funds Available (Yes) □ No

❸ Inmate Signature _____    ❹ CDC NO. V45728    ❺ BED NO. 1134

Custody Staff Witness Signature _____    Date _9-14-07_

NOTE: If NO selection is noted, Institutional Staff will determine method of disposition.

CIM Print Shop Form 0150   Rev. 12/01                                    CIM-0150 Rev. 12/01

Check if Appropriate

M/R ......................

**6** CC/F ......................

## OUT PATIENT DEPARTMENT MEMO /OP-1

**From:**

| D/N | E/R | RCC | CIM-E | RCW | HOSP | FRNT CLNC | ELM HALL |
|-----|-----|-----|-------|-----|------|-----------|----------|
| Clnc | Dntl | Lab | Rcds | Phrm | Surg | Xray | C/O |

**To:**

| Clnc | Dntl | Lab | Rcds | Phrm | Surg | Xray | |
|------|------|-----|------|------|------|------|--|

---

| | Noted |
|--|-------|
| Name: _Boewe, O_____ | |
| Number: _V 45729_____ | |
| Housing Unit: _____ (or Sending Institution) | |

Date: 11/21/07

Shoe Crono:
Permanent
Please permit to wear
orthopedic shoes — For
medical reasons.
shoes to be sent from
home.

CIM M 0001                     (Physician) Supervisor's Signature

Copy 1-of-1 (Medical Question)

101

STATE OF CALIFORNIA
GA-22 (9/92)

DEPARTMENT OF CORRECTIONS

# INMATE REQUEST FOR INTERVIEW

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| Des-9th-07 | ReR-Admin) Mail Room "Bosnz" | Bosnz | V45728 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | FROM | TO |
|---|---|---|---|---|---|
| Magnolia | 120c | None | | | |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | ASSIGNMENT HOURS | FROM | TO |
|---|---|---|---|---|

**Clearly state your reason for requesting this interview.**

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Can my Doctors send in Orthodics and Orthodic Shoes!

Thank-you

---

| INTERVIEWED BY | DATE |
|---|---|

Do NOT write below this line. If more space is required, use the back.

DISPOSITION

"Not Getting Response"

"3rd Sent"

COPY 1 of 2    COPY FOR PERSONAL RECORDS

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | HOUSING | BED NUMBER | WORK ASSIGNMENT | FROM (LAST NAME) | CDC NUMBER |
|------|---------|------------|-----------------|------------------|------------|
| Feb-19-08 | Med Hall | 1 RM lower N/A | Medical Dr Smith | Bolour | V45728 |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)
N/A    Medical Hold

| JOB NUMBER | FROM | TO |
|------------|------|-----|
| N/A | ASSIGNMENT HOURS FROM | TO |

**Clearly state your reason for requesting this interview.**

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Dr Smith - Orthodics (At least some Temporary Orthodics) As I've Been Desired And Help At Chino CIM + My Wife And Friend Have mailed Orthodics (3) Times with Chrono onley To Be Sent Back! Can You Please Call Mail Room - R&R - Please Im Pain, Desperate

Artie Colo

Do NOT write below this line. If more space is needed, write on line 4.

| INTERVIEWED BY | DATE |
|----------------|------|

DISPOSITION



NAME: BOEWE, DALE    CDC#:V-45728    BED#: MIRBW113L

## PERMANENT SHOE CHRONO

This Inmate may have ORTHOTICS sent from home at inmate's expense
To be used with prison dispensed shoes. DUE TO  MEDICAL REASONS

*ORTHODIC NEW BALANCE*

                                                    D.O
Orig     Central file              CIM FRONT MEDICAL CLINIC
cc       Medical File              J SMITH, D.O
         housing Unit
         inmate

CRUTCHES CHRONO: /EXPIRATION DATE: 01-24-08

DATE:10-24-07. MEDICAL CHRONO – MEDICAL-PSYCHIATRIC-DENTAL JS/dm

*Attn N give out*
*Sgt. Sharp*
*Do not give out*

JC-128-C

NAME: BOWE, DALE    CDC#: V-45728    BED#: RH 113L

# PERMANENTE ORTHOPEDIC SHOE CHRONO

Inmate's FAMILY may send orthopedic shoes from home at inmates
expense, due to **MEDICAL REASONS** WHILE AT CIM.

D.O.

CIM FRONT MEDICAL CLINIC

Orig:    Central File
cc:      Medical File
         Housing Unit        J. Smith, D.O
         Inmate

DATE: 11/21/07  MEDICAL CHRONO   MEDICAL-PSYCHIATRIC-DENTAL JS/dm
DT:11/27/07

---

CDC-128-C

CDC-128-C

NAME: E    WE, DALE    CDC#:V-45728    ED#: MIRBW113L

## PERMANENT SHOE CHRONO

This Inmate may have ORTHOTICS sent from home at inmate's expense,
To be used with prision dispensed shoes, DUE TO MEDICAL REASONS.

D.O.

CIM FRONT MEDICAL CLINIC
J. SMITH, D.O.

Orig:    Central file
cc:      Medical File
         housing Unit
         inmate

CRUTCHES CHRONO: /EXPIRATION DATE: 01-24-08

DATE:10-24-07  MEDICAL CHRONO   MEDICAL-PSYCHIATRIC-DENTAL JS/dm

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I:  TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

NAME: Dale Boewe

CDC NUMBER: V45728

HOUSING: MAG HALL - 127

PATIENT SIGNATURE: Dale B

DATE: MARCH-4-08

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) DR SMITH - My ORTHODICS WERE MAILED BACK AGAIN, AND THE ORTHOPEDIC SHOES WERE SENT BACK! THEY WERE SENT WITH YOUR DIRECT ORDERS FOR ME TO HAVE THEM! THEY DID NOT LET THEM THROUGH! NEED NAPROZON AGAIN PLEASE!

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

Exhibit E

Documents pertaining To defendant 2.8

Check if Appropriate

M/R _____

CC/F_____

## 𝓺    OUT PATIENT DEPARTMENT MEMO /OP-1

**From:**

| D/N | E/R | RCC | CIM-E | RCW | HOSP | FRNT CLNC | ELM HALL |
|-----|-----|-----|-------|-----|------|-----------|----------|
| Clnc | Dntl | Lab | Rcds | Phrm | Surg | Xray | C/O |

**To:**

| Clnc | Dntl | Lab | Rcds | Phrm | Surg | Xray |  |
|------|------|-----|------|------|------|------|--|

**Noted**

Name: _Brewe , O_

Number: _V45728_

Housing Unit: _____
(or Sending Institution)

Date: _4/24/07_

Work Crono:
work should be
restricted to sitting
type job – walking no
more than 10 minutes per
hour.
Effective till parole

CIM M 0001                          Physician Supervisor's Signature

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION

# INMATE WORK SUPERVISOR'S TIME LOG
CDCR 1697 (Rev. 03/06)

DISTRIBUTION:
WHITE - WORK SUPERVISO
YELLOW - INMATE

| CDC NUMBER | INMATE'S NAME | | ETHNICITY | MONTH | YEAR |
|---|---|---|---|---|---|
| V45728 | Boewe, D. | | Wht. | Oct | 07 |

| JOB TITLE | POSITION NUMBER | PAY RATE (HOURLY) | REGULAR DAYS OFF | HOURS OF ASSIGNMENT |
|---|---|---|---|---|
| 3/w 9/m Redwood | PTRCM 739 | 0 | Su/m | 1600-2400 |

| SUPERVISOR'S NAME (PLEASE PRINT) | TITLE | SUPERVISOR'S SIGNATURE | DATE |
|---|---|---|---|
| ADLING, S | 9/c | /s/ | 10·1·07 |

| FIRST LINE SUPERVISOR'S NAME (PLEASE PRINT) | TITLE | FIRST LINE SUPERVISOR'S SIGNATURE | DATE |
|---|---|---|---|

| DAY | | TIME IN | TIME OUT | TIME IN | TIME OUT | TOTAL HOURS | TYPE OF TIME | MIN MET | TIME KEEPER'S SIGNATURE | DAY | | TIME IN | TIME OUT | TIME IN | TIME OUT | TOTAL HOURS | TYPE OF TIME | MIN MET | TIME KEEPE SIGNATUR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ☒RDO ☐HOL | | | | | | R | Y | | 17 | ☐RDO ☐HOL | | | | | | | | |
| 2 | ☐RDO ☐HOL | 1600 | 1700 | 1730 | 2400 | 7.5 | X | Y | | 18 | ☐RDO ☐HOL | | | | | | | | |
| 3 | ☐RDO ☐HOL | 1600 | 1700 | 1730 | 2400 | 7.5 | X | Y | | 19 | ☐RDO ☐HOL | | | | | | | | |
| 4 | ☐RDO ☐HOL | 1600 | 1700 | 1730 | 2400 | 7.5 | X | Y | | 20 | ☐RDO ☐HOL | | | | | | | | |
| 5 | ☐RDO ☐HOL | 1600 | 1700 | 1730 | 2400 | 7.5 | X | Y | | 21 | ☒RDO ☐HOL | | | | | | R | Y | |
| 6 | ☐RDO ☐HOL | 1600 | 1700 | 1730 | 2400 | 7.5 | X | Y | | 22 | ☒RDO ☐HOL | | | | | | R | Y | |
| 7 | ☒RDO ☐HOL | | | | | | R | Y | | 23 | ☐RDO ☐HOL | | | | | | | | |
| 8 | ☒RDO ☐HOL | | | | | | R | Y | | 24 | ☐RDO ☐HOL | | | | | | | | |
| 9 | ☐RDO ☐HOL | 1600 | 1700 | 1730 | 2400 | 7.5 | X | Y | | 25 | ☐RDO ☐HOL | | | | | | | | |
| 10 | ☐RDO ☐HOL | 1600 | 1700 | 1730 | 2400 | 7.5 | X | Y | | 26 | ☐RDO ☐HOL | | | | | | | | |
| 11 | ☐RDO ☐HOL | | | | | | | | | 27 | ☐RDO ☐HOL | | | | | | | | |
| 12 | ☐RDO ☐HOL | | | | | | | | | 28 | ☒RDO ☐HOL | | | | | | R | Y | |
| 13 | ☐RDO ☐HOL | | | | | | | | | 29 | ☒RDO ☐HOL | | | | | | R | Y | |
| 14 | ☒RDO ☐HOL | | | | | | R | Y | | 30 | ☐RDO ☐HOL | | | | | | | | |
| 15 | ☐RDO ☒HOL | | | | | | R | Y | | 31 | ☐RDO ☐HOL | | | | | | | | |
| 16 | ☐RDO ☐HOL | | | | | | | | | | | | | | | | | | |

Job Change
Effect 10/10/07

| TOTAL DAYS MINIMUM MET | TOTAL X HOURS WORKED | X PAY RATE | TOTAL PAY |
|---|---|---|---|
| 10 | 525 | 0 | 0 |

ENTER DATE(S) AND REASON(S) IF EXCEPTIONAL TIME (A, E, AND / OR S) USED:

| TRANSFERRED IN (DATE): | DMS # | TRANSFERRED OUT (DATE) 10/14/07 | DMS # |
|---|---|---|---|

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE WORK SUPERVISOR'S TIME LOG**
CDCR 1697 (Rev. 03/06)

DISTRIBUTION:
WHITE - WORK SUPERVISOR
YELLOW - INMATE

| CDC NUMBER | INMATE'S NAME | | | ETHNICITY | MONTH | YEAR |
|---|---|---|---|---|---|---|
| V45728 | Boewe, D. | | | WHT | Sept | 07 |

| JOB TITLE | POSITION NUMBER | PAY RATE (HOURLY) | REGULAR DAYS OFF | HOURS OF ASSIGNMENT |
|---|---|---|---|---|
| 3/w Don-Redund | PRCM 239 | B | SU/M | 1600-2400 |

| SUPERVISOR'S NAME (PLEASE PRINT) | TITLE | SUPERVISOR'S SIGNATURE | DATE |
|---|---|---|---|
| Quinn R | CO | | 9/7/07 |

FIRST LINE SUPERVISOR'S NAME (PLEASE PRINT) | TITLE | FIRST LINE SUPERVISOR'S SIGNATURE | DATE

| DAY | TIME IN | TIME OUT | TIME IN | TIME OUT | TOTAL HOURS | TYPE OF TIME | MIN MET | TIME KEEPER'S SIGNATURE | DAY | TIME IN | TIME OUT | TIME IN | TIME OUT | TOTAL HOURS | TYPE OF TIME | MIN MET | TIME KEEPER SIGNATUR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 RDO HOL | | | | | | | | | 17 ☒RDO HOL | | | | | | RDO | | |
| 2 | | | | | | | | | 18 RDO HOL | 1600 | 1700 | 1730 | 2400 | 7.5 | X | y | |
| 3 | | | | | | | | | 19 RDO HOL | 1600 | 1700 | 1730 | 2400 | 7.5 | X | y | |
| 4 | | | | | | | | | 20 RDO HOL | 1600 | 1700 | 1730 | 2400 | 7.5 | X | y | |
| 5 | | | | | | | | | 21 RDO HOL | 1600 | 1700 | 1730 | 2400 | 7.5 | X | y | |
| 6 | | | 9/7/07 | | | | | | 22 RDO HOL | 1600 | 1700 | 1730 | 2400 | 7.5 | X | y | |
| 7 RDO HOL | 1600 | 1700 | 1730 | 2400 | 7.5 | X | y | | 23 ☒RDO HOL | | | | | | RDO | | |
| 8 RDO HOL | 1600 | 1700 | 1730 | 2400 | 7.5 | X | y | | 24 ☒RDO HOL | | | | | | RDO | | |
| 9 ☒RDO HOL | | | | | | RDO | y | | 25 RDO HOL | 1600 | 1700 | 1730 | 2400 | 7.5 | X | | |
| 10 ☒RDO HOL | | | | | | RDO | | | 26 RDO HOL | 1600 | 1700 | 1730 | 2400 | 7.5 | X | y | |
| 11 RDO HOL | 1600 | 1700 | 1730 | 2400 | 7.5 | X | | | 27 RDO HOL | 1600 | 1700 | 1730 | 2400 | 7.5 | X | y | |
| 12 RDO HOL | 1600 | 1700 | 1730 | 2400 | 7.5 | X | y | | 28 RDO HOL | 1600 | 1700 | 1730 | 2400 | 7.5 | X | y | |
| 13 RDO HOL | 1600 | 1700 | 1730 | 2400 | 7.5 | X | y | | 29 RDO HOL | 1600 | 1700 | 1730 | 2400 | 7.5 | X | y | |
| 14 RDO HOL | 1600 | 1700 | 1730 | 2400 | 7.5 | X | y | | 30 ☒RDO HOL | | | | | | RDO | | |
| 15 RDO HOL | 1600 | 1700 | 1730 | 2400 | 7.5 | X | y | | 31 ☒RDO ☒HOL | | | | | | | | |
| 16 ☒RDO HOL | | | | | | RDO | y | | TOTAL DAYS MINIMUM MET | TOTAL X HOURS WORKED | | X  PAY RATE | | = TOTAL PAY | | | |

ENTER DATE(S) AND REASON(S) IF EXCEPTIONAL TIME (A, E, AND / OR S USED):

| TRANSFERRED IN (DATE): 9/7/07 | DMS # | TRANSFERRED OUT (DATE): | DMS # |
|---|---|---|---|

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

| NAME: BOEWE, D. | CDC #: V45728 | BED: MH-127L |
|---|---|---|

### COMMITTEE ACTION SUMMARY
### ANNUAL REVIEW, CONTINUE IN PRESENT PROGRAM.

### COMMITTEE'S COMMENTS

Inmate **BOEWE** appeared before California Institution for Men (CIM) Minimum Support Facility's (MSF's) Unit Classification Committee (UCC) today for an Annual Review. Inmate **BOEWE** stated that his health was poor, however he was willing to proceed. It should be noted that inmate BOEWE stated, "his feet hurt and is on crutches." Inmate **BOEWE** received his 72-hour notice for the purpose of this review. Prior to committee reviewing and discussing this case, **BOEWE** was introduced to the committee members.

Changes in case factors from initial classification chrono dated 9/5/07. Classification score has been adjusted from 2 to 0, covering 2 periods 4/18/07 to 4/17/08.  Currently assigned to Kitchen Sandwich Crew with no work reports. No RVR's for these review periods. CDC 812: clear. Confidential: clear.

Based upon a review of **BOEWE'S** Central File, case factors, and through discussion with him, committee elects to: Continue in present program.
At the conclusion of this review, Inmate **BOEWE** was informed of his Appeal Rights with regards to this committee's actions.
Inmate **BOEWE** acknowledged his understanding and agreement with committee's actions.
**STAFF ASSISTANT**

Not Assigned: (Issues not complex and non-participant in MHSDS)

### INMATE CASE FACTORS

| CUSTODY | CS/LEVEL | WG/PG & EFF. DATE | RELEASE DATE | GPL | RECLASS | ETHNIC | PSYCH - DATE 128C | MEDICAL |
|---|---|---|---|---|---|---|---|---|
| MIN-B | 0/I | A1/A, 4/18/07 | EPRD: 5/24/08 | 8.5 | 4/17/09 | WHITE | G.P. CLEAR 4/18/07 | FULL DUTY |

### COMMITTEE MEMBERS
### MEMBERS
J. D. WILLIAMS, CCI

CHAIRPERSON
J. GOGO, CCII(A)

RECORDER
J. Y. FELIX, CCI

**ANNUAL REVIEW**

Committee Date: 4/2/2008

Committee: CIM-MSF

| Typed By: JYF - Distribution: C-File & Inmate | CALIFORNIA INSTITUTION FOR MEN | Classification Chrono CDC 128G (Rev: 1/05) |
|---|---|---|

(2) OH-SORRY-WE LIED! YOU CAUGHT US! - IVE CAUGHT CALIF STATE PRISON IN MANY MORE!

LT- NO CAPT PETERS WAS PRESENT AND AUTHORIZED CHANGE - FROM LIE TO TRUTH!

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

NAME: BOEWE, D.        CDC #: V45728        BED: MH-127L

## COMMITTEE ACTION SUMMARY
### ANNUAL REVIEW, CONTINUE IN PRESENT PROGRAM.

## COMMITTEE'S COMMENTS

Inmate **BOEWE** appeared before California Institution for Men (CIM) Minimum Support Facility's (MSF's) Unit Classification Committee (UCC) today for an Annual Review. Inmate **BOEWE** stated that his health was good and was willing to proceed. Inmate **BOEWE** received his 72-hour notice for the purpose of this review. Prior to committee reviewing and discussing this case, **BOEWE** was introduced to the committee members.

Changes in case factors from initial classification chrono dated 9/5/07. Classification score has been adjusted from 2 to 0, covering 2 periods 4/18/07 to 4/17/08. Currently assigned to Kitchen Sandwich Crew with no work reports. No RVR's for these review periods. CDC 812: clear. Confidential: clear.

Based upon a review of **BOEWE**'S Central File, case factors, and through discussion with him, committee elects to: Continue in present program.
At the conclusion of this review, Inmate **BOEWE** was informed of his Appeal Rights with regards to this committee's actions.
Inmate **BOEWE** acknowledged his understanding and agreement with committee's actions.
**STAFF ASSISTANT**

Not Assigned: (Issues not complex and non-participant in MHSDS)

## INMATE CASE FACTORS

| CUSTODY | CS/LEVEL | WG/PG&IEFF.DATE | RELEASE DATE | GPL | RECLASS | ETHNIC | PSYCH. DATE 128C | MEDICAL |
|---------|----------|-----------------|--------------|-----|---------|--------|------------------|---------|
| MIN-B | 0/I | A1/A, 4/18/07 | EPRD: 5/24/08 | 8.5 | 4/17/09 | WHITE | G.P. CLEAR 4/18/07 | FULL DUTY |

## COMMITTEE MEMBERS
### MEMBERS
J. D. WILLIAMS, CCI

CHAIRPERSON
J. GOGO, CCII(A)

RECORDER
J. Y. FELIX, CCI

**ANNUAL REVIEW**

Committee Date: 4/2/2008        Committee: CIM-MSF

---

(1) THIS is How IT IS AT LANCASTER.
CHINO. CALIFORNIA STATE PRISONS

LIES - CHECK MY MEDICAL FILES,
WOULD I EVER SAS IM IN GOOD
HEALTH. SAME WITH FIRST REVIEW!
I SAID I NEED ORTHODICS, MEDICAL HELP

STATE OF CALIFORNIA
GA-22 (9/92)

DEPARTMENT OF CORRECTIONS

# INMATE REQUEST FOR INTERVIEW

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|------|----|----|----|
| OCT-6-07 | MEDICAL | DREW DALE | V45728 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | ASSIGNMENT HOURS |
|---------|-----------|-----------------|-----------|------------------|
| Robinson 113L | 113L B/m | | | FROM 9:00 11:00 to 12:330 |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)

FROM                    TO

**Clearly state your reason for requesting this interview.**

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Note:

Who would i Contact About A Job change because of A medical Condition; In Concerned maronly; Please Help!

| | DATE |
|---|------|
| INTERVIEWED BY | |

DISPOSITION

Do NOT write below this line. If more space is required, write on back.

(COPY) NOV-1-07 REQUEST TO MOVE FOR MEDICAL
1ST NOV-1-07 "REASONS"

STATE OF CALIFORNIA
GA-22-7 (9/92)

DEPARTMENT OF CORRECTIONS

# INMATE REQUEST FOR INTERVIEW

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| NOV-1-07 | AO-MIN - COUNSELER | Boewe Dace | V45728 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | | |
|---|---|---|---|---|---|
| RED WOOD | 113c DONE | | FROM | TO | |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)                ASSIGNMENT HOURS
None                                                      FROM        TO

**Clearly state your reason for requesting this interview.**

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

CAN I BE MOVED TO HOUSING CLOSER TO THE CLINIC, CHOW HALL.
IVE NOT GOTTEN MEDICAL AIDS I NEED SO MY FEET, LEGS, NOW
BACK, HURT, WITH WALKING OR "STANDING IN "LINE" OR PRETTY SOON I
MIGHT BE IN A WHEEL CHAIR!

DISPOSITION

INTERVIEWED BY                                      DATE

NEVER GOT REQUEST BACK

(DO NOT write below this line. If more space is required, write on back)

NEVER GOT REQUEST BACK

STATE OF CALIFORNIA
GA-22 (9/92)

DEPARTMENT OF CORRECTIONS

# INMATE REQUEST FOR INTERVIEW

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| MAR-20-08 | COUNSELOR FELIX | BOROR | V46725 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | ASSIGNMENT HOURS |
|---|---|---|---|---|
| MAR Hall 2 Row | 12 Row | MEDICAL HOLD / ON CRUTCHES | N/A | FROM    TO |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) |
|---|
| N/A |

**Clearly state your reason for requesting this interview.**

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Hello - I was ASSIGNED ARTS + CRAFTS, DUE TO MEDICAL RESTRICTIONS I HAVE (CHRONO'S I was TAKEN OUT OF ARTS & CRAFTS, AND PUT INTO PRE-RELEASE AFTER I was PUT IN PRE-RELEASE, THEY (SOMEONE) PUT ME IN THE SANDWICH CREW - (KITCHEN) PLEASE CHANGE THIS AS GOD, IMPOSSIBLE! THANK-YOU

| INTERVIEWED BY | | DATE |
|---|---|---|
| J.Y. FELIX | | 3/28/08 |

| DISPOSITION |
|---|
| Will be taking you to UCC on 4-2-08 for annual review, job change |

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| APR-23-08 | Records | Bozoue | V45728 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | FROM | TO |
|---|---|---|---|---|---|
| MAB Hall | 122L | Hause Brown Disabeled | | 8/18 | |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)

ASSIGNMENT HOURS    FROM  N/A   TO

**Clearly state your reason for requesting this interview.**

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

we Belieo For Interview — A Disot of the Bolelis I seek for eo!

AFTER my 1yr ANNUAL Review — ANd CHECKING THE Committee Living ABOUT my MEDICAL CONDITION. THERE STILL ABE LIES IN THE COBRECTED PAGE AFTER SEEING OUT FELIX or BE-LEE GO-GO. I ALSO FEEL THREATENED. I NEED A COPY of my 1st Committee hearing. I TOLD THEM MY MEDICAL CONCERNS: WAS TOLD — THIS Committee DOES NOT HEAR MEDICAL

DISPOSITION

INTERVIEWED BY _____ DATE _____

Because I HAVE TOLD DOAS
I ENDODP with Aw CATE LEG
INSTEAD OF MEDICAL HELP.
I TOLD THEM with OUT my
ORTHOAICS ALL BONE BONE...

# STATE OF CALIFORNIA
## GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | | CDC NUMBER |
|---|---|---|---|---|
| APR-28-08 | COMITTEE, BOARD, | BOESE | DALE FOREST | V45728 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | | JOB NUMBER | | |
|---|---|---|---|---|---|---|
| 5A6 HALL 127 | 127L | CRIPPLE DUE TO MEDICA IISSUE | | ENISH | | |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)    CHRONO

ASSIGNMENT HOURS    FROM    TO

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

## Clearly state your reason for requesting this interview.

OR BEGGED AND PLEADED FOR THERAPY - UNSUCCESSFUL

Atty Asked ABT REVIEW OF FELIX, COCO PRESENT, INFORMED ATTY OF MEDICAL
PROBLEMS (CRIPPLE) My PAROLE WOULD CAME BACK SO I'D LIKE WITH SIS FIRST GOT HERE
SEE THE COMMITTEE INFO MY ORTHODICS - ORIGEN BECOME REALTH MITY DAMAGED
UNFILLABLE! I BET THIS ZED OUT THAT ONE TOO! ASK FOR ABOUT MISS INSTEAD OF
MEDICAL HELP!
SHOW ME THAT PAPER
WORK OR FIRST
MEETING!

DISPOSITION

INTERVIEWED BY                DATE

MAY 23rd - NEVER GOT RESPONSE

Exhibit F

Documents pertaining to defendant 2.9

California Institution for Men, Appeals Office                                    ADA Appeal Screen-Out Form (Rev. 8/13/2004)

# CDC-1824 ADA APPEAL SCREENING FORM    9k

To: Brewh, D.    CDC #: V-45728    Housing: MSF OAR 104⁴    Appeal Log#:

## YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

☐ The action or decision you are appealing is not within the jurisdiction of CDC. (CCR 3084.3(c)(1). ☐ Effective May 1, 2004, the BPH 1040 appeal process is no longer utilized. Issues concerning due process, grant or denial of parole, parole revocation, attorney or witness requests, early discharge, or good cause findings for hearings cannot be appealed. These types of appeal issues may now be forwarded to the court asking them to change the BPH action or decision. ☐ Issues concerning BPH clerical mistakes, mandatory discharge; credit eligibility during revocation terms, or other BPH rules of law may be addressed via a letter addressed to the BPH Quality Control Unit, PO Box 4036, Sacramento, CA. 95812-4036.
☐ If the issue is related to a disability; before, during, or after the hearing you may file a grievance on a BPH 1074 to the Chief Deputy Commissioner. (ARP §IV.J)

☐ You have already submitted an appeal on this same issue. CCR 3084.3(c)(2). Refer to Log#

☐ In your appeal, you are requesting a transfer solely for medical treatment. This request is a non-Americans with Disabilities Act issue; therefore, your appeal was recategorized as a CDC-602 Inmate/Parolee Appeal Form. (ARP §IV.23.b).

☐ In your appeal, you are complaining about pain and requesting medical treatment with no indication that program access is denied or impeded. This request is a non-Americans with Disabilities Act issue; therefore your appeal was recategorized as a CDC-602 Inmate/Parolee Appeal Form. ARP §IV.23.b)

☐ In your appeal, you do not allege that you have a disability that substantially limits a major life activity as defined in the Armstrong Remedial Plan. This request is a non-Americans with Disabilities Act issue; therefore, your appeal was recategorized as a CDC-602 Inmate/Parolee Appeal Form. ARP §IV.23.b).

☐ You are requesting a Second Level review. However, you did not adequately explained your dissatisfaction with the First Level review. Pursuant to the Armstrong Remedial Plan, you must explain your dissatisfaction with the First Level Response and suggest an appropriate resolution. (ARP §IV.23.e).

☑ Your appeal includes both Americans with Disabilities Act (ADA) and non-ADA issues. Staff shall address your ADA issue(s) only. Your non-ADA issue(s) may be recorded on a CDC-602 Inmate/Parolee Appeal Form. ARP §IV.23.b).

☐ You are requesting a Second Level review. However, you failed to submit the appeal within 15 working days of receipt of the First Level decision by the Division Head. Therefore, your appeal is rejected. (ARP §IV.23.e / CCR 3084.3(c)(6)).

☐ You have inadequately completed the CDC Form 1824 or 602 (e.g., no signature, section incomplete, missing appeal attachments etc). Correct the missing information and forward the appeal back to the Appeal Coordinator's Office. (CCR 3084.3(c)(5)).

☐ You are requesting extended Reception Center (RC) stay credits, however, you have not been in the RC for more than 60 days. Therefore your appeal is rejected. If you have a disability that impacts placement (CDC 1845 Section C) or undergoing dialysis treatment and still in the RC more than 60 days you may file another appeal. (ARP §III.A / CCR 3084.3(c)(3)).

☐ Remark(s)
_____
_____

| ☐ **Please correct the indicated problems and return your appeal.** | Screened Out# | Date SEP 06 2007 CIM |
| --- | --- | --- |

Note: Failure to follow instruction(s) will be reviewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed unless you allege the above reason(s) are inaccurate. In such a case, please return this form to the Appeals Coordinator with the necessary information. You have only 15 days to comply with any of the above directives. (CCR 3084.3(c)(6) / 3084.6(c)).

B. LeMaster, CC-II
Appeals Coordinator
CIM-MSF and Reception Centers

## PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE !

cc:    Inmate
       Appeal Attachment
       Appeal Office

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE BOEWE, V45728                          Date: September 6, 2007
Current Housing: MIRHBW000000113L

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: CIM-M-07-01378

ASSIGNED STAFF REVIEWER: CMO
APPEAL ISSUE: ADA
DUE DATE: 09/27/2007

Inmate BOEWE, this acts as a notice to you that your appeal has been sent to the above
staff for FIRST level response.  If you have any questions, contact the above staff
member. If dissatisfied, you have 15 days from the receipt of the response to forward
your appeal for SECOND level review.

CIM Appeals Coordinator
California Institution for Men, Chino

boÑ

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| CIM-M | 07-1378 | 18 ADA |

CIM

SEP 06 2007

CIMO - 1st Level
APPL. NKED/
SPAC. APPT.

MIRHBW113L

NOTE: THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| DALE E BOGUE | V45728 | N/A | | OAK C-104up |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

**MODIFICATION OR ACCOMMODATION REQUESTED**

DESCRIPTION OF DISABILITY:
I AM NOW IN EXTREME PAIN "CONSTANT WHEN WALKING", ITS BECOME CAR CHRONIC SINCE IVE BEEN INCARCERATED DUE TO "BEING IGNORED.

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?
IVE GOT OUTSIDE MEDICALS RECORDS (WHICH WERE MAILED TO ME, AND NO-ONE WOULD LOOK AT! IVE GOT XRAYS - MRI'S. THE PROBLEM WAS UNDER CONTROL. THEN THE SYSTEM TOOK AWAY MY THERAPY - MY ORTHODIC AND MADE ME WALK ETC... TO SURVIVE! NO ONE LISTENED, NOW MY CONDITION IS EXTREMELY CHRONIC AND MAY BE PERMANENT...

DESCRIBE THE PROBLEM:
EVERY STEP I TAKE IS NOW EXTREMLY PAINFUL, I MAY NOW HAVE TORN TENDONS OR MUSCLES IN FEET, PAIN GOES UP THE LOWER LEGS. I HAVE REPEATEDLY ASK FOR PROPER FOOTWEAR ORTHODICS, THERAPY MEDICATION AND IT IS COMPLETELY IGNORED. IVE BEEN LOWER BUNK CHRONO SINCE ARRESTED. NEVER ONCE DID SYSTEM ACCOMIDAT MY NEEDS, I EVEN FELL BECAUSE OF CONDITIONS OF MY INCARCERATION

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED? ITS 6 MONTHS TO LATE BUT I
FIRST OFF NEED MY ORTHODICS AND SHOES I NOW NEED AN MRI AGAIN, TO SEE HOW MUCH DAMAGE HAS BEEN DONE, BY FORCEING ME TO WALK TO SURVIVE! I STILL SLEEP ON AN UPPER BUNK, AFTER REPEATED REQUEST "PLEAS" I WANT A FOOT SPECIALIST AND I WANT A DOCTOR TO LOOK AT MY OUTSIDE RECORDS WHICH EVERY DOCTORS SO FAR HAS REFUSED TO DO!

INMATE/PAROLEE'S SIGNATURE

DATE SIGNED
SEPT-4-07

REASONABLE MODIFICATION OR ACCOMMODATION REQUEST
CDC 1824 (1/95)

| REVIEWER'S ACTION | |
|---|---|

**TYPE OF ADA ISSUE**

DATE ASSIGNED TO REVIEWER: 9-6-07
DATE DUE: 9-27-07

☐ PROGRAM, SERVICE, OR ACTIVITY ACCESS (Not requiring structural modification)

☒ Auxiliary Aid or Device Requested

☒ Other _Referral_____

☐ PHYSICAL ACCESS (requiring structural modification)

DISCUSSION OF FINDINGS: 9/18/07 _seen in clinic ted_
_-chronic bilat foot & calf pain -_
_feels better with pain meds -_
_was referred to podiatry two ago -_
_wait for appt -_
_I would defer ordering any xrays or_
_MRI to podiatrist._

9-18-07                              Dr. James Smith
DATE INMATE/PAROLEE WAS INTERVIEWED       PERSON WHO CONDUCTED INTERVIEW

**DISPOSITION**

☐ GRANTED     ☐ DENIED     ☒ PARTIALLY GRANTED

BASIS OF DECISION: _See attached response_

NOTE: If disposition is based upon information provided by other staff or other resources, specify the resource and the information provided. If the request is granted, specify the process by which the modification or accommodation will be provided, with time frames if appropriate.

| DISPOSITION RENDERED BY: (NAME) | TITLE | INSTITUTION/FACILITY |
|---|---|---|
| L Collier | IMAC | CM |

| APPROVAL | |
|---|---|

ASSOCIATE WARDEN'S SIGNATURE                    DATE SIGNED 10/17/8_

DATE RETURNED TO INMATE/PAROLEE 4/28/08

9A

Boewe
V45728

## APPEAL LOG #CIM-M-07-1378

Partially Granted

You submitted an ADA appeal requesting orthotic shoes, an MRI, and an evaluation by a foot specialist. On 9-18-07, Dr. Smith examined and interviewed you regarding your appeal issues. Medication was ordered and you were informed a referral to Podiatry had been submitted. The decision regarding MRI and shoes was deferred to the Podiatrist. You were notified your appeal was placed in SUSPEND status pending the Podiatry evaluation.

Review of your Unit Health Records shows that you were issued crutches and an ace wrap for your ankle on 10-4-07. Additionally, medication was prescribed to alleviate foot pain.

Clinic Staff confirmed the podiatrist saw you on 10-17-07. Dr. Schulze prescribed Vitamin B6; however, no recommendation for shoes or an MRI was made. You are to return for a follow-up evaluation at the next clinic. You will be ducated to attend.

C. Collier, IMAC
10-17-07

9A

# INMATE/PAROLEE
# APPEAL FORM
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| 1. _____ | | 1. _____ | _____ |
| 2. _____ | | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Boewe | V45728 | | M1 MH 127L |

A. Describe Problem: *SEE CDC 1824*

_____

_____

_____

_____

_____

_____

_____

If you need more space, attach one additional sheet.

B. Action Requested: *SEE CDC 1824*

_____

_____

_____

Inmate/Parolee Signature: _____    Date Submitted: _____

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: *SEE CDC 1824*

_____

_____

_____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

*SEE CDC 1824*

_____

_____

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

First Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ________

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: ________ Due Date: ________

Interviewed by: SEE CDC 1824

Staff Signature: ________ Title: ________ Date Completed: ________

Division Head Approved: Returned

Signature: ________ Title: ________ Date to Inmate: ________

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

THE FIRST LEVEL OF STAFF RESPONSE ON THE CDC 1824 IS APPRECIATED BUT NOTHING HAS BEEN GRANTED OR RESOLVED. I STILL DO NOT HAVE MY ORTHOTICS OR MY ORTHOPEDIC SHOES. IVE NEVER RECEIVED A MUCH NEEDED MRI AND/OR WEIGHT BEARING X-RAY. I AM IN CONSTANT CHRONIC PAIN AND I CAN →

Signature: [signature] Date Submitted: 11 MAY 08

Second Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ________

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: ________ Due Date: ________

☐ See Attached Letter

Signature: ________ Date Completed: ________

Warden/Superintendent Signature: ________ Date Returned to Inmate: ________

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: ________ Date Submitted: ________

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ________

☐ See Attached Letter

Date: ________

CDC 602 (12/87)

CONTINUATION SHEET SECTION F for APPEAL DATED 1 MAY 08:

→ barely manuever on crutches and I needs medical care for what has been diagnosed as plantar faciatis. The denial of medical care in regard to this diagnoses has caused permanent damage now to my feet. I fear my arches will fall soon as my outside personal doctor said would happen if I did not use orthotics and/or orthopedic shoes. prescribing vitamins for my condition is what I have to call a misjudgment or error on the doctors part or the podiatrist's part who seen me on 17 Oct 07. I needs the shoes/orthotics and MRI, So for the doctor to deny this is a denial of medical care for my condition cwhich has now caused permanent damage to my feet and unbeatable pain. The Notice of suspend status dated 19 sept 07 states the appeals coordinator would let me know of the new due date for this appeal, I never received that notification. Also, the Notice of suspend status states I would receive verification of a disability, I did not receive that verification So I do not see anything as being partially granted. Also, it took 6 months for this appeal to be returned to me. Please help me with the medical care I needs. Respectfully submitted.

# INMATE CDC1824 APPEAL
## NOTICE OF SUSPEND STATUS

Date:  <u>9-19-07</u>

Name:  <u>BOEWE</u>        CDC#:  <u>V45728</u>

Appeal Log #:  <u>CIM-M-07-1378</u> .  Orig. Due Date  <u>9-27-07.</u>

You have submitted a CDC1824 Inmate/Parolee Request for Reasonable Accommodation.  Per the Armstrong Remedial Plan Section I.23.C - Medical Verification Process, appeal time limits have been suspended.  The original due date is no longer valid for this appeal and will be recalculated after your consultation takes place.  You will receive notice from the Institutions Appeals Coordinator of the new due date.  Your treating physician has referred you to an expert consultant for:

☒    Verification of disability and/or need of requested device (ORTHOTIC FOOTWEAR).

☐    Identification of associated limitation(s).

For evaluation with the  **PODIATRY**  specialist.

☒    at CIM-MSF Consult Clinic on or about  <u>4-6 WEEKS</u> .

☐    at Riverside Regional Medical Center (RCRMC) - Due to security reasons, dates for outside appointments cannot be given.

Please be advised that referrals to specialists for on-site care are made in order of receipt and are held in the CIM MSF Consult Clinic.  Off-site expert consultations are scheduled through the Off Reservation Medical Detail (ORMD) desk in coordination with Riverside County Regional Medical Center (RCRMC).  Appointments are determined by RCRMC not CIM.

You are expected to cooperate with all efforts to verify your claimed disability.  Your failure to cooperate will result in your appeal being cancelled.  The rule governing this is Title 15, Section  3084.4 (d) - Lack of Cooperation.

**COMMENTS:    YOUR REFERRAL HAS BEEN SUBMITTED.  YOU WILL BE SCHEDULED TO ATTEND THE NEXT PODIATRY CLINIC AND DUCATED ONE DAY PRIOR TO YOUR APPOINTMENT. DR. SMITH HAS DEFERRED THE X-RAY/MRI DECISION TO THE PODIATRIST.**

C. Collier
Medical Appeals Analyst
California Institution for Men

cc:    Inst. Appeals Coordinator
         Medical Appeals Analyst

28 SEPT 07
9B

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| 1. | _____ | 1. _____ | _____ |
| 2. | _____ | 2. _____ | _____ |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| DALE BOEWE | V45728 | PORTER   REDWOOD | 113 LOW |

**A. Describe Problem:** 1. Im without orthodics and Im asked to walk and walk on my feet when is it extremely painful. Ive yet to see podiatrist as ordered by doctor! Ive asked for crutches instead of cane, as I did get an order of disabili But still nothing has changed" It is extremely damageing to my feet and pain full to walk any distance. And yet Im expected to walk lon distances on concrete, to get medication, or seek medical attention and even worse; "to eat to survive". Damage to my feet has alrea taken place, I need to see a podiatrist, need MRI to see whats happen

If you need more space, attach one additional sheet.

**B. Action Requested:** What Ive asked for since day one repeatedly! Orthodics, therapy now, because condition is chronic! Wraps, not just pain medication! The same care I would get on the outside! Ive told every facility to check with my outside doctors to no avail...

Inmate/Parolee Signature: _____    Date Submitted: SEPT-28-07

**C. INFORMAL LEVEL** (Date Received: _____ )

Staff Response: _____

Staff Signature: _____    Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| 1. | _____ | 1. _____ | _____ |
| 2. | _____ | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: Dale Boewe  NUMBER: V45728  ASSIGNMENT: Porter  UNIT/ROOM NUMBER: Redwood 1136

A. Describe Problem: 1) I need to see Podiatrists! Been trying to get help for over 6 month. Need to get crutches instead of cane! I'm getting in trouble because I'm missing my medication). 1). Doctor said to quit TB meds until we see if the prison jail system has messed up "Destroyed my liver; also - it hurts to walk. I've said this all along! So what happens - the medical system sets it up so I have to walk 989 steps each way - Just to get pain medication "Not therapy - orthodics-wrap- Ice". The nurse wasn't even sure about TB tests!

If you need more space, attach one additional sheet.

B. Action Requested: Second T/B test to confirm! Orthodics- Therapy - Make it available without pain or, causing more damage!

Inmate/Parolee Signature: _____ Date Submitted: _____

C. INFORMAL LEVEL (Date Received: _____)
Staff Response: _____

Staff Signature: _____ Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____ Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

# INMATE/PAROLEE APPEAL FORM
CDC 802 (12/87)

Location: Institution/Parole Region

1. _____
2. _____

Log No.

1. _____
2. _____

Category

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: Dale Boewe
NUMBER: V45728
ASSIGNMENT: Now "Building Maintnance
UNIT/ROOM NUMBER: Redwood 113 L

A. Describe Problem: I have a chronic (foot, leg, condition which has become chronic an severely painfull because of improper, lack of, medical attention, miss diagnosis, understaffing, over crowding. Now, I've been waiting to see a foot specialist for 2 months now. Instead of medical needs address you give me a job that not only will worsen my condition, but is more or less torture, even just to hobble over there, see I finally got my crutches after 7 months of repeated pleas. But I can't have crutches at this job "Building Maintnance" does anybody read my request, I've only gotten a few responses.

If you need more space, attach one additional sheet.

B. Action Requested: Therapy - proper medical attention - foot specialist, orthodic exactly what the outside professionals (doctors, podiatrists) have been before, I had my records mailed here, but no-one will look... I'm about to give up, I have nerd breakdown

Inmate/Parolee Signature: _____   Date Submitted: _____

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

_____

Staff Signature: _____   Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____   Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

California Institution for Men Appeals Office

Appeal Screen-Out Form (Rev. 12/22/2004)

# CDC 602 INMATE APPEALS SCREENING FORM

| To: *Brown, D.* | CDC #: *V-45728* | Housing: *MIRHBW113L* | Appeal Log#: |

## YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

☐ The action or decision you are appealing is not within the jurisdiction of CDC. (CCR 3084.3(c)(1). ☐ Effective May 1, 2004, the BPH 1040 appeal process is no longer utilized. Issues concerning due process, grant or denial of parole, parole revocation, attorney or witness requests, early discharge, or good cause findings for hearings cannot be appealed. These types of appeal issues may now be forwarded to the courts asking them to change the BPH action or decision. ☐ Issue(s) concerning BPH clerical mistakes, mandatory discharge, credit eligibility during revocation terms, or other BPH rules of law may be addressed via a letter to the BPH Quality Control Unit, PO Box 4036, Sacramento, CA 95812-4036 ☐ You may submit a *GA-22 Request for Interview Form* to the BPH Trailers at the RCE Facility.

☑ You have already submitted an appeal on this same issue. CCR 3084.3(c)(2). *ADA # CIM-M-07-01357 73.78*

☐ You cannot appeal an anticipated action or decision not yet taken. CCR 3084.3(c)(3)

☐ You have not attempted to resolve your grievance at the Informal Level. CCR 3084.3(c)(4). Contact the following staff:
 ☐ Counselor ☐ Work Supervisor ☐ Records Office ☐ Receiving & Release ☐ Trust Office ☐ Education
 ☐ Unit Sergeant/Lieutenant ☐ I/M Assignment Office ☐ Employee who inventoried property ☐ Other: _____

☐ You have not adequately completed your appeal and/or attached the necessary supporting documents. CCR 3084.3(c)(5). Complete and return the following document(s):
 ☐ Completed CDC-115, CDC-115A, CDC-115C, I.E. Report ☐ CDC-7250 Sobriety Report ☐ All CDC-837 Incident Reports
 ☐ Lab Reports ☐ CDC-7219 Medical Report ☐ CDC-114D Ad-Seg Order ☐ CDC-128G ICC/UCC Action ☐ Current Trust Statement
 ☐ Property Inventory Sheet ☐ Receipt for property ☐ CDC-128A Counseling Chrono/128B General/128C Med/Psych/Dental
 ☐ CDC-7362 (Health Care Request) & Trust statement with co-pay charge ☐ CDC-128G Classification Chrono
 ☐ CDC Form 1858 Rights & Responsibilities ☐ Complete/Sign/Date the CDC-602
 ☐ Other _____

☐ You failed to file your appeal within 15 working days of the event or decision. The appeal is rejected. CCR 3084.3(c)(6)

☐ This issue has been addressed already. See attached correspondence. CCR 3084.2(g)

☐ You are abusing the appeal process. Your appeal is therefore rejected/cancelled. CCR 3084.3(8)
 ☐ Excessive filing CCR 3084.4(a) ☐ Inappropriate statements CCR 3084.4(b) ☐ Excessive verbiage CCR 3084.4(c)
 ☐ Voluminous unrelated documentation, CCR 3084.3 (c)(8) ☐ Lack of cooperation CCR 3084.4(d)

☐ You are not authorized to submit an appeal on behalf of another inmate(s). CCR 3084.3(c)(7)

☐ This appeal was resolved at a lower level. If you disagreed with the decision, you had 15 working days from when you received your appeal to file at a higher level. CCR 3084.6(c)

☐ Submit your request on a CDC-7362 (Health Service Form) and send it to the Medical Department for an appointment.

☐ A limit of one continuation page, front and back, may be attached to the appeal to describe the problem and action requested in section A and B of the form. CCR 3084.2(a)(1)

☐ You have failed to demonstrate an adverse effect on your welfare. CCR 3084.1(a)

☐ Remark(s) _____

---

☐ **Please correct the indicated problems and return your appeal.** 

| | Screened Out #: | Date: OCT 1 0 2007 |

CIM

Note: Failure to follow instruction(s) given by Appeals Staff will be viewed as a lack of cooperation on your part and your appeal will be cancelled pursuant to CCR 3084.4(d). This screening decision may not be appealed unless you allege the above reason is inaccurate. In such a case, please return this form to the Appeals Coordinator with the necessary information. You have 15 days to comply with any of the above directives. CCR 3084.3(c)(6)

B. LeMaster, CC-II
Appeals Coordinator
CIM-MSF and Reception Centers

## PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE

# INMATE/PAROLEE APPEAL FORM

CDC 602 (12/87)

CIM

S/off OCT 2 07-1373
OCT 10 2007

Action: ___ Institution/Parole Region 1. ___
Log No. ___ Category
1. ___
2. ___

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Dale & Doewe | V45728 | Porter | Redwood 1136 |

**A. Describe Problem:** I NEED A PODIATRIST; BEW TRYING OVER GROWTHS, NEED CRUTCHES BECAUSE OF THE DISTANCE I HAVE TO TRAVEL FOR HELP. MISSING MEDICATION AS IT IS VERY PAINFUL TO GET THERE! 1) DOCTOR SAID QUIT TB MEDS UNTILL WILL SEE IF THE PRISON SYSTEM HAS MESSED UP MY LIVER; ITS HURTS TO WALK AS EVE SAID ALL ALONG SO WHAT HAPPENS - THE MEDICAL SYSTEM SETS IT UP SO I HAVE TO WALK MORE (987 STEPS EACH WAY) TO RECIEVE MEDICAL CARE - AND THATS JUST FOR PAIN MEDICATION)! NOT THERAPY - JUST PROLONGING THE REAL PROBLEM AND MAKING IT WORSE!

If you need more space, attach one additional sheet.

**B. Action Requested:** PODIATRIST; CRUTCHES; MED DELIVERED! PROPER MEDICAL ATTENTION);

Inmate/Parolee Signature: ___  Date Submitted: 7-13-07

**C. INFORMAL LEVEL** (Date Received: ___)

Staff Response: ___

Staff Signature: ___  Date Returned to Inmate: ___

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

YES - IVE ASKED, PLEADED, BEGGED, SENT IN 602S, EVERYTHING POSSIBLE TO GET HELP, "THAT IS MEDICAL-LY NEEDED! ORTHODICS, I WAS LIED TO ON OCT-17th 07, BY PODIATRISTS WAS TOLD THE PRISON SYSTEM DOES NOT HANDLE ORTHODICS AT ALL; LIE - I KNOW SOMEONE WHO HAD THEM BUILT FOR HIM IN PRISON,

Signature: ___  Date Submitted: ___
CDC Appeal Number: ___

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

THATS HOW IMPORTANT IT IS TO HAVE THEM'. ___ OCT-19-07 "LIARS

# CDC 602 INMATE APPEALS SCREENING FORM

| To: Bahule P | CDC #: V-45728 | Housing: MIRHBWII3L | Appeal Log#: |
|---|---|---|---|

## YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

☐ The action or decision you are appealing is not within the jurisdiction of CDC. (CCR 3084.3(c)(1). ☐ Effective May 1, 2004, the BPH 1040 appeal process is no longer utilized. Issues concerning due process, grant or denial of parole, parole revocation, attorney or witness requests, early discharge, or good cause findings for hearings cannot be appealed. These types of appeal issues may now be forwarded to the courts asking them to change the BPH action or decision.
☐ Issue(s) concerning BPH clerical mistakes, mandatory discharge, credit eligibility during revocation terms, or other BPH rules of law may be addressed via a letter to the BPH Quality Control Unit, PO Box 4036, Sacramento, CA 95812-4036
☐ You may submit a *GA-22 Request for Interview Form* to the BPH Trailers at the RCE Facility.

☑ You have already submitted an appeal on this same issue. CCR 3084.3(c)(2). *ADA #07-01378 @ 1st Lev*

☐ You cannot appeal an anticipated action or decision not yet taken. CCR 3084.3(c)(3)

☐ You have not attempted to resolve your grievance at the Informal Level. CCR 3084.3(c)(4). Contact the following staff:
  ☐ Counselor  ☐ Work Supervisor  ☐ Records Office  ☐ Receiving & Release  ☐ Trust Office  ☐ Education
  ☐ Unit Sergeant/Lieutenant  ☐ I/M Assignment Office  ☐ Employee who inventoried property  ☐ Other: _____

☐ You have not adequately completed your appeal and/or attached the necessary supporting documents. CCR 3084.3(c)(5). Complete and return the following document(s):
  ☐ Completed CDC-115, CDC-115A, CDC-115C, I.E. Report  ☐ CDC-7250 Sobriety Report  ☐ All CDC-837 Incident Reports
  ☐ Lab Reports  ☐ CDC-7219 Medical Report  ☐ CDC-114D Ad-Seg Order  ☐ CDC-128G ICC/UCC Action  ☐ Current Trust Statement
  ☐ Property Inventory Sheet  ☐ Receipt for property  ☐ CDC-128A Counseling Chrono/128B General/128C Med/Psych/Dental
  ☐ CDC-7362 (Health Care Request) & Trust statement with co-pay charge  ☐ CDC-128G Classification Chrono
  ☐ CDC Form 1858 Rights & Responsibilities  ☐ Complete/Sign/Date the CDC-602
  ☐ Other _____

☐ You failed to file your appeal within 15 working days of the event or decision. The appeal is rejected. CCR 3084.3(c)(6)

☐ This issue has been addressed already. See attached correspondence. CCR 3084.2(g)

☐ You are abusing the appeal process. Your appeal is therefore rejected/cancelled. CCR 3084.3(8)
  ☐ Excessive filing CCR 3084.4(a)  ☐ Inappropriate statements CCR 3084.4(b)  ☐ Excessive verbiage CCR 3084.4(c)
  ☐ Voluminous unrelated documentation, CCR 3084.3 (c)(8)  ☐ Lack of cooperation CCR 3084.4(d)

☐ You are not authorized to submit an appeal on behalf of another inmate(s). CCR 3084.3(c)(7)

☐ This appeal was resolved at a lower level. If you disagreed with the decision, you had 15 working days from when you received your appeal to file at a higher level. CCR 3084.6(c)

☐ Submit your request on a CDC-7362 (Health Service Form) and send it to the Medical Department for an appointment.

☐ A limit of one continuation page, front and back, may be attached to the appeal to describe the problem and action requested in section A and B of the form. CCR 3084.2(a)(1)

☐ You have failed to demonstrate an adverse effect on your welfare. CCR 3084.1(a)

☐ Remark(s) _____

☐ **Please correct the indicated problems and return your appeal.** | Screened Out # | Date: OCL 18 2007

CIM

Note: Failure to follow instruction(s) given by Appeals Staff will be viewed as a lack of cooperation on your part and your appeal will be cancelled pursuant to CCR 3084.4(d). This screening decision may not be appealed unless you allege the above reason is inaccurate. In such a case, please return this form to the Appeals Coordinator with the necessary information. You have 15 days to comply with any of the above directives. CCR 3084.3(c)(6)

Appeals Coordinator
CIM-MSF and Reception Centers

DUPLICATE

## PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE

STATE OF CALIFORNIA

**REASONABLE MODIFICATION OR**
**ACCOMMODATION REQUEST**
CDC 1824 (1/95)

DEPARTMENT OF CORRECTIONS

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| | | 18. ADA |

*NOTE:* THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered*
*under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| DALE BOEWE | V45728 | PENDING | | REDWOOD 113L |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

TORN PLANTAR FASIAS; TORN TENDON! SEVERE PAIN WHEN WALKING, STANDING, GET WORSE, AND WORSE, IVE TOLD YOU I WILL END UP IN A WHEEL CHAIR!

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

OUTSIDE DOCUMENTS NO ONE IN CALIFORNIA PRISON SYSTEM WILL LOOK AT! EXRAYS - THERAPY ORDERS! ORDERS TO WEAR ORTHODICS, OR I CAN PERMENENTLY DAMAGE MY FEET! WHICH IT HAS SEEMED TO HAPPEN." THE CONDITION IS CHRONIC". DR. I AM GLENDORA CALIF, VETERANS HOOPITAL!." PRODIE IN AN SERIOUS NEED OF MEDICAL ATTENTION!

DESCRIBE THE PROBLEM:

TORN TENDONS - BROKEN BONES - IVE ASKED FOR EXRAYS, IVE ASKED FOR A FOOT SPECIALIST SINCE DAY ONE! ASK MY OUTSIDE DOCTORS TAKE SOME EX-RAYS, TEST MY BLOOD SUGAR! I NEED AN MRI! I AM ALMOST BACK TO WHERE I WAS THREE YEARS AGO!" IN A WHEEL CHAIR" AND I HAD WARNED EVERYONE IT WOULD HAPPEN! NOW THERE IS CONSTANT PAIN AND PRESSURE ALL NIGHT LONG! PLUS WHY DID YOU STOP THE ONLY MEDICATION THAT HELP

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED? ORTHODICS, THERAPY, SPLINTS

ELECTRIC SHOCK, AVAILIBLE FOOD, MEDICATION!
I NEED TO SEE FOOT SPECIALIST "PODIATRISTS" IVE BEEN FORCED TO WAIT OVER TWO MONTHS NOW! WAITED 5 MONTHS AT LANCASTER! IVE SEEN ENOUGH O. (GET ME MEDICAL ATTENTION)" ORTHODICS"!

INMATE/PAROLEE'S SIGNATURE                    DATE SIGNED
Dale Boewe                                     OCT-14-07

I AM DALE BOEWES BUNKIE AT 113UP ROBERT KROHN, IVE PERSONALLY WITTNESSED N BOEWE TRYING TO GET MEDICAL HELP, IVE SEEN THE PAIN HE ENDURES TO GET AROUND

# INMATE/PAROLEE APPEAL FORM

CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| 1. | _____ | 1. _____ | _____ |
| 2. | _____ | 2. _____ | _____ |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Dale Boewe | V45728 | N/A | Redwood 113 Lc |

**A. Describe Problem:** Same As Before, I need a Foot Specialist, Pain is now Chronic And much worse, Like I said All Along it would Happen! Next Step Wheel Chair! Im Tired of Pleading! Need Podiatrist, Qualified Specialists. Went through this three years Ago, This Could Have Been Prevented with Proper Medical Care In A Time-ly Manner!

_____

_____

_____

If you need more space, attach one additional sheet.

**B. Action Requested:** Orthodics, Therapy - Same As Before, Ive written So Much, And Many Times! Check your Files, Proper Medical Attention, Not the Run Around It's Not my Fault your Understaffed And Overcrowded, which the Nurses And Doctors Tell me!

Inmate/Parolee Signature: _____  Date Submitted: _____

**C. INFORMAL LEVEL** (Date Received: _____)

Staff Response: _____

_____

_____

_____

_____

Staff Signature: _____  Date Returned to Inmate: _____

**D. FORMAL LEVEL**

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____  Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

5

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

CIM
OCT 18 2007
S/o DUPL.
★ AC CALLED R.N. NURSE @ REDWOOD WHO ADVISED I/M HAS NO OBVIOUS MOBILITY P.

| Location: | Institution/Parole Region | Log No. | DUPLICATE | Category |
| --- | --- | --- | --- | --- |
| 1. | | 1. | | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
| --- | --- | --- | --- |
| Vale Boewe | V45728 | N/A | Redwood 113 Low |

A. Describe Problem: Same as Before, I need a Foot Specialist. Pain is now Chronic and Worse, Like I said all along would Happen! Next step Wheelchair! Im tired of Pleading. Need Podiatrists! Qualified Specialists. Went through this three years ago! This could of been Prevented with Proper Medical Care in a Timely Manner!

DUPLICATE

If you need more space, attach one additional sheet.

B. Action Requested: Orthodics Therapy— Same as Before, Ive written so much, and many times, Check your Files! "Proper Medical Attention", Not the Run Around! Its Not my Fault your understaffed! Over Crowded... which the Nurses and Doctors say!

Inmate/Parolee Signature: _____  Date Submitted: Oct-15-07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____  Date Returned to Inmate: _____

D. FORMAL LEVEL

DUPLICATE

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____  Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

# CDC-1824 ADA APPEAL SCREENING FORM

| To: *Boane, J* | CDC #: V-45728 | Housing: MIRHBW 113L | Appeal Log#: |

## YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

☐ The action or decision you are appealing is not within the jurisdiction of CDC. (CCR 3084.3(c)(1). ☐ Effective May 1, 2004, the BPH 1040 appeal process is no longer utilized. Issues concerning due process, grant or denial of parole, parole revocation, attorney or witness requests, early discharge, or good cause findings for hearings cannot be appealed. These types of appeal issues may now be forwarded to the court asking them to change the BPH action or decision. ☐ Issues concerning BPH clerical mistakes, mandatory discharge, credit eligibility during revocation terms, or other BPH rules of law may be addressed via a letter addressed to the BPH Quality Control Unit, PO Box 4036, Sacramento, CA. 95812-4036. ☐ If the issue is related to a disability before, during, or after the hearing you may file a grievance on a BPH 1074 to the Chief Deputy Commissioner. (ARP §IV.J)

☑ You have already submitted an appeal on this same issue. CCR 3084.3(c)(2). Refer to Log# *07-01378 (1st issue)*

☐ In your appeal, you are requesting a transfer solely for medical treatment. This request is a non-Americans with Disabilities Act issue; therefore, your appeal was recategorized as a CDC-602 Inmate/Parolee Appeal Form. (ARP §IV.23.b).

☐ In your appeal, you are complaining about pain and requesting medical treatment with no indication that program access is denied or impeded. This request is a non-Americans with Disabilities Act issue; therefore your appeal was recategorized as a CDC-602 Inmate/Parolee Appeal Form. ARP §IV.23.b).

☐ In your appeal, you do not allege that you have a disability that substantially limits a major life activity as defined in the Armstrong Remedial Plan. This request is a non-Americans with Disabilities Act issue; therefore, your appeal was recategorized as a CDC-602 Inmate/Parolee Appeal Form. ARP §IV.23.b).

☐ You are requesting a Second Level review. However, you have not adequately explained your dissatisfaction with the First Level review. Pursuant to the Armstrong Remedial Plan, you must explain your dissatisfaction with the First Level Response and suggest an appropriate resolution. (ARP §IV.23.e).

☐ Your appeal includes both Americans with Disabilities Act (ADA) and non-ADA issues. Staff shall address your ADA issue(s) only. Your non-ADA issue(s) may be recorded on a CDC-602 Inmate/Parolee Appeal Form. ARP §IV.23.b).

☐ You are requesting a Second Level review. However, you failed to submit the appeal within 15 working days of receipt of the First Level decision by the Division Head. Therefore, your appeal is rejected. (ARP §IV.23.e / CCR 3084.3(c)(6)).

☐ You have inadequately completed the CDC Form 1824 or 602 (e.g., no signature, section incomplete, missing appeal attachments etc). Correct the missing information and forward the appeal back to the Appeal Coordinator's Office. (CCR 3084.3(c)(5)).

☐ You are requesting extended Reception Center (RC) stay credits, however, you have not been in the RC for more than 60 days. Therefore your appeal is rejected. If you have a disability that impacts placement (CDC 1845 Section C) or undergoing dialysis treatment and still in the RC more than 60 days you may file another appeal. (ARP §III.A / CCR 3084.3(c)(3)).

☐ Remark(s) _____
_____
_____

☐ **Please correct the indicated problems and return your appeal.**

Number of Times Screened Out

Note: Failure to follow instruction(s) will be reviewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed unless you allege the above reason(s) are inaccurate. In such a case, please return this form to the Appeals Coordinator with the necessary information. You have only 15 days to comply with any of the above directives. (CCR 3084.3(c)(6) / 3084.6(c)).

Appeals Coordinator   Date: _____
CIM-MSF and Reception Centers

CIM
OCT 18 2007

DUPLICATE

## PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE !

cc:   Inmate
      Appeal Attachment
      Appeal Office

STATE OF CALIFORNIA                                          DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR
ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| | | **18. ADA** |

*NOTE:* **THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES**

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| DALE BOEWE | V45928 | N/A | | Redwood 113 low |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:
PLANTAR FASCIAS - NEUROPATHY - TORN TENDONS NOW?

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?
DOCTORS AT VETERANS HOSPITAL, DR TAM, ROUTE 66, GLENDORA, CA, 91740. DR SMITH HERE AT CHINO! EXRAYS-

DESCRIBE THE PROBLEM:
UNSURE NOW - GOTTEN BAD! CHRONIC!

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?
AS I STATED FROM THE START - ORTHODICS, SPLINTS, THERAPY - IF THESE CANNOT BE SUPPLIED AT THIS FACILITY I SHOULD BY LAW NOT BE HERE!
I WAS TOLD BY ON SITE PODIATRIST C/S PRISON DOES NOT PROVIDE ORTHO! THATS A LIE! I KNOW SOMEONE WHO GOT THEM

INMATE/PAROLEE'S SIGNATURE                    DATE SIGNED

STATE OF CALIFORNIA

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**

CDC 1824 (1/95)

DEPARTMENT OF CORRECTIONS

**DUPLICATE**

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| | | 18 ADA |

**CIM**

5/5 DUPL. 1378

OCT 18 2007

*NOTE:* THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request, it will be verified the inmate/parolee has a disability which is covered* ✱ AC CALLED S/5 WHO STATED Z/M WAS A POOR R' OUT AROUND Y NO PROBLEM, NO CMP, *under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| DALE BOEWE | V45728 | N/A | | REDWOOD 1181 |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

**MODIFICATION OR ACCOMMODATION REQUESTED**

DESCRIPTION OF DISABILITY:

TORN TENDONS, STRESS FRALTURE, SEVERE PAIN WHEN WALKING, STANDING, WON'T EVEN AT REST "WHICH I'VE STATED ALL ALONG WOULD HAPPEN! "ALL END UP IN WHEELCHAIR"

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

OUTSIDE DOCUMENTS THAT NO ONE IN CALIFORNIA PRISON SYSTEM WILL LOOK AT! X-RAYS - THERAPY ORDERS, ORDERS FOR ORTHODICS, OR I CAN PERMANENTLY DAMAGE MY FEET, LEGS! WHICH HAPPENED THIS CONDITION IS NOW CHRONIC. CHINO TAM, VETERANS HOSPITAL! STUFF IS RIGHT THERE!

DESCRIBE THE PROBLEM:

TORN TENDONS - STRESS FRALTURE, NO TELLING NOW, I'VE ASKED FOR A FOOT SPECIALISTS SINCE I'VE ARRIVED HERE. BUT IT'S THE SAME AS IT WAS AT LANCASTER, EMPTY PROMISE. I'M ABOUT IN THE SAME CONDITION NOW" I WAS IN THREE YEARS AGO WHEN I WAS IN A WHEEL CHAIR, IT TOOK A YEAR OF THERAPY TO GET ME BACK ON MY FEET! AND I WARNED EVERYONE THIS WOULD HAPPEN. NOW THE PAIN AND PRESSURE IS ALL NIGHT LONG! ALL I GET IS "OWELL-WE ARE TO BUSY "Bull CRAP." WRONG

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?

**DUPLICATE**

FIRST OF WHAT I STARTED WITH, LONG ORTHODICS, BUT NOW IT'S A LONG ROAD, EVEN WITH THEM - I'VE WAITED AND WAITED FOR A FOOT SPECIALIST, SO I'VE WALKED AND WALKED TO SURVIVE!

WHAT I'VE ALWAYS REQUESTED MY MEDICAL NEEDS! PODIATRY

INMATE/PAROLEE'S SIGNATURE: DAM          DATE SIGNED: OCT-15-07

I AM DALE BOEWES BUNKIE AT 1130° ROBERT KROHN, I'VE PERSONALLY WITNESSED MR BOEWE TRUGGLE TO GET HELP! STRUGGLE TO MOVE AROUND, I'VE WITNESSED HIS PAIN, I'VE DROPPED IN NUMBERS REQUEST FOR HELP FOR MR BOEWE, IT'S STILL SHOWERS! R. Rotch

# CDC-1824 ADA APPEAL SCREENING FORM

To: Boduk, D.    CDC #: V-X5728    Housing: MIRABW1134    Appeal Log#:

## YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

☐ The action or decision you are appealing is not within the jurisdiction of CDC. (CCR 3084.3(c)(1). ☐ Effective May 1, 2004, the BPH 1040 appeal process is no longer utilized. Issues concerning due process, grant or denial of parole, parole revocation, attorney or witness requests, early discharge, or good cause findings for hearings cannot be appealed. These types of appeal issues may now be forwarded to the court asking them to change the BPH action or decision. ☐ Issues concerning BPH clerical mistakes, mandatory discharge, credit eligibility during revocation terms, or other BPH rules of law may be addressed via a letter addressed to the BPH Quality Control Unit, PO Box 4036, Sacramento, CA. 95812-4036.

☐ If the issue is related to a disability before, during, or after the hearing you may file a grievance on a BPH 1074 to the Chief Deputy Commissioner. (ARP §IV.J)

☑ You have already submitted an appeal on this same issue. CCR 3084.3(c)(2). Refer to Log# CIM-M-07-0/378

☐ In your appeal, you are requesting a transfer solely for medical treatment. This request is a non-Americans with Disabilities Act issue; therefore, your appeal was recategorized as a CDC-602 Inmate/Parolee Appeal Form. (ARP §IV.23.b).

☐ In your appeal, you are complaining about pain and requesting medical treatment with no indication that program access is denied or impeded. This request is a non-Americans with Disabilities Act issue; therefore your appeal was recategorized as a CDC-602 Inmate/Parolee Appeal Form. ARP §IV.23.b).

☐ In your appeal, you do not allege that you have a disability that substantially limits a major life activity as defined in the Armstrong Remedial Plan. This request is a non-Americans with Disabilities Act issue; therefore, your appeal was recategorized as a CDC-602 Inmate/Parolee Appeal Form. ARP §IV.23.b).

☐ You are requesting a Second Level review. However, you have not adequately explained your dissatisfaction with the First Level review. Pursuant to the Armstrong Remedial Plan, you must explain your dissatisfaction with the First Level Response and suggest an appropriate resolution. (ARP §IV.23.e).

☐ Your appeal includes both Americans with Disabilities Act (ADA) and non-ADA issues. Staff shall address your ADA issue(s) only. Your non-ADA issue(s) may be recorded on a CDC-602 Inmate/Parolee Appeal Form. ARP §IV.23.b).

☐ You are requesting a Second Level review. However, you failed to submit the appeal within 15 working days of receipt of the First Level decision by the Division Head. Therefore, your appeal is rejected. (ARP §IV.23.e / CCR 3084.3(c)(6)).

☐ You have inadequately completed the CDC Form 1824 or 602 (e.g., no signature, section incomplete, missing appeal attachments etc). Correct the missing information and forward the appeal back to the Appeal Coordinator's Office. (CCR 3084.3(c)(5)).

☐ You are requesting extended Reception Center (RC) stay credits, however, you have not been in the RC for more than 60 days. Therefore your appeal is rejected. If you have a disability that impacts placement (CDC 1845 Section C) or undergoing dialysis treatment and still in the RC more than 60 days you may file another appeal. (ARP §III.A / CCR 3084.3(c)(3)).

☑ Remark(s) IF YOU ARE DISSATISFIED WITH THE RESPONSE TO ADA REQUEST #07-01378 YOU MAY SUBMIT TO THE APPEAL (ORIGINAL) TO THIS OFFICE FOR 2ND LEVEL CONSIDERATION. #07-01378 WAS COMPLETED ON 10/22/07.

☐ **Please correct the indicated problems and return your appeal.**

Number of Times Screened Out

CIM  OCT 23 2007

Appeals Coordinator    Date:
CIM-MSF and Reception Centers

Note: Failure to follow instruction(s) will be reviewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed unless you allege the above reason(s) are inaccurate. In such a case, please return this form to the Appeals Coordinator with the necessary information. You have only 15 days to comply with any of the above directives. (CCR 3084.3(c)(6) / 3084.6(c)).

DUPLICATE

## PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE!

cc:    Inmate
       Appeal Attachment
       Appeal Office

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR**
**ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION | LOG NUMBER | CATEGORY: |
|---|---|---|
| | | 15. ADA |

**DUPLICATE**

CIM

OCT 2 3 2007

**NOTE:** THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

In processing this request, it will be verified that the inmate/parolee has a disability which is covered
under the Americans With Disabilities Act.

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| DALE BOEWE | V45728 | PENDING | | REDWOOD 113c |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

PLANTAR FACIAS/TORN TENDON(?) OPEDOTH/?

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

MRI'S/ X-RAYS / DOCTORS ORDERS!

**DUPLICATE**

DESCRIBE THE PROBLEM:

My ORTHODICS WERE TAKEN AWAY. THE PODIATRIST HERE SAID THAT CALIFORN. STATE PRISON SYSTEM DOES NOT PROVIDE INMATES WITH ORTHODICS! "NO MATTER WHAT",,, NO THERAPY AVAILIBLE? IS THIS A TRUE STATEMENT?

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?

My MEDICAL NEEDS ORTHODICS FOR My FEET

**DUPLICATE**

| | |
|---|---|
| INMATE/PAROLEE'S SIGNATURE | OCT-21-07 |
| | DATE SIGNED |

# INMATE/PAROLEE
# APPEAL FORM
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| 1. _____ | 1. _____ | | |
| 2. _____ | 2. _____ | | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| | | | |

A. Describe Problem: I WAS TOLD THAT ORTHODICS WERE NOT MADE FOR SCUM INMATES, BY DR GHALY! IT IS A LIE "UNTRUTH" I HAVE A WRITTE STATEMENT FROM INMATE MIKE CLASSON - WHO HAD THEM MADE FOR HIM "FEET CAST AND ALL" DOCTOR MUST HAVE KNOWN HOW IMPORTANT THEY ARE! NOW - I'M TOLD THE PODIATRISTS IS SICK AND WILL BE OUT FOR A FEW MONTHS " THIS IS HORRIBLE! IF SOMEONE IS UNDER YOUR CARE! HELP HAS TO BE AVAILIABLE. NO BACK UP! B/S.

If you need more space, attach one additional sheet.

B. Action Requested: PODIATRIST S"

Inmate/Parolee Signature: _____   Date Submitted: _____

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____   Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

Signature: _____   Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____



DE
6

COPY 1 OF 2 5/4/12 95-05 - 07
CHECIL DIAGRAM ON BACK 9I 8

Case 3:08-cv-00903-L-PCL Document ... Filed 05/21/2008 Page 91 of 95

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

# REASONABLE MODIFICATION OR ACCOMMODATION REQUEST
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| | | 18. ADA |

**NOTE:** THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| DALE BOEWE | V45728 | N/A | N/A | MAGNOLIA 127½ |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

**DESCRIPTION OF DISABILITY:**
CHECK MY OUTSIDE RECORDS, WHICH IVE TRIED TO SHOW EVERYONE!
IM NOT SUPPOSED TO WALK WITH OUT ORTHO DICS! YOUVE FORCED ME TO!

**WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?**
MY OUTSIDE RECORDS, YOUR RECORDS, THE PODIATRISTS WHO LIED TO
ME TO GET ME OUT OF HIS HAIR, AND NOW QUIT AFTER BEING
CALLED BY THE PRISON LAW OFFICE!

**DESCRIBE THE PROBLEM:**
FOOT COLLAPSES WHEN I WALK EACH STEP, PULLING TENDONS, DAMAGEIN
INTIRE FOOT STRUCTURE! (HAS BEEN) HURTING FOR 9 MONTHS NOW!
DAMAGEING IT! CHRONIC PAIN- NOW THE PAIN CARD I435
FOR THE REST OF MY LIFE, THANKS

**WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?**
DUH! ORTHODICS- ALSO IVE BEEN ASKING FOR A MEDICAL
MOVE TO BE CLOSER TO FOOD MEDICATION, HOSPITAL, SO
YA MOVED ME, NOW IT ACTUALLY MAKES THE MANDATORY
WALKING I HAVE TO DO, FURTHER=!

| INMATE/PAROLEE'S SIGNATURE | DATE SIGNED |
|---|---|
| | |

STATE OF CALIFORNIA

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**

CDC 1824 (1/95)

DEPARTMENT OF CORRECTIONS

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| | | 18. ADA |

**NOTE:** THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| Dave Boehm | V45228 | | | Magnolia Hall 1 |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

**MODIFICATION OR ACCOMMODATION REQUESTED**

DESCRIPTION OF DISABILITY:

Chronic Pain - walking, standing, waiting in line for meds for chow, etc. —

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

Outside records, Veterans Hospital Records, your Records

DESCRIBE THE PROBLEM:

I have outside information sent in about medication I should be taking for Chronic Pain; Dr. Smith - who by the way is the one doctor who truely helps people here. Informed me his hands are tied (Calif. State Prison) System Medical won't allow it! So what I'm hearing is Calif/State/Med/System is denying me medication I need.?

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?

Orthodics - Orthodic Tape Wraps - to keep Arches in place, keep foot structured in proper alinement! Therapy!

| INMATE/PAROLEE'S SIGNATURE | DATE SIGNED |
|---|---|
| | |

*Copies Sent to — Warden — Dir John Doe...* [handwritten annotations] *I've Not Been Getting Responses!*

OK

*Reason records don't give medical care properly is they are not paid enough so...* [handwritten margin notes]

STATE OF CALIFORNIA                                                                DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**

CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| | | 18. ADA |

*These are the bottom o...* [handwritten]

**NOTE:** THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES *The barely with...* *these don't...*

In processing this request, it will be verified that the inmate/parolee has a disability which is covered *these don't...* under the Americans With Disabilities Act. *Give proper attention — cures*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| Dale Doave | V45728 | Nothing Pro | Haus | Magnolia 122 |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

**MODIFICATION OR ACCOMMODATION REQUESTED**

DESCRIPTION OF DISABILITY:

You are crippling me! Since I've come to Calif State Prison - you've made me exist in total pain! Took away my orthodic appliances! Total breakdown of feet, lower legs, lower back and is chronic - permanent!

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

Like I've said all along - outside doctors - Dr. Smith Nurses, X-rays - outside doctors orders - Now I'm on crutches. By the time I leave here you will put me in a wheelchair - without the orthodics - now my arches probably have fallen completely! That means for life!

DESCRIBE THE PROBLEM:

Your idiot podiatrists don't have a clue of what is going on! It took ten months of pleading to finally get X-rays - And the podiatrist still hasn't look at them - My money is he won't (all he talked about is how f*cked up he got over the holidays to nurses! Both Dr. Galhy and her doctor. Have lied to me!

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?

Come on my orthodics - therapy - wraps - night splints electric stimulation - ice - heat - my condition has progressed to a point, way worse than it was three years ago. And these are the things it took to get it under control, which Calif State Prison system has destroyed.

INMATE/PAROLEE'S SIGNATURE: Dale

DATE SIGNED: Dec/10-08

STATE OF CALIFORNIA                                                      DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR**
**ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
|  |  | 18. ADA |

*NOTE:* **THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES**

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| Dale Boewe | V45728 | MED H2O |  | MAG HALL 1276 |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:
Mortons Nuromia, Plantar Fascia, Nerve Damage Torn Tendons - Collapsed Arches

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?
X-Ray - MRIs - Veterans Hospital Records - Your Records - Out Side Podiatrist! I Told Dr. Hill About Initial and Diagnosis From Veterans Hospital Ignored Me!

DESCRIBE THE PROBLEM: Collapsed Arches - Torn Tendons - Plantar Fascia. I've waited 10 month (in extreme pain) - now on crutches) Pleading for X-Rays - MRIs. Having documentation of Serious ness of problem - Paper work Ignored - when Dr. Hill finally - with when I saw him "Never mind" with I went the X-Rays taken with pressure on my feet - I told them thats hows it's done! It shows collapse! Just ¢

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED? My out side xrays show
Orthodics - Intense therapy now! MRI ... To click the tearing It may be to late: Sser e pain is chronic now - even at rest thank u - god for coloring me!

| | |
|---|---|
| INMATE/PAROLEE'S SIGNATURE | DATE SIGNED |

STATE OF CALIFORNIA

**REASONABLE MODIFICATION OR
ACCOMMODATION REQUEST**
CDC 1824 (1/95)

DEPARTMENT OF CORRECTIONS

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| | | 18. ADA |

*NOTE:* **THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES**

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| Val Boewe | V45728 | N20 Hold | | Mag1/Hall 120 |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

**MODIFICATION OR ACCOMMODATION REQUESTED**

DESCRIPTION OF DISABILITY:
Severe Pain - Plantar Facia's, Nerve Damage, Torn Tendons Collapsed Ankles! Severe Pain - Chronic Now!

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?
Veterans Hospital Records outside Podiatrists (All that have been asked to look at (VA Records Now

DESCRIBE THE PROBLEM: I've found a medication for the severe pain I'm now having on my own! I brought it up to Dr. Smith - He says the State of Calif Medical Hospital this state will not supply it! There is nothing I can do to get it! I believe Doctor Smith - So I'm being denied a medication that will ease my pain! "You've State of Calif Prison System has caused

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED? is 1000 correct! More Medication - Orthodics - Therapy! To be granted proper medication to ease my pain! The-In good Conscience Medical Care needed

INMATE/PAROLEE'S SIGNATURE

DATE SIGNED

STATE OF CALIFORNIA                                                                      DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR**
**ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| | | **18. ADA** |

**NOTE:   THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES**

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| DALE DOELE | V45728 | NCO/HNO | | MAG HALL, 127c |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

**MODIFICATION OR ACCOMMODATION REQUESTED**

DESCRIPTION OF DISABILITY:

SEVERE PAIN WALKING, STANDING, ON CRUTCHES, COLLAPSED ARCHES, PLATAR FASIA, MORTON NEROMA, NEZEAPATHY!

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?
OUTSIDE VETERANS HOSPITAL RECORD, OUT PODIATRISTS RECORDS! (Dr. TAM) YOUR RECORDS
HERE WITH MY PLEAS FOR MEDICAL ATTENTION!

DESCRIBE THE PROBLEM: CALIF STATE PRISON SYSTEM TOOK AWAY MY ORTHODICS - AFTER
PLEADING WITH MEDICAL PERSONAL - "BEGGING" - EXPLAINING THAT IT CAN, WILL
BECOME A CHRONIC, PAINFULL - UNREPAIRABLE CONDITION, THAT IVE GOT ORDERDS
FROM OUTSIDE DOCTORS YOU CAN LOOK AT! IT'S BEEN OVER TEN'S MONTHS AND
IVE STILL NOT BEEN PROVIDE O THE MEDICAL APPLIANCES IVE BEGGED FOR! NOW
IM ON CRUTCHES - IN CHRONIC PAIN, UNTREATED - CAN YOU TELL ME WHY!

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?

WHAT IVE BEEN PLEADING FOR - THE MEDICAL APPLIANCES YOU
(CALIF STATE PRISON CAC-CHINO) TOOK FROM ME! "ORTHODICS"
ALSO PROPER THERAPY NOW - TO GET FOOT STRUCTURE BACK - IF IT'S
EVEN POSSIBLE

_____                    _____
INMATE/PAROLEE'S SIGNATURE                   DATE SIGNED

STATE OF CALIFORNIA                                          DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR**
**ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| | | **18. ADA** |

**NOTE:  THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES**

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| Dale Boewe | V45728 | Med/Hx D | | Mag/Hall 127½ |

In accordance with the provisions of the Americans With Disabilities Act  (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office.  A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review.  The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

**MODIFICATION OR ACCOMMODATION REQUESTED**

DESCRIPTION OF DISABILITY:
Plantar Fascia - Mortons Neuroma, Torn Tendons, Fallen Arches unstuctured foot

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?
Records at Veterans Hospital' Outside Podiatrist!
Your own Records

DESCRIBE THE PROBLEM: I've Been Trying to Get my Medical Appliances (orthodics) For 10 months and Oded (Euse Since Calif State Prison System took Them away - Now I can Barely walk on Crutches! In Chronic Pain - And It could Be Permanent - Can you Explain Why my Pleas Weren't Taken Seriously - I Had Out Side Documentation - Noone would Look at it! My Arch Has Completely Collapse "Thank-You Why?

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?
What I've Asked For For 10 months "Orthodics - "Now" Therapy!
You've Damaged My Feet, It also Has Spread To Lower Legs, Lower Back - which All Along I said it would!

INMATE/PAROLEE'S SIGNATURE                          Dec 19 - 08
                                                    DATE SIGNED

STATE OF CALIFORNIA                                                DEPARTMENT OF CORRECTIONS

# REASONABLE MODIFICATION OR ACCOMMODATION REQUEST
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| | | 18. ADA |

**NOTE:** THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| Dale Boslee | V45728 | Med 1000 | | Mag Hall, 1226 |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY: Plantar Facia, Morton's Neroma, Nerve Damage, Torn Tendons! Ive been trying 10 months to get orthodics - when I saw Dr Gality the first podiatrist I saw here Chino, I told him I have doctors orders to not walk with-out my orthodics.

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY? Veterans Hospital, Outside Podiatrist - X-rays

DESCRIBE THE PROBLEM: When after way too much time had passed, Ive been pleading with Chino to get me orthodics! It will ruin my feet - And it can become permanent! Now has - Chronic Extreme pain - totally collapsed arch! When I saw Dr Gality - he told me that Chino (I'm) Does not provide orthodics. Ive got written testimony from 2 inmates who got them done here - The Attorney General called Dr Gality! Was he fired for denying me!

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED? What Do you think "Orthodics" Now extensive therapy - could be to late! Proper medical "Help" Did He Run ca He was wrong

INMATE/PAROLEE'S SIGNATURE                    DATE SIGNED: Dec-19-08



Copy 1 of 2  REQUEST FORM WRITTEN IN GENERAL
Nor - "Hospital Request"  21 Dec 07

GN 8

# INMATE/PAROLEE
# APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region        Log No.        Category

1. _____        1. _____

2. _____        2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME Dale Boewe        NUMBER V45728        ASSIGNMENT Cant Work - CSP Has Crippled me!!        UNIT/ROOM NUMBER

A. Describe Problem: First - My Orthodics were taken away By the California State Prison System! Causeing Severe Pain - Damage! Second - It took me months and months to see first Podiatrists "Would Not Look at outside Records" Proof of Condition, xrays to show Fallen Arch! Dr Galhy - Told me the C.S.P. System Does not Provide Orthodics" Found out its a Liz - Contacted San Quitin Law Office "Attorney Gener Dr Galhy All of a Sudden was no Longer Working at Chino Civ. My Condition Has been Chronic For "Duration" Tooka Months to see New Podiatrists "He Told me I Could Not Have Records Sent Back in "Found out it was Another Liz "(Got Paper Work from Pris Law (Library). I have been Totally Messed up (Forced) Walk to Survive without Doctor Order) Orthodics, Permanent Da

If you need more space, attach one additional sheet.

B. Action Requested: Let me Think - Oh Ya - What Ive said from Beginning - My Orthodics, Also Now - Since being Forced to Walk, and Walk, and Walk! I need Therapy that I went through Years Ago to Get Condition under Control! Ice for Pain! Heat! Night Splits! Whirl Pool - Electric Shock! Ankle Wrap, Taped Stron

Inmate/Parolee Signature: _____        Date Submitted: Dec-21-07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____        Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____        Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

# INMATE/PAROLEE
# APPEAL FORM
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | | Category |
|---|---|---|---|---|
| | 1. _____ | 1. _____ | | |
| | 2. _____ | 2. _____ | | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Jack Rogers | V45728 | Cant Walk Cant Work | |

**A. Describe Problem:** 1rst Podiatrist Lied to me (check Attorney General) 2cnd Podiatrist Lied to me - Outside Records - Changed mind - when I showed Him Paperwork from Prison (Law office) (to get outside Records) Then told me it would take two years (Lie Again) I give up - I've been waiting 10 months for Help - All the time Pain worse and worse to chronic stage! In my last visit All the Podiatrists did was talk to the nurses about How fucked up He got over the Holidays! I had to tell Him I need exrays! "Exrays with weight on feet (were not taken) totally ridiculous and causing me incredible stress/Pain

If you need more space, attach one additional sheet.

**B. Action Requested:** Fire Him too! - Put me to sleep! wake me up when it's time to go Home so I can get Help!    See Attach to Paper    Will from other inmates!

**Inmate/Parolee Signature:** I'm Pissed/it Happens.    **Date Submitted:** _____

**C. INFORMAL LEVEL** (Date Received: _____ )

Staff Response: _____

_____

_____

_____

_____

Staff Signature: _____    Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

California Institution for Men, Appeals Office                                    Appeal Screen-Out Form CIM 695 (Rev. 12/22/2004)

# CDC 602 INMATE APPEALS SCREENING FORM

To: **Bawl, D.**    CDC #: **V 45728**    Housing: **MIMH127L**    Appeal Log#:

## YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

☐ Action or decision you are appealing is not within the jurisdiction of CDCR. CCR 3084.3(c)(1).  ☐ Effective May 1, 2004, the BPH 1040 appeal process is no longer utilized. Issues concerning due process, grant or denial of parole, parole revocation, attorney or witness requests, early discharge, or good cause findings for hearings cannot be appealed. These types of appeal issues may now be forwarded to the courts asking them to change the BPH action or decision.
☐ Issue(s) concerning BPH clerical mistakes, mandatory discharge, credit eligibility during revocation terms, or other BPH rules of law may be addressed via a letter to the BPH Quality Control Unit, PO Box 4036, Sacramento, CA 95812-4036
☐ You may submit a GA-22 Request for Interview Form to the BPH Trailers at the RCE Facility.

☐ You have already submitted an appeal on this same issue. CCR 3084.3(c)(2).

☐ You cannot appeal an anticipated action or decision not yet taken. CCR 3084.3(c)(3)

☑ You have not attempted to resolve your grievance at the Informal Level. CCR 3084.3(c)(4). Submit appeal to the following:
☑ Counselor  ☐ Work Supervisor  ☐ Records Office  ☐ Receiving & Release  ☐ Trust Office  ☐ Education
☑ Unit Sergeant/Lieutenant  ☐ I/M Assignment Office  ☐ Employee who inventoried property  ☐ Other: ___

☐ You have not adequately completed your appeal and/or attached the necessary supporting documents. CCR 3084.3(c)(5). Complete and return the following document(s):
☐ Completed CDC-115, CDC-115A, CDC-115C, I.E. Report  ☐ CDC-7250 Sobriety Report  ☐ All CDC-837 Incident Reports
☐ Lab Reports  ☐ CDC-7219 Medical Report  ☐ CDC-114D Ad-Seg Order  ☐ CDC-128G ICC/UCC Action  ☐ Current Trust Statement
☐ Property Inventory Sheet  ☐ Receipt for property  ☐ CDC-128A Counseling Chrono/128B General/128C Med/Psych/Dental
☐ CDC-7362 (Health Care Request) & Trust statement with co-pay charge  ☐ CDC-128G Classification Chrono
☐ CDC Form 1858 Rights & Responsibilities  ☐ Complete/Sign/Date the CDC-602
☐ Other ___

☐ You failed to file your appeal within 15 working days of the event or decision. The appeal is rejected. CCR 3084.3(c)(6)

☐ This issue has been addressed already. See attached correspondence. CCR 3084.2(g)

☐ You are abusing the appeal process. Your appeal is therefore rejected/cancelled. CCR 3084.3(8)
☐ Excessive filing CCR 3084.4(a)  ☐ Inappropriate statements CCR 3084.4(b)  ☐ Excessive verbiage CCR 3084.4(c)
☐ Voluminous unrelated documentation, CCR 3084.3 (c)(8)  ☐ Lack of cooperation CCR 3084.4(d)

☐ You are not authorized to submit an appeal on behalf of another inmate(s). CCR 3084.3(c)(7).

☐ This appeal was resolved at a lower level. If you disagreed with the decision, you had 15 working days from when you received your appeal to file at a higher level. CCR 3084.6(c)

☐ Submit your request on a CDC-7362 (Health Service Form) and send it to the Medical Department for an appointment.

☐ A limit of one continuation page, front and back, may be attached to the appeal to describe the problem and action requested in section A and B of the form. CCR 3084.2(a)(1)

☐ You have failed to demonstrate an adverse effect on your welfare. CCR 3084.1(a)

☐ Remark(s) _____

*This CDC 1824 is converted to CDC 602 per ARL IV.23b See attached*

☐ **Please correct the indicated problems and return your appeal.**    Screened Out #    Date: 1/25/06

Note: Failure to follow instruction(s) given by Appeals Staff will be viewed as a lack of cooperation on your part and your appeal will be cancelled pursuant to CCR 3084.4(d). This screening decision may not be appealed unless you allege the above reason is inaccurate. In such a case, please return this form to the Appeals Coordinator with the necessary information. You have 15 days to comply with any of the above directives. CCR 3084.3(c)(6)

**B. LeMaster, CC-II**
Appeals Coordinator
CIM-MSF and Reception Centers

## PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE

# CDC-1824 ADA APPEAL SCREENING FORM

| To: *Brewk, D.* | CDC #: *V-45728* | Housing: | Appeal Log#: |

## YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

☐ The action or decision you are appealing is not within the jurisdiction of CDC. (CCR 3084.3(c)(1). ☐ Effective May 1, 2004, the BPH 1040 appeal process is no longer utilized. Issues concerning due process, grant or denial of parole, parole revocation, attorney or witness requests, early discharge, or good cause findings for hearings cannot be appealed. These types of appeal issues may now be forwarded to the court asking them to change the BPH action or decision. ☐ Issues concerning BPH clerical mistakes, mandatory discharge, credit eligibility during revocation terms, or other BPH rules of law may be addressed via a letter addressed to the BPH Quality Control Unit, PO Box 4036, Sacramento, CA. 95812-4036.

☐ If the issue is related to a disability before, during, or after the hearing you may file a grievance on a BPH 1074 to the Chief Deputy Commissioner. (ARP §IV.J)

☐ You have already submitted an appeal on this same issue. CCR 3084.3(c)(2). Refer to Log#

☐ In your appeal, you are requesting a transfer solely for medical treatment. This request is a non-Americans with Disabilities Act issue; therefore, your appeal was recategorized as a CDC-602 Inmate/Parolee Appeal Form. (ARP §IV.23.b).

☑ In your appeal, you are complaining about pain and requesting medical treatment with no indication that program access is denied or impeded. This request is a non-Americans with Disabilities Act issue; therefore your appeal was recategorized as a CDC-602 Inmate/Parolee Appeal Form. ARP §IV.23.b).

☑ In your appeal, you do not allege that you have a disability that substantially limits a major life activity as defined in the Armstrong Remedial Plan. This request is a non-Americans with Disabilities Act issue; therefore, your appeal was recategorized as a CDC-602 Inmate/Parolee Appeal Form. ARP §IV.23.b).

☐ You are requesting a Second Level review. However, you have not adequately explained your dissatisfaction with the First Level review. Pursuant to the Armstrong Remedial Plan, you must explain your dissatisfaction with the First Level Response and suggest an appropriate resolution. (ARP §IV.23.e).

☐ Your appeal includes both Americans with Disabilities Act (ADA) and non-ADA issues. Staff shall address your ADA issue(s) only. Your non-ADA issue(s) may be recorded on a CDC-602 Inmate/Parolee Appeal Form. ARP §IV.23.b).

☐ You are requesting a Second Level review. However, you failed to submit the appeal within 15 working days of receipt of the First Level decision by the Division Head. Therefore, your appeal is rejected. (ARP §IV.23.e / CCR 3084.3(c)(6)).

☐ You have inadequately completed the CDC Form 1824 or 602 (e.g., no signature, section incomplete, missing appeal attachments etc). Correct the missing information and forward the appeal back to the Appeal Coordinator's Office. (CCR 3084.3(c)(5)).

☐ You are requesting extended Reception Center (RC) stay credits, however, you have not been in the RC for more than 60 days. Therefore your appeal is rejected. If you have a disability that impacts placement (CDC 1845 Section C) or undergoing dialysis treatment and still in the RC more than 60 days you may file another appeal. (ARP §III.A / CCR 3084.3(c)(3)).

☐ Remark(s)

☐ **Please correct the indicated problems and return your appeal.** | Screened Out# | Date: 1/24/05 |

Note: Failure to follow instruction(s) will be reviewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.3(d). This screening decision may not be appealed unless you allege the above reason(s) are inaccurate. In such a case, please return this form to the Appeals Coordinator with the necessary information. You have only 15 days to comply with any of the above directives. (CCR 3084.3(c)(6) / 3084.6(c)).

B. LeMaster, CC-II
Appeals Coordinator
CIM-MSF and Reception Centers

## PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE !

cc: Inmate
Appeal Attachment
Appeal Office

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| | | 18. ADA |

*This CDC 1824 is converted to CDC 602 per ARP, 23b see attached*

CIM
JAN 24 2008

**NOTE:  THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES**

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| DALE BOELE | V45728 | MED HOLD | | MAGNOLIA 122 |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

### MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY: Plant Fasciitis, Morton Nuroma, Nerupathy, Tendonitis, Now! Took Away my Orthodics, Collapsed Arch, Torn Tendons, Sever E Pain When Walking Standing Sitting Now - Chronic And Could Be Permanent Now!

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY? Verterans Hospital Records, Outside Podiatrists, & other Records! I Have Had Records Here, That Shows the Problem! Your "Medical Has Ignored It! Answer no??

*This CDC 1824 is converted to CDC 602 per ARP see attached*

DESCRIBE THE PROBLEM: Calipatria Podiatrist Lied to me, About Calif State Prison System Doesn't Get Prisoners "Orthodics" He Lied Attorney General (Also Him" Fired" Dr Hill - Would Not Look At Outside Records - Said Medical Personal, Can Not Look or Get out side Records "Lied" San Quitin Law office Sent me Paperwork! Chino Library Has Paperwork! On crutches - Next is Wheel chair

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED? It Hurts To Much To Get my Medication! Because youve "Calif State Prison System Has Forced me to Walk with out my Orthodics For 10 months - my Feet Have Fallen Apart I Need To move To Elm, Because my Feet Hurt So Much, I Can Not Go To Pick Up Medication

INMATE/PAROLEE'S SIGNATURE                          DATE SIGNED  Jan-20-08

CIM

JAN 2 4 2008

To #4 CC-1 or Sgt/LT.

9

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

| | Location | Institution/Parole Region | Log No. | Category |
| | | 1. _____ | 1. _____ | 9- USG ASSGN. |
| | | 2. _____ | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
| | | | |

A: Describe Problem: _____

*This CDC 1824 is converted to CDC 602 per ARP, IV.23b see attached*

_____

If you need more space, attach one additional sheet.

B. Action Requested: _____

*This CDC 1824 is converted to CDC 602 per ARP, IV.23b see attached*

Inmate/Parolee Signature: _____ Date Submitted: _____

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

Staff Signature: _____ Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

Signature: _____ Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim.

CDC Appeal Number:

[   ]

Version 2.2

Summary        Generate        View ADA/EC        Log Off
               Reports        History

CDC # : V45728        Search            CDC Number: V45728, BOEWE, DALE ERNEST

CIM
JAN 2 4 2008

**Offender/Placement**

| | |
|---|---|
| CDC #: | **V45728** |
| Name: | **BOEWE, DALE ERNEST** |
| Institution: | **California Institution for Men** |
| Bed Code: | **MIMH00000000127L2** |
| Placement Score: | |
| Custody Level: | **Minimum B** |
| Placement Factor: | |
| Housing Restrictions: | |

**Disability/Assistance**

| | |
|---|---|
| DDP Code: | **NCF** |
| DPP Codes: | |
| MHSDS Code: | **CCCMS** |
| SLI: | |
| Learning Disability: | |
| Healthcare Appliances: | |
| Last Accomm: | |
| Spoken Languages: | |

**Important Dates**

| | |
|---|---|
| Pending Revocation: | **No** |
| Revocation Date: | **04/03/2007** |
| Date Received in CDCR: | **08/03/2004** |
| Last Return Date: | **04/18/2007** |
| Extended Stay Date: | **06/17/2007** |
| Extended Stay Privileges? | |
| Release Date: | **05/24/2008** |
| 120 Day Date: | **01/25/2008** |
| Next IDST Date: | |

**Accommodation History**

No Accommodation Records Found.

9 Q                    9

# INMATE APPEAL ROUTE SLIP

To: CMO                                          Date: February 6, 2008

From: INMATE APPEALS OFFICE

Re: Appeal By Inmate BOEWE, V45728

Please assign this appeal to appropriate staff for INFORMAL level response.

Appeal Issue: MEDICAL                *Cancelled as*
Due Date: 02/22/2008                 *Dup to 08-150*
Special Needs:

STAFF INSTRUCTIONS:
Begin your response with: GRANTED, DENIED, PARTIALLY GRANTED or
WITHDRAWN. When complete, return appeal to the inmate. Every effort should be
made to resolve the matter at the lowest level possible.

Refer to D.O.M. 54100 for instructions.

CIM Appeals Coordinator
California Institution for Men, Chino

*Duplicate of #CIM-M-08-0150*

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*February 20, 2008*

***BOEWE, V45728***
*MIMH00000000127L*

Log Number: CIM-M-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

***You have submitted an appeal that duplicates a previous appeal upon which a decision has been rendered or is pending (CCR 3084.3(c)(2)).***

***Mr. Boewe, upon further review of this appeal, it has been cancelled as being a duplicate to your appeal log number CIM-M-08-00150. Your appeal issues will be addressed within the review of that appeal.***

S. Carrey SSA
Appeals Coordinator
California Institution for Men, Chino

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

| PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE |

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

CIM
Dupecate to
FEB ___ 2008
Informal CMO

| Location: Institution/Parole Region | Log No. | | Category |
|---|---|---|---|
| | 1. CIM-M-08-00150 | | 8 |
| | 2. ___ | | appliance n |

9Q   9

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member; who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME Dale Boews | NUMBER V45728 | ASSIGNMENT Cantwork - Uonte Crippled me | UNIT/ROOM NUMBER Mag Hall 12 |
|---|---|---|---|

**A. Describe Problem:** Calif State Prison Staff (took away my orthodics over 10 months ago! Ive been pleading for them since then, but have been only lied to" Dr Galhs podiatrists told me" orthodics are not availible in Calf/st/prison) - I have written statements that prove its a liars) told me, outside records could not be looked at so did new podiatrist Dr Hill that was a lie!" have proff from "Attorney General" I was lied to all along by both doctors- lies that I dont need orthodics, yesterday Dr Hill told me "you do need orthodics" but not enough time left. I'm in crutches now an have chronic pain which could be life long! because of lies and delays!

If you need more space, attach one additional sheet.

**B. Action Requested:** First I want to know under what authority you have the right to cripple me! I want proper medical attention orthodics (I know they can be made in a week) the Veterans Hospital got them for me. I need to be moved to ELM! Im going to need wheelchair

Inmate/Parolee Signature: see signature and date at top of this document     Date Submitted: ___

**C. INFORMAL LEVEL** (Date Received: 2-6-08, Due 2-22-08

Staff Response: ___

DUPLICATE APPEAL

Staff Signature: ___     Date Returned to Inmate: ___

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

DUPLICATE APPEAL

Signature: ___     Date Submitted: ___

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: ___

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | | Category | 10 |
|---|---|---|---|---|---|
| 1. | | 1. | | | |
| 2. | | 2. | | | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME Boewe Dale | NUMBER V45728 | ASSIGNMENT MEDICAL HOLD | UNIT/ROOM NUMBER MAG HALL 129 |
|---|---|---|---|

A. Describe Problem: I HAVE DOCTOR'ED ORDERED CHRONOS (DR SMITH) THAT STATE I CAN HAVE ORTHODICS MAILED IN, PLUS SHOES! TWICE THEY'VE BEEN MAILED BACK!

WHY?

SENT FROM TAMMY SWANN

If you need more space, attach one additional sheet.

B. Action Requested: My MEDICAL APPLIANCES, SO IM NOT PERMENANTLY CRIPPLED. WHICH CALIF STATE PRISON TOOK AWAY IN THE FIRST PLACE!

Inmate/Parolee Signature: _____   Date Submitted: FEB-0-08

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____   Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____   Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

# INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE BOEWE, V45728                            Date: February 6, 2008
Current Housing: MIMH00000000127L

From: INMATE APPEALS OFFICE

Re: APPEAL

ASSIGNED STAFF REVIEWER: CMO
APPEAL ISSUE: MEDICAL

Inmate BOEWE, this acts as a notice to you that your appeal has been sent to the above
staff for INFORMAL response.  If you have any questions, contact the above staff
member. If dissatisfied, you have 15 days from the receipt of the response to forward
your appeal to this office for the FIRST level of review.


CIM Appeals Coordinator
California Institution for Men, Chino

95                    11

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE BOEWE, V45728                          Date: February 7, 2008
Current Housing: MIMH00000000127L

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: CIM-M-08-00150

ASSIGNED STAFF REVIEWER: CMO
APPEAL ISSUE: ADA
DUE DATE: 02/29/2008

Inmate BOEWE, this acts as a notice to you that your appeal has been sent to the above
staff for FIRST level response. If you have any questions, contact the above staff
member. If dissatisfied, you have 15 days from the receipt of the response to forward
your appeal for SECOND level review.

CIM Appeals Coordinator
California Institution for Men, Chino

Ive Been Here Before, you were
Sopposed to Get Back to Me',
Its up to on Hawos Testimony',
Your System is Detremental
To Everyones Health.
Thats why The Feds Are Here'
Sending in "602" Feb 15 08

4 FEB 08    9S

STATE OF CALIFORNIA

**REASONABLE MODIFICATION OR**
**ACCOMMODATION REQUEST**
CDC 1824 (1/95)

DEPARTMENT OF CORRECTIONS

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| | | **18. ADA** |

**NOTE: THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES**

> In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| Boewe | V45728 | Med Hold | | Mag Hall 122 co. |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

Plantar Fascia - Neuropathy - Tendinitous Tears in Mucas Tendools, Fallen Arches - Collapsed Foot Because Being Denied Foot Orthodics

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?  THERApy

Veterans Hospital, Outside Records, Your Records

MRI THAT I'VE REQUESTED FOR OVER 10 MONTHS DENIED THAT!

OUTSIDE MRI!

DESCRIBE THE PROBLEM: You "Calif State Prison System Took Away My Orthodics!

Now I Can't Walk Or Stand - You've Denied Me My Orthodics For Over 10 Months - Now The Podiatrist Says Yes I Do Need Them! But Not Enough Time! Is This Another Lie? I Can No Longer Make It To Get Medication! Need Move To Elm Hurts To Much - Or Are You

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?    Now Denying Me Medical.

Orthodics - Move To Elm Because Of The Crippling Pain Medical Torture And Lies Have Caused! Wheel Chair

Intense Therapy - I Soak My Foot In A Mud Puddle For Relief

Dale Boewe

INMATE/PAROLEE'S SIGNATURE

Feb 4th 08

DATE SIGNED

*(handwritten at top)* CHECK UP ON OTHERS WATCH HIM C.2.50 ~ LYRIC DIE
HE GO "FIRED" QUIT"

STATE OF CALIFORNIA

**REASONABLE MODIFICATION OR
ACCOMMODATION REQUEST**
CDC 1824 (1/95)

DEPARTMENT OF CORRECTIONS

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| CIM-M | 08-150 | 18-ADA |

*(stamp)* CIM   FEB 06 2008   CMO-1ST LEV   APPL. N.EE

**NOTE:** THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| BOEWE DALE | V45728 | MED PAIN | | MAGNOLIA HALL 126 |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

**MODIFICATION OR ACCOMMODATION REQUESTED**

DESCRIPTION OF DISABILITY:

PLANTAR FASCIITIS / ? / NEUROPATHY / NERVE DAMAGE / FALLEN ARCH / TENDONS TORN / COLLAPSED FOOT ALL BECAUSE OF DENIED MEDICAL APPLIANCES!

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

(VETERANS HOSPITAL / OUTSIDE RECORDS) I HAVE A STACK OF RECORDS SINCE GETTING IN CALIF STATE PRISON A FOOT AND A HALF TALL BEGGING FOR HELP - ALL I GOT WERE LIES!

DESCRIBE THE PROBLEM:

I'M NOW CRIPPLED / EXTREME PAIN STANDING / WALKING / REST THANK-YOU!

*(handwritten) DUPLICATE TO 602 DATE 1/24/08*   *ADA CMO 1ST LEV*

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?

INTENSE THERAPY (MOVE TO ELM) AS IT HURTS TOO MUCH TO TRAVEL A MILE ON (CRUTCHES) TO GET PAIN MEDICATION (WHEELCHAIR NOW -! " (ORTHOTICS) HELP / NOT LIES

*(signature)*   DUPLICATE 602 07-1378

FEB-4-08

INMATE/PAROLEE'S SIGNATURE   DATE SIGNED

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| REVIEWER'S ACTION |
|---|

**TYPE OF ADA ISSUE**

DATE ASSIGNED TO REVIEWER: 2-6-08
DATE DUE: 2-29-08

☐ PROGRAM, SERVICE, OR ACTIVITY ACCESS (Not requiring structural modification)

    ☑ Auxiliary Aid or Device Requested

    ☐ Other_____

☐ PHYSICAL ACCESS (requiring structural modification)

**DISCUSSION OF FINDINGS:** 2/8/08. Seen in clinic - complains of continued pain both feet. Not as a result he has to restrict walking - often needs crutches - states he had orthotics sent from outside but these were returned. He states He does want orthotics from podiatry and would like podiatry to reconsider. His medication to control pain was increased today, he will follow up here in one month and should already have have podiatry F/U end of Feb (as per note) - Wheel chair not indicated.

Dr James Smith
Front Clinic

DATE INMATE/PAROLEE WAS INTERVIEWED: 2/8/08

PERSON WHO CONDUCTED INTERVIEW

**DISPOSITION**

☐ GRANTED    ☐ DENIED    ☑ PARTIALLY GRANTED

**BASIS OF DECISION:** Medical evaluation

_____

_____

_____

_____

_____

_____

**NOTE:** *If disposition is based upon information provided by other staff or other resources, specify the resource and the information provided. If the request is granted, specify the process by which the modification or accommodation will be provided, with time frames if appropriate.*

| DISPOSITION RENDERED BY: (NAME) | TITLE | INSTITUTION/FACILITY |
|---|---|---|
| Dr Smith | Staff Physician | CIM |

| APPROVAL |
|---|

ASSOCIATE WARDEN'S SIGNATURE        DATE SIGNED 2-11-08

DATE RETURNED TO INMATE/PAROLEE 2/22/08

COPY 1 of 3 1) ... 2) APPEALS ... FILE THEM 4/1/2008 ON 5/13/2008 BO ...
31 STATE ATTORNEY NURSE SHOWED ME WHAT HAPPENED 5/2/2008, I ASKED DR. SMITH TO CHECK IT
31 PERSONAL FILE OUT! DR HILL IS A LIAR - CHECK MEDICAL RECORDS DALE B

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

4 Fouf 8

| Location: Institution/Parole Region | Log No. | Category | QT |
|---|---|---|---|
| 1. _____ | 1. _____ | | |
| 2. _____ | 2. _____ | | 12 |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME Boswe Dale | NUMBER V45728 | ASSIGNMENT Cant Work- Crippled / Chronic Pain | UNIT/ROOM NUMBER Magnolia H 127 |
|---|---|---|---|

A. Describe Problem: IVE TOTALLY BEEN LIED TO, AND REALLY TORTURED! IVE BEEN IN (NOW CHRONIC PAIN, POSSIBLE PERMENANT DAMAGE - ALOT OF THERAPY) BECAUSE MY MEDICAL APPLIANCES WERE TAKEN AWAY IN (CALIF STATE PRISON)! FROM THE BEGGING IVE BEGGED FOR THEM, INFORMED DR. SMITH (WHO HAS TRIED HIS BEST TO GET ME THE MEDICAL ATTENTION I NEED, KNOWS HOW MUCH IVE TRIED TO GET PROPER ATTENTION) - I THANK-HIM FOR HIS COMPASSION! BUT THE STATE OF CALIF, DR GAHLLY, AND DR HILL ARE LIARS, AND HAVE, OR OUR RESPONSIBLE FOR MY NOW, CHRONIC SEVERE PAIN, EVEN AT REST! LIKE I WARNED THEM (ALL) WOULD HAPPEN! DR HILL WOULD NOT LOOK AT OUT SIDE RECORDS! I HAVE COPIES OF EVERYTHING
SEE ATTACHED

If you need more space, attach one additional sheet.

B. Action Requested: MIGHT BE TO LATE, BUT WHAT IVE ALWAYS WANTED AND NEEDED, "MY ORTHODICS" TEMPERARY INSERTS TO HOLD STRUCTURE OF FOOT TOGETHER; STOP THE COLLAPSEING". TAPE WRAP, TEMPERARY HOLD, PROPER RUBBER BRACE, THERAPY, ICE, HEAT, ELECTRIC PULSE! NIGHT SPLINTS! MRI, WEIGHT BEARING X-RAYS! PROPER MEDICAL ATTENTIO.

Inmate/Parolee Signature: Dale B _____ Date Submitted: FEB-9-08

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

Staff Signature: _____ Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

Signature: _____ Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

California Institution for Men, Appeals Office

Appeal Screen-Out Form CIM 695 (Rev. 12/22/2004)

# CDC 602 INMATE APPEALS SCREENING FORM

ᗷ

| To: Boewe | CDC #: V45728 | Housing: MIMH127⁴ | Appeal Log#: |
|---|---|---|---|

## YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

☐ Action or decision you are appealing is not within the jurisdiction of CDCR. CCR 3084.3(c)(1).   ☐ Effective May 1, 2004, the BPH 1040 appeal process is no longer utilized. Issues concerning due process, grant or denial of parole, parole revocation, attorney or witness requests, early discharge, or good cause findings for hearings cannot be appealed. These types of appeal issues may now be forwarded to the courts asking them to change the BPH action or decision.   ☐ Issue(s) concerning BPH clerical mistakes, mandatory discharge, credit eligibility during revocation terms, or other BPH rules of law may be addressed via a letter to the BPH Quality Control Unit, PO Box 4036, Sacramento, CA 95812-4036   ☐ You may submit a *GA-22 Request for Interview Form* to the BPH Trailers at the RCE Facility.

☑ You have already submitted an appeal on this same issue. CCR 3084.3(c)(2).  Cim-m-08-0050

☐ You cannot appeal an anticipated action or decision not yet taken. CCR 3084.3(c)(3)

☐ You have not attempted to resolve your grievance at the Informal Level. CCR 3084.3(c)(4). Submit appeal to the following:
   ☐ *Counselor*   ☐ *Work Supervisor*   ☐ *Records Office*   ☐ *Receiving & Release*   ☐ *Trust Office*   ☐ *Mailroom*
   ☐ *Unit Sergeant/Lieutenant*   ☐ *I/M Assignment Office*   ☐ *Employee who inventoried property*   ☐ *Other:* _____

☐ You have not adequately completed your appeal and/or attached the necessary supporting documents. CCR 3084.3(c)(5). Complete and return the following document(s):
   ☐ *Completed CDC-115, CDC-115A, CDC-115C, I.E. Report*   ☐ *CDC-7250 Sobriety Report*   ☐ *All CDC-837 Incident Reports*
   ☐ *Lab Reports*   ☐ *CDC-7219 Medical Report*   ☐ *CDC-114D Ad-Seg Order*   ☐ *CDC-128G ICC/UCC Action*   ☐ *Current Trust Statement*
   ☐ *Property Inventory Sheet*   ☐ *Receipt for property*   ☐ *CDC-128A Counseling Chrono/128B General/128C Med/Psych/Dental*
   ☐ *CDC-7362 (Health Care Request) & Trust statement with co-pay charge*   ☐ *CDC-128G Classification Chrono*
   ☐ *CDC Form 1858 Rights & Responsibilities*   ☐ *Complete/Sign/Date the CDC-602*
   ☐ *Other* _____

☐ You failed to file your appeal within 15 working days of the event or decision. The appeal is rejected. CCR 3084.3(c)(6)

☐ This issue has been addressed already. See attached correspondence. CCR 3084.2(g)

☐ You are abusing the appeal process. Your appeal is therefore rejected/cancelled. CCR 3084.3(8)
   ☐ *Excessive filing CCR 3084.4(a)*   ☐ *Inappropriate statements CCR 3084.4(b)*   ☐ *Excessive verbiage CCR 3084.4(c)*
   ☐ *Voluminous unrelated documentation, CCR 3084.3 (c)(8)*   ☐ *Lack of cooperation CCR 3084.4(d)*

☐ You are not authorized to submit an appeal on behalf of another inmate(s). CCR 3084.3(c)(7)

☐ This appeal was resolved at a lower level. If you disagreed with the appeal, you had 15 working days from when you received your appeal to file at a higher level. CCR 3084.6(c)

☐ Submit your request on a CDC-7362 (Health Service Form) and send it to the Medical Department for an appointment.

☐ A limit of one continuation page, front and back, may be attached to the appeal to describe the problem and action requested in section A and B of the form. CCR 3084.2(a)(1)

☐ You have failed to demonstrate an adverse effect on your welfare. CCR 3084.1(a)

☐ Remark(s) _____

_____

| ☐ **Please correct the indicated problems and return your appeal.** | Screened Out # / | Date: 2/26/08 |
|---|---|---|

Note: Failure to follow instruction(s) given by Appeals Staff will be viewed as a lack of cooperation on your part and your appeal will be cancelled pursuant to CCR 3084.4(d). This screening decision may not be appealed unless you allege the above reason is inaccurate. In such a case, please return this form to the Appeals Coordinator with the necessary information. You have 15 days to comply with any of the above directives. CCR 3084.3(c)(6)

S. Carney SSA

Appeals Coordinator
CIM-MSF and Reception Centers

## PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

*(handwritten at top):* (3). SENT HOME — FEB 2 6 2009 — SLO #2 Duplicates — to CIM-M-08-00150 — 13

| Location: | Institution/Parole Region | Log No. | | Category |
| --- | --- | --- | --- | --- |
| | | 1. | | 18 appl need |
| | | 2. | | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
| --- | --- | --- | --- |
| BOEWE | V45528 | NONE - CRIPPLED | MAG-127 Low |

**A. Describe Problem:** CHECK WITH SAN QUINTIN LAW OFFICE, OR THE ATTORNEY GENERAL, ON THE LAST PRINT OUT YOU SENT ME; OFF COURSE I DON'T HAVE AN ACCOMMODATION HISTORY- CAUSE IVE BEEN "MEDICALLY IGNORED" YOU JUST MADE MY CASE - IVE GOT HUNDREDS OF PLEAS FOR HELP ON PAPER, AND YOU JUST MAILED ME A PRINT OUT SHOWING IVE GOTTEN "NOTHING" BUT NOW "POSSIBLE PERMENANT DAMAGE DUE TO FORCED REPETITIVE USE!" "TO SURVIVE" WALKING STANDING (THOUSANDS OF STEPS) WITH OUT OUTSIDE DOCTOR ORDERED MEDICAL APPLIANCES!

If you need more space, attach one additional sheet.

**B. Action Requested:** PLAIN AND SIMPLE, CHECK MY RECORDS - IVE SAID IT THOUSANDS OF TIMES, CHECK WITH SAN QUINTIN, ATTORNEY GENERAL! SAME AS BEFORE! SAFE, PROPEL, MEDICAL HELP! (FOR SOMEONE TO LISTEN) LIKE DR SMITH HAS!

Inmate/Parolee Signature: *(signature)*     Date Submitted: FEB-13-08

**C. INFORMAL LEVEL** (Date Received: _____ )

Staff Response: _____

DUPLICATE APPEAL

Staff Signature: _____    Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

DUPLICATE APPEAL

Signature: _____    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

PAGE ① OF 3 TOPICS

FEB 2 6 2008

## DUPLICATE APPEAL

I WAS CALLED IN ON FEB 8th TO THE DOCTORS LINE BECAUSE I (DALE BOEWE) SUBMITTED A CDC 1824 (1/95). THIS WAS DONE AS ON FEB-3-08, I WAS FINALY CALLED BACK IN TO SEE THE PODIATRIST (DR. HILL). I HAVE BEEN TRYING, AND TRYING TO GET MY MEDICAL APPLIANCES FOR OVER 10½ MONTHS! IVE BEEN PLEADING FOR SOME PROPER HELP, ALWAYS MET WITH LIES, BRUSHOFF DELAYS, WHICH HAS NOW GOT ME IN CRUTCHES, AND HEADING FOR WHEELCHAIR! (AS IVE ALSO PLEADED TO BE PUT IN ELM, AS IT IS EXTREMELY PAINFULL TO PICK UP MEDICATION (THE WALKING A THE STANDING)! BECAUSE - AS I WAS TOLD BY THE ORTHOPEDIC SURGEON) AT THE VETERANS HOSPITAL (WHICH IVE BEEN TELLING ALL) DONT WALK WITH-OUT YOUR MEDICAL APPLIANCES (ORTHODICS) AS - TEARING AND PERMAMENT DAMAGE CAN OCCUR. WHICH I BELIEVE HAS HAPPENED AS PAIN IS NOW CONSTANT EVEN AT REST!

THE FIRST PODIATRIST I WAS MADE TO SEE WAS (WE'LL ALIA. AND, I THINK IT WAS PROVEN AFTER THE SAN QUINTON LAW OFFICE A MYSELF, HAD THE ATTORNEY GENERAL CHECK DR GALHLY OUT! THERES ALOT IN THAT DOCUMENTED SAGA (BUT LETS FOR NOW - SAY HE'S NO - LONGER WITH THE STATE OF CALIF, CHINO, CIM...

WHEN I FIRST WENT TO SEE THE NEW PODIATRIST "DR-HILL: I (FIRST THING) I FOUND OUT ABOUT HIM, JUST BY LISTENING, AS HE WA NOT PAYING ATTENTION TO ME (HE WAS BUSY TELLING THE NURSE - HOW DRUNK, AND HOW MESSED UP HE GOT OVER THE HOLIDAYS. ON AND ON HE WENT" WHICH OFFENDED ME, AS IM HERE FOR A DUI BY THE WAY - IM READY TO TAKE A LIE DETECTOR TEST ANYTIME, IF DR HILL DENIES THESE STATEMENTS "HE WOLD FAIL. ASK THE NURSES ON DUTY; I HAVE THERE NAMES IF YOU NEED THEM!

THE FIRST THING WHEN I GOT A CHANCE, I INFORMED DR HILL THAT IVE GOT OUTSIDE RECORDS THAT WILL LET YOU KNOW THE - SEVERETY OF MY CONDITION (EXRAYS, ORDERS, THERAP, NOW NEEDED... DR HILL INFORMED ME THAT "HE CAN NOT LOOK AT OUTSIDE RECO THAT IT IS AGAINST POLICY!

OPPS - LIE ONE RIGHT OFF THE BAT - THE PRISON LAW OFFICE GA ME FORM 100F (04/06, NOW IN MY PERSONAL FILE) AUTHORIZATION FR RELEASE OF INFORMATION! WHICH DR GALHLY LIED ABOUT TOO!

WHAT CAUSES BLOOD PRESSURE TOOO UP! PAIN AND STRESS, BOTH OF WHICH CALIF STATE PRISON MEDICAL SYSTEM HAS TOTALLY BROUGHT TO MY PERSONAL HEALTH!

I INFORMED DR. HILL THAT MY MEDICAL RECORDS WILL CLEARLY SHOW MY NEEDS FOR "ORTHODICS, THERAPY NOW, TAPE, ETC... OPPS, LIE TWO - DR. HILL STATED THAT IT IS IMPOSSIBLE TO GET ORTHODICS DONE HERE, OR IN CALIF STATE PRISON SYSTEM! ( I HAVE TWO DIFFERENT INMATES WHO WROTE "HANDSON TESTIMONY" THAT THEY RECEIVED CUSTOM MADE ORTHODICS WHILE IN THE CUSTODY OF CALIF STATE PRISON SYSTEM - THEY ARE IN MY PERSONAL FILE WITH THERE NAMES AND HOME PHONE NUMBERS, AND CDC NUMBER, AS THEY WILL TESTIFY TO THIS IN COURT! ... BY THE WAY THIS IS THE SAME THING DR GALLHY TOLD ME, AND WAS CAUGHT NOT TELLING THE TRUTH!

ON FEB 3RD I WAS CALLED IN AFTER A MONTH TO REVIEW XRAYS! (BY THE WAY- DR. HILL DID NOT ORDER WEIGHT BEARING XRAY SHOTS OF MY FEET- WHICH I COULDN'T BELIEVE (THAT'S THE VERY 1RST THE THE VETERANS HOSPITAL DID THREE AND A HALF YEARS AGO!

SO OUT OF KNOW-WHERE DR. HILL TELLS ME - HE DID NOT EVEN LOOK AT ANY X-RAYS, MR. BOEWE- YOU DO NEED ORTHODICS, BUT THERE IS NOT ENOUGH TIME FOR THEM TO BE COMPLETED! (AGAIN- REALIZE THAT TWO INMATES HAVE TOLD ME HOW LONG IT TAKES - I KNOW THE PROCCESS, I HAD CUSTOM MADE ORTHODICS AS OUTSIDE O/P/S, AND PODIATRISTS KNEW THE MAJOR IMPORTANCE OF THEM - I TOLD DR. HILL, IT ONLY TAKES 2 WEEKS, IM OUT IN MAY (24)! NO- THEY ARE SWAMPED - SORRY - CAN NOT DO...

SAW DR. HILL ON FEB-3RD-08, ON THAT NIGHT I WROTE OUT A CDC 1824 (1/95) WITH THE HELP OF AN INMATE WHO DROPPED IT IN THE BOX FOR ME.. I WAS DISTRAUGHT, DEPRESSED, TOTALLY PISSED OFF," I WAS NOT GOING TO LET DR. HILL GET AWAY WITH THIS, I TOLD HIM ON FEB 3RD I WILL GET MY ORTHODICS, THIS IS UNLAWFULL ITSELF...

ON FEB 8TH -08, I WAS CALLED TO THE DOCTORS LINE, IT CONCERNED THE CDC 1824 (1/95)! THE NURSE THAN SHOWED ME WHAT DR HILL HAD WRITTEN ABOUT MY VISIT WITH HIM: THAT INMATE(S) NEEDS ORTHODICS BUT AGREES IT'S BETTER TO WAIT TELL HE'S OUT "BULL SHIT" THE NURSES, DOCTORS, ALL KNOW HOW HARD IVE BEEN TRYING TO GET HELP! THAT IM SCARRED, IN SEVERE PAIN! DR. SMITH IS A VERY COMPASSIONATE DOCTOR- CONCERNED- DOES WHAT'S RIGHT MEDICALY. HE'S TRIED TO GET ME OUTSIDE HELP! DR. HILL HAS LIED HIMSELF INTO A CORNER!

*14*

## INMATE APPEAL ASSIGNMENT NOTICE

To:  INMATE BOEWE, V45728                                      Date: March 6, 2008
Current Housing:  MIMH00000000127L

From:  INMATE APPEALS OFFICE

Re: APPEAL

ASSIGNED STAFF REVIEWER:  CMO
APPEAL ISSUE:  MEDICAL

Inmate BOEWE, this acts as a notice to you that your appeal has been sent to the above staff for INFORMAL response.  If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal to this office for the FIRST level of review.


B. LeMaster, CC-II
CIM Appeals Coordinator
California Institution for Men, Chino

Copy 1 of 2 DEX..

14

MAR 06 2008
Informal
Cmo

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

Location: ___  Institution/Parole Region   Log No.   Category   8 access

1. _____   1. _____

2. _____   2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| DALE BOEVE | V45728 | Not on crutches | MS  MHab-122 |

**A. Describe Problem:** THE PROBLEM IS I MUST BE IN AN INSANE ASYLUM! I GET A CALL THAT I'M SUPPOSED TO GO SEE Dr Hill RIGHT AFTER I CALLED Him ON HIS REPETITIVE LIES, HIS UNPROFESSIONAL BEHAVIOR! THAT HE COMPLETELY IGNORED My PLEAS FOR HELP! THAT My CONDITION WAS VERY SEVERE! WON'T YOU PLEASE GIVE ME My ORTHODICS BACK THAT THE CALIFORNIA PRISON SYST TOOK AWAY. PLEASE LOOK AT MY OUTSIDE RECORDS, PLEASE I NEED THERAPY! I NEED THIS (CERTAIN MEDICATION); ALL I GOT FROM DR Hill WAS, WE (Dr Hill - CALIFS PRISON SYSTEM, DO NOT HANDLE THOSE SITUA...

If you need more space, attach one additional sheet.

I AM AFRAID FOR My WELL BEING

**B. Action Requested:** I'm IN CONTACT AROUND Him! WITH OUTSIDE HELP! My ONLY HOPE I'M AFRAID! ACTION REQUESTED - KEEP THAT MAN (Dr Hill - AWAY FROM ME!

Inmate/Parolee Signature: _____   Date Submitted: FEB-27-0...

**C. INFORMAL LEVEL (Date Received:** 3-6-08, Due 3-20-08

Staff Response: Granted by AC 3/19/08

Per #08-00150 on 2/22/08, AW will refer to podiatry at Riverside regional

✱ DENIED ✱ INMATES MAY NOT CHOOSE THEIR DOCTOR. DOCTOR WILL BE REQUIRED AS NECESSITATED. ...

Staff Signature: P. Adams CMM   Date Returned to Inmate: 4/18/08

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

THIS APPEAL WAS GRANTED by THE AUTHORITY TO WHOM it WAS ASSIGNED IN ACCORDANCE WITH CCR TITLE 15 AT 3084.2(b) AND 3084.5(a (1~2). THIS APPEAL WAS RESOLVED AND COMPLETED AT THE INFORMAL LEVEL by THE STAFF MEMBER WHO HAD THE AUTHORITY TO RESOLVE IT, NO ONE AT TH...

Signature: _____   Date Submitted: 2 MAY 08

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

CONTINUATION SHEET SECTION D DATED 2 MAY 08.

→ POINT CAN CHANGE THAT RESOLUTION OF THE MATTER ACCORDING TO THE ADMINISTRATIVE LAWS PUT OUT BY THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION. ALTHOUGH I SUBMITTED THIS APPEAL ON 27FEB08, IT WAS NOT SENT BACK TO ME UNTIL 18APRIL08, I RECEIVED IT ON 22 APRIL 08; THIS VIOLATES CCR TITLE 15 AT 3084.6 (b)(1). WHEN I RECEIVED IT BACK I NOTICED SOME ONE HAD SCRATCHED OUT THE WORD GRANTED AND HAD ILLEGALLY PUT IN NOTATIONS STATING DENIED WITH AN EXPLANATION. THERE IS AN INDICATION OF INITIALS "AC" WHICH MAY MEAN APPEALS COORDINATOR IF IT WAS THE APPEALS COORDINATOR, THE APPEALS COORDINATOR DOES NOT HAVE THE AUTHORITY TO SCRATCH OUT THE INFORMAL LEVEL STAFF MEMBERS RESPONSE, WHO IS A DOCTOR; IT SEEMS THAT THE ILLEGAL NOTATION PUT IN BY WHOEVER "AC" IS INDICATES INMATES MAY NOT CHOOSE THEIR DOCTOR. I HAVE NOT TRIED TO CHOOSE MY OWN DOCTOR, I WAS EXPRESSING I AM HAVING DIFFICULTIES WITH DR. HILL REGARDING MEDICAL CONDITIONS THAT STILL HAVE NOT BEEN TREATED. PLEASE REFER ME TO WHATEVER DOCTOR YOU LIKE, IM JUST TRYING TO GET HELP FOR MY MEDICAL CONDITIONS. I'VE SUBMITTED HEALTH CARE SERVICES REQUEST FORMS BUT DO NOT SEEM TO GET A REPLY OR A DUCAT. THE DOCTOR CHOSEN BY INFORMAL LEVEL STAFF RESPONDER WAS CHOS BY THAT PERSON, NOT ME. THE PROBLEMS I WAS HAVING WITH DR. HILL WERE WHEN I WENT IN TO SEE HIM HE WOULD JUST TALK TO THE NURSES ABOUT HOW DRUNK HE HAD GOTTEN. DR. HILL WOULD JUST RAMBLE ON LIKE THIS INSTEAD OF HELPING ME MEDICALLY; THIS VIOLATE CCR TITLE 15 AT 3004(a) YET DR. HILL DECIDED TO BE DISRESPECTFU DR. HILL SAID IT WAS AGAINST POLICY TO LOOK AT OUTSIDE MEDICAL RECORDS, THIS IS NOT TRUE, LOOKING AT OUTSIDE MEDICAL RECORDS IS AUTHORIZED IN ACCORDANCE WITH CCR TITLE 15 AT 3354(c). MEDICAL RECORDS ALSO ALLOWS FOR A RELEASE OF AUTHORIZATION TO TAKE PLACE THAT WE CAN SIGN TO HAVE OUTSIDE MEDICAL RECORDS PLACED INTO OUR UNIT HEALTH RECORD WITHIN THE DEPARTMENT. DR. HILL SAID IT WAS IMPOSSIBLE TO GET ORTHOTICS HERE OR IN THE CALIFORNIA ⇒

prison system which is not true either according to CCR Title 15 at 3358(a)(b)(c). On yet another visit with Dr. Hill, Dr. Hill stated he did not even look at the x-rays that were taken of my feet. Dr. Hill then finally, after it was too late evidently, admit that I do need orthotics and orthopedic shoes but then Dr. Hill stated I did not have enough time left in prison to get them. At the time Dr. Hill made this statement I had plenty of time left in prison to get the orthotics and orthopedic shoes I needed and still need. Then Dr. Hill falsified a medical document by stating I agreed that its better to wait until I get out of prison to get my orthotics and orthopedic shoes. I never said this and it is now in my medical file that I in fact did not say this at all. Part of the outside medical records show that I'm not to walk at all without the orthotics and orthopedic medical shoes. Those records show I need to hold my arch in the proper place or else the tendon stretches and tears to a point of "no-return" and must be cut out if that happens. My outside Dr. diagnoses is major damage to the instep tendons of both feet and collapsing arch. So for Dr. Hill to disregard this seems a malpractice of his medical duty, its a common practice for Dr's to review previous Dr. or hospital records. When I spoke to Dr. Hill about receiving therapy, the reply to me was CIM does not have the funds for therapy, and there is no room here for a therapist. Afterwards of course I did actually see a therapy room here where people are receiving physical therapy for all kinds of different things. My requests for a wheelchair to Dr. Hill were denied. I've been told the wheelchairs go to the ones that need it the most. I explained I'm in the category who needs a wheelchair the most. Then I was told we have guys that have no legs who are still waiting for a wheelchair, although I find it hard to believe that the dept. would allow a person with no legs to go without a wheelchair even for one day. I did receive a chrono stating I could get my orthotics and ortho shoes sent in, again someone other than the proper authority who wrote the chrono, wrote on the chrono with a black pen "sgt do not give out." The sgt for whom that note was intended for evidently was the RSR sgt and in fact I had orthotics and ortho shoes sent in, in accordance with the Dr. orders and CCR Title 15 at 3358(c), and RSR did illegally send them back. I had them sent in again and RSR sent them back again. I tried a third time and I did receive a padded 8½ x 11 envelope. The envelope that was verified as the envelope that the orthopedics were sent in, but there was no orthopetics in it when I received the envelope and I still have not discovered what happened to them. So this is a problem I've experienced as explained in the body of this appeal. It should be noted I'm not choosing my own doctor, the informal level staff responder who is a Dr. is choosing the Dr. for me not me, a podiatrist at Riverside Regional.

Respectfully Submitted,

California Institution for Men, Appeals Office                                                ADA Appeal Screen-Out Form (Rev. 8/13/2004)

# CDC-1824 ADA APPEAL SCREENING FORM

| To: Boewr. D. | CDC #: V-45708 | Housing: MMH-127ᴸ | Appeal Log#: |
|---|---|---|---|

## YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

☐ The action or decision you are appealing is not within the jurisdiction of CDC. (CCR 3084.3(c)(1). ☐ Effective May 1, 2004, the BPH 1040 appeal process is no longer utilized. Issues concerning due process, grant or denial of parole, parole revocation, attorney or witness requests, early discharge, or good cause findings for hearings cannot be appealed. These types of appeal issues may now be forwarded to the court asking them to change the BPH action or decision. ☐ Issues concerning BPH clerical mistakes, mandatory discharge, credit eligibility during revocation terms, or other BPH rules of law may be addressed via a letter addressed to the BPH Quality Control Unit, PO Box 4036, Sacramento, CA. 95812-4036.

☐ If the issue is related to a disability before, during, or after the hearing you may file a grievance on a BPH 1074 to the Chief Deputy Commissioner. (ARP §IV.J)

☑ You have already submitted an appeal on this same issue. CCR 3084.3(c)(2). Refer to Log# *Informal Appeal dated 3/6/*

☐ In your appeal, you are requesting a transfer solely for medical treatment. This request is a non-Americans with Disabilities Act issue; therefore, your appeal was recategorized as a CDC-602 Inmate/Parolee Appeal Form. (ARP §IV.23.b).

☐ In your appeal, you are requesting access to services and programs or medical care provided by the institution with no indication that access is denied or impeded. This request is not an accommodation provided for in the Americans with Disabilities Act; therefore your appeal was recategorized as a CDC-602 Inmate/Parolee Appeal Form. ARP §IV.23.b).

☐ In your appeal, you do not allege that you have a disability that substantially limits a major life activity as defined in the Armstrong Remedial Plan or ADA. This request is not an accommodation provided for in the Americans with Disabilities Act; therefore, your appeal was recategorized as a CDC-602 Inmate/Parolee Appeal Form. ARP §IV.23.b).

☐ You are requesting a Second Level review. However, you have not adequately explained your dissatisfaction with the First Level review. Pursuant to the Armstrong Remedial Plan, you must explain your dissatisfaction with the First Level Response and suggest an appropriate resolution. (ARP §IV.23.e).

☐ Your appeal includes both Americans with Disabilities Act (ADA) and non-ADA issues. Staff shall address your ADA issue(s) only. Your non-ADA issue(s) may be recorded on a CDC-602 Inmate/Parolee Appeal Form. ARP §IV.23.b).

☐ You are requesting a Second Level review. However, you failed to submit the appeal within 15 working days of receipt of the First Level decision by the Division Head. Therefore, your appeal is rejected. (ARP §IV.23.e / CCR 3084.3(c)(6)).

☐ You have inadequately completed the CDC Form 1824 or 602 (e.g., no signature, section incomplete, missing appeal attachments etc). Correct the missing information and forward the appeal back to the Appeal Coordinator's Office. (CCR 3084.3(c)(5)).

☐ You are requesting extended Reception Center (RC) stay credits, however, you have not been in the RC for more than 60 days. Therefore your appeal is rejected. If you have a disability that impacts placement (CDC 1845 Section C) or undergoing dialysis treatment and still in the RC more than 60 days you may file another appeal. (ARP §III.A / CCR 3084.3(c)(3)).

☐ Remark(s)

| ☐ **Please correct the indicated problems and return your appeal.** | Screened Out# | Date: 3/10/08 |
|---|---|---|

Note: Failure to follow instruction(s) will be reviewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed unless you allege the above reason(s) are inaccurate. In such a case, please return this form to the Appeals Coordinator with the necessary information. You have only 15 days to comply with any of the above directives. (CCR 3084.3(c)(6) / 3084.6(c)).

B. LeMaster, CC-II
Appeals Coordinator
CIM-MSF and Reception Centers

## PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE !

cc:   Inmate
      Appeal Attachment
      Appeal Office

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**

CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| | | 18. ADA CM |

MAR 1 2 2008

DUPLICATE

**NOTE:** THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| Dale Doewe | V45928 | | | |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

I am now on crutches permenently (used for all movement) Denied orthodic for 11 months, and proper thirapy, medication - can not walk, hurts to survive "Pa.

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

Outside records which both podiatrists refused to look at! including weight bearing X-Rays (that were not done after I requested them! Dr Smiths Rec (a very compasionate and caring doctor (has done everything to get me help) the records here hand written personal witness statements from c/os, inmates, etc... tons of CDC 7362s many disreguarded. "A huge paper trail!

DESCRIBE THE PROBLEM: 1st off - How could you possibly think I would go see podiatrist Dr Hill after I called him out (told the truth) that he is a li and refused me proper medical attention causing extreme pain and states I fear his retaliation - same as first podiatrist. Dr Galhly - M outside contact said (stay away from those doctors until (I wrote to at Lancaster too! untill we can get to the veterans hosp (proper medical attention) (somesent lamas? HAD PROPARALS 1324 done, wait till mag, without...

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?

I want an ortho pedic surgeon (off site). I want an MRI, or at lea Proper X-Rays (off site) I want therapy -... off site?

I want my parole agent to know that because of Calif state prisons Aktions Im now handicapped, and in pain to walk, survive and very stre os

INMATE/PAROLEE'S SIGNATURE                              FEB - 29 08
                                                        DATE SIGNED

- Last statement - will get proper medical help from ()eterans hospm.

# INMATE/PAROLEE
# APPEAL FORM
CDC 602 (12/87)

| Location: Institution/Parole Region | Log No. | Category |
|---|---|---|
| 1. _____ | 1. _____ | _____ |
| 2. _____ | 2. _____ | _____ |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| BOEWE DALE | V45728 | MEDICAL HOLD/CRIPPLED AT CIM | MAG HAIL 127 |

A. Describe Problem: JY FELIX - THE DOCTORS HERE AT CHINO CIM DENIED ME MY ORTHODICS ORDERED BY MY OUTSIDE DOCTORS! MY ORTHODICS WERE TAKEN AWAY - N IM ON CONSTANT CRUTCHES, IN CONSTANT PAIN CAN'T STAND! THE DOCTORS H LIED TO ME, ABOUT WHAT I CAN-CAN'T HAVE - I HAVE ALL MY RECORDS THAT PROOF IT ALL - AND WITTNESSES (I TOLD YOU ABOUT MY CHRONIC CONDITIO I TOLD THE BOARD ABOUT MY CHRONIC CONDITION) - THAT THE DOCTORS LIED TO ME! I JUST GOT BACK MY ANNUAL REVIEW PAPER, FULL OF LIES - I NEVER STATED [WAS IN GOOD HEALTH] IT WAS TOLD I BE OUT OF KITCHEN - AND MY MEDICAL STATUS CRIPPLE! NOT FULL DUTY WHATS GOIN OL

If you need more space, attach one additional sheet.

B. Action Requested: TRUTH OF WHAT WAS TALKED ABOUT AT BOARD!

Inmate/Parolee Signature: _____   Date Submitted: APR-10-08

C. INFORMAL LEVEL (Date Received: 4/22/08 )

Staff Response: I interviewed you on 4-25-08 in regards to your appeal. You were advised to adress your medical concerns with the Medical department & Your appeal is partially granted. I will generate a new 128C chrono, x stating your health was poor & willing to proceed.

Staff Signature: J.J. Felix CCT   V45728   Date Returned to Inmate: 4/25/08

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

THE INFORMAL LEVEL STAFF RESPONDER FAILED TO RECOGNIZE THE FACT I ALREADY TRIED TO ADDRESS MY MEDICAL CONCERNS WITH THE MEDICAL DEPT. INFORMAL LEVEL STAFF RESPONDER, A CLASSIFICATION COMMITY MEMBER AT THE 2 APRIL OF CLASSIFICATION HEATING, HAD A -

Signature: _____   Date Submitted: 9 MAY 08

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

CONTINUATION Sheet Section 8 Appeal
dated 9 MAY 08

→ duty to try and assist me with my
medical concerns per CCR Title 15 at
1. 3375 (b)

2. 3375 (f) (3 C 1, 2)
3. 3375 (f) (7)
4. 3375 (g 1 D)
5. 3375 (9 5 R)
6. 3375, 2 (b 15)
7. 3376 (c 2 C)
8. 3043.5 (b)(c)(d)(e)(9)

but the Classification Committee Violated
These above Administrative laws by intentionally
disregarding my Medical Needs and now my
feet have been permanently injured due to the
"intentional disregard of my Medical Needs.
The Classification Committee is almost the
highest authority to help prisoners with their
needs and if this authority would of exercised
their duty I would of received the Medical Care
I desperately needed and still need. The Classification
Committee also was to correct the indications of
"Full Duty" and the Assignment of Kitchen
Crew. I cannot possibly be Full Duty →

SINCE I AM ON CRUTCHES AND (can)
barely get AROUND EVEN ON CRUTCHES,
I cannot be in AN ASSIGNMENT
THAT requires STANDING (Kitchen Crew)
So THESE THINGS were to be addressed
And Corrected ON THE 128G AS WELL but
were Not.
RESPECTFULLY Submitted

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**

CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| | | **18. ADA** |

***NOTE:*** **THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES**

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| | | | | |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

Chronic Wow / Severe Pain in Feet, Lower Legs, Lower Pain in Back!
Plantar Fasicia / Nerv! Same as Before!

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

1). Yes - Chino Cim.
Veterans Hospt.

I told the first
podiatrist I need x rays
you need to see what's up!

We gone from cane - to crutches - to wheelchair! Bullshit!

DESCRIBE THE PROBLEM: Cant stand, cant walk, without constant
pain / Now - pain is present when I'm trying to sleep!

I saw another podiatrist waited 2½ months or so!
I saw him for 2 min. Told me I will be taken extrays in 2 months

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?

Make Medicine Assesable!
Make Eating Assesable!
Make Medical Visits, Assesable!
Do make me / Suffer Pain - To Eat! To get Medical Help! Medication

Bullshit!

| INMATE/PAROLEE'S SIGNATURE | DATE SIGNED |
|---|---|
| | |

So To "TOTAL"
You Lost your "STATE PRISON" MEDICAL LICENSE BECAUSE OF IMPROPER
MEDICAL CARE!

# INMATE/PAROLEE
# APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region          Log No. MEDICAL CARE!

1. _____    1. _____
2. _____    2. _____  LIKE WITH ME!

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| DALE E BOEWE | V45728 | MEDICAL B/M- | |

A. Describe Problem: Im sitting Here AGAIN AT DOCTORS LINE! Im GOING TO SHOW DR SMITH THE LETTER, WHERE THE PODIATRIST'S I SAW, CHANGED His STORY, OR LIKE PLEAD TO THE 5TH! I SAW DR. SMITH RIGHT AFTER SEEING DR GALIFY! THAT IS WHY DR. SMITH WROTE OUT A CHRONO FOR ORTHODICS! CAUSE HE IS TRYING ANYTHING TO GET ME SOME KIND OF THE MEDICAL ATTENTION I NEED! IVE ALREADY WROTE HOME, AND TAMMY IS TRYING TO SEE IF THE VETERANS HOSPITAL, OR SOMEONE CAN MAKE ME SOME NEW ORTHODICS WITH OUT MY FOOT BEING CAST! MY ONLY PAIR WAS
If you need more space, attach one additional sheet. TAKEN AWAY FROM ME! COST 400.00 DOLLA.

B. Action Requested: IT WAS 1/2? HOBBLES ON CRUTCHES TO GET OVER HERE! THE CLINIC "YOU CANT EVEN CALL YOURSELF A HOSPITAL ANYMORE BECAUSE OF WHAT IM GOING THROUGH "CAN YOU! I NEED A BED MOVE TO HOSPITAL DORM - RIGHT NEXT TO CLINIC THERAPY, ORTHOD. TR9, XR

Inmate/Parolee Signature: _____          Date Submitted: _____

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____          Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____          Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim          CDC Appeal Number: [ ]

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
|  |  | **18. ADA** |

**NOTE:** THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| Dale Boewe | V45928 | Crippled | Crutches | Magnolia 12 |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:
Chronic Pain Now In Feet Lower Legs, Lower Back, while Standing and Walking. Trouble Sleeping as Pain Remains throgh Night

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?
Walking, Bending my Lower Legs and Lower Back, Extreme Pain and Burning, Tearing Feeling In Arches!
Veterans Records, Outside Podiatrist - Your Records

DESCRIBE THE PROBLEM: Extreme Pain Burning and Suffering! Forced to Wal[k] To Survive with-out Appliances "Orthodics" trying to Get Them "as They Were Taken Away 11 months Ago - Now Pain is Chronic, and as I Stated, Could Be Permanent

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?
What I've Asked for 11 months Now - My "Orthodics" Now Also "Therapy - Ice/Heat - Wraps - Braces - Night Splints - Treatment By a Trustworthy Neurologist and Orthopedic Specialist!
Someone Who Doesn't Lie to Me Like Dr. Dalhe, Dr.[

---

| INMATE/PAROLEE'S SIGNATURE | DATE SIGNED |
|---|---|

17

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR**
**ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| | | 18. ADA |

**NOTE:** THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered*
*under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| DALE DOEWE | V45728 | N/A | | MAGNOLIA 12 |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability
shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or
programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable
you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise
qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered
within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form
constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F"
of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision
rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on
the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY: P.S. NOW IT'S WORSE THAN 3 YRS AGO!
SEVERE PAIN / WALKING - STANDING - NOW EVEN AT NIGHT WHEN SLEEPING
MY CONDITION WAS LIKE THIS 3 YRS AGO! WAS FIXED WITH ORTHODICS, NIGHT SPLINTS, TAPE:
THERAPY!
WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY? (UNDER CONTROL)!
XRAYS, VETERANS HOSPITAL
OUTSIDE RECORDS - YOUR DOCTORS HERE,
MRE'S!

DESCRIBE THE PROBLEM: REAL SIMPLE - A SEVERELY FALLEN FOOT (FEET) WAS
NEAR COLLAPSE! ORTHODICS PREVENTED THE FOOT FROM COLLAPSING
NOW - IT HAS COLLAPSED - AS YOU TOOK MY ORTHODICS AWAY! AND
LIED TO ME ABOUT GETTING OTHERS! YOU DENYED ME MEDICAL
ATTENTION - AND NOW I COULD BE CRIPPLED WITH CHRONIC
PAIN!
WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?

_____

_____

_____

_____

INMATE/PAROLEE'S SIGNATURE                           DATE SIGNED

17

# INMATE/PAROLEE
# APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region          Log No.                    Category

1. _____          1. _____          _____

2. _____          2. _____          _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME                              NUMBER          ASSIGNMENT                              UNIT/ROOM NUMBER

A. Describe Problem: Look — I ve HAD my PAin MedicATion BumpED up By DocTor Smith cause of THE ExTreme PAin! Dr SmiTH SAid I would NoT SEE my ORTHODics, THE PodiATry ARE was over loADED, AND So ARE we, He Told me, Your GoinG To HAVE To WAiT iT looks LikE Tell you GET OUT iN 5 monTHs AND Go To THE HospiTAL (VETERANS) THEre NoT GoinG To GivE you THE NEEDED THERAPY — THE STATE will NoT Supply iT, or DoEs NoT HAVE PropER PERSONAL EquipmENT To HANDLE Your NEEDS

If you need more space, attach one additional sheet. I FEEL Sorry FoR you — HERE is A STRonG

B. Action Requested: PERSCRiPTiON — For Your PAin! GET Back To mE iF you NEED moRE

Inmate/Parolee Signature: _____          Date Submitted: _____

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____          Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____          Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

Exhibit G

Documents Pertaining To defendant 2.10

California Institution for Men, Appeals Office                    Appeal Screen-Out Form CIM 695 (Rev. 12/22/2004)

# CDC 602 INMATE APPEALS SCREENING FORM

| To: Boewe | CDC #: V45728 | Housing: MIMH 127 | Appeal Log#: |

## YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

☐ Action or decision you are appealing is not within the jurisdiction of CDCR. CCR 3084.3(c)(1).   ☐ Effective May 1, 2004, the BPH 1040 appeal process is no longer utilized. Issues concerning due process, grant or denial of parole, parole revocation, attorney or witness requests, early discharge, or good cause findings for hearings cannot be appealed. These types of appeal issues may now be forwarded to the courts asking them to change the BPH action or decision.
☐ Issue(s) concerning BPH clerical mistakes, mandatory discharge, credit eligibility during revocation terms, or other BPH rules of law may be addressed via a letter to the BPH Quality Control Unit, PO Box 4036, Sacramento, CA 95812-4036
☐ You may submit a GA-22 Request for Interview Form to the BPH Trailers at the RCE Facility.

☐ You have already submitted an appeal on this same issue. CCR 3084.3(c)(2).

☐ You cannot appeal an anticipated action or decision not yet taken. CCR 3084.3(c)(3)

☒ You have not attempted to resolve your grievance at the Informal Level. CCR 3084.3(c)(4). Submit appeal to the following:
  ☐ Counselor   ☐ Work Supervisor   ☐ Records Office   ☐ Receiving & Release   ☒ Trust Office   ☐ Mailroom
  ☐ Unit Sergeant/Lieutenant   ☐ I/M Assignment Office   ☐ Employee who inventoried property   ☐ Other:

☒ You have not adequately completed your appeal and/or attached the necessary supporting documents. CCR 3084.3(c)(5). Complete and return the following document(s):
  ☐ Completed CDC-115, CDC-115A, CDC-115C, I.E. Report   ☐ CDC-7250 Sobriety Report   ☐ All CDC-837 Incident Reports
  ☐ Lab Reports   ☐ CDC-7219 Medical Report   ☐ CDC-114D Ad-Seg Order   ☐ CDC-128G ICC/UCC Action   ☐ Current Trust Statement
  ☐ Property Inventory Sheet   ☐ Receipt for property   ☐ CDC-128A Counseling Chrono/128B General/128C Med/Psych/Dental
  ☐ CDC-7362 (Health Care Request) & Trust statement with co-pay charge   ☐ CDC-128G Classification Chrono
  ☐ CDC Form 1858 Rights & Responsibilities   ☒ Complete/Sign/Date the CDC-602 Section B
  ☐ Other _____

☐ You failed to file your appeal within 15 working days of the event or decision. The appeal is rejected. CCR 3084.3(c)(6).

☐ This issue has been addressed already. See attached correspondence. CCR 3084.2(g)

☐ You are abusing the appeal process. Your appeal is therefore rejected/cancelled. CCR 3084.3(8).
  ☐ Excessive filing CCR 3084.4(a)   ☐ Inappropriate statements CCR 3084.4(b)   ☐ Excessive verbiage CCR 3084.4(c)
  ☐ Voluminous unrelated documentation, CCR 3084.3 (c)(8)   ☐ Lack of cooperation CCR 3084.4(d)

☐ You are not authorized to submit an appeal on behalf of another inmate(s). CCR 3084.3(c)(7)

☐ This appeal was resolved at a lower level. If you disagreed with the decision, you had 15 working days from when you received your appeal to file at a higher level. CCR 3084.6(c)

☐ Submit your request on a CDC-7362 (Health Service Form) and send it to the Medical Department for an appointment.

☐ A limit of one continuation page, front and back, may be attached to the appeal to describe the problem and action requested in section A and B of the form. CCR 3084.2(a)(1)

☐ You have failed to demonstrate an adverse effect on your welfare. CCR 3084.1(a)

☐ Remark(s) _____
_____

---

☐ **Please correct the indicated problems and return your appeal.** | Screened Out # 1 | Date: 2/26/08

Note: Failure to follow instruction(s) given by Appeals Staff will be viewed as a lack of cooperation on your part and your appeal will be cancelled pursuant to CCR 3084.4(d). This screening decision may not be appealed unless you allege the above reason is inaccurate. In such a case, please return this form to the Appeals Coordinator with the necessary information. You have 15 days to comply with any of the above directives. CCR 3084.3(c)(6)

L. Carrey SSA

Appeals Coordinator
CIM-MSF and Reception Centers

## PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region        Log No.            Category  *16 restitutio.*

*CIM*
*FEB 2 6 2003*
*510 #5 Sign/date
Section B*
*#4 Trust*

1. _____        1. _____        *AA*

2. _____        2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|------------------|
| BOEWE | V45728 | N/A | MAG HALL 122 |

A. Describe Problem: My RESTITUTION is PAID IN FULL, YET WHEN MONEY is SENT TO ME (YOU STILL TAKE OUT 55 PER CENT) My RESTITUTION is WELL OVER PAID! SOMEONE SAID THAT I GET IT BACK FROM My PAROLE AGENT! THAT'S AGAINST THE LAW! YOU CANT COLLECT INTREST ON my MONEY! AND GIVE IT BACK WHEN IT PLEASES YOU! My WIFE IS TRYING TO CALL (YOU) OR SHE HAS ALL BANK STATEMENTS AND TOTALS!

If you need more space, attach one additional sheet.

B. Action Requested: QUIT TAKEING my MONEY. I WILL GO TO ATTORNEY GENERAL! YOU CANT KEEP EVERYONES MONEY AND COLLECT THE INTREST! THAT IS AGAINST THE LAW!

Inmate/Parolee Signature: _Dale Boewe_        Date Submitted: _____

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____        Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

Signature: _____        Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

(handwritten top) *Copies: 1) Law Library (2) Personal File (3) Attorney General*

# INMATE/PAROLEE APPEAL FORM

CDC 602 (12/87)

*MAR 1 3 2009*
*S10 #8 inappropriate statement*

Location: Institution/Parole Region          Log No.          Category 16 *restitution*

1. _____     1. _____
2. _____     2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME Boewe | NUMBER V45728 | ASSIGNMENT MED HOLD - ARTS CORRECTIONS | UNIT/ROOM NUMBER MAG HALL 122oc |
|---|---|---|---|

**A. Describe Problem:** WHY IS RESTITUTION BEING TAKEN OUT OF MONEY SENT IN! I'LL, MY COUNSLER AND I REVIEWED THE PRINTOUT, AND 600 DOLLARS WAS PAID A LONG TIME AGO, MY COUNSLER WANTS A PRINT OUT SHOWING THE AMOUNT OF THE CHECKS SENT IN. "FULL AMOUNTS" NOT JUST WHAT YOU PUT ON MY INMATE FUNDS! MY COUNSLER SAYS ITS IN VIOLATION OF THE LAW IF YOU ARE HOLDING (NOT IF-YOU ARE) HOLDING MY MONIES SOME PLACE THAT COLLECTS INTREST (FEDERAL CRIME)! IM REQUESTING A FULL PRINT OUT OF ALL TRANSACTIONS! (COUNSLER AND I AWAIT)

If you need more space, attach one additional sheet.

**B. Action Requested:** ~~Statement~~

Inmate/Parolee Signature: _____     Date Submitted: FEB-20-08

**C. INFORMAL LEVEL** (Date Received: 2-29-08)

Staff Response: Statement Enclosed.

Staff Signature: C. Dale     Date Returned to Inmate: 2-29-08

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

ARE YOU IN A MORONIC PHASE? YOU STILL DID NOT SHOW LEGAL DOCUMENT SHOWING (LIKE THE COURTS RECORDS I HAVE) MY TOTAL RESTITUTION ORDERED BY COURT! PLUS-YOU BURIED YOURSELF BY SHOWING YOU KEPT $600⁰⁰ DOLLARS OFF MY FIRST CHECK! 4 MORE FOLLOWED YOUR

Signature: _____ BURNS     Date Submitted: MARCH-2-08

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

SHOW ME, IM GOING STRAIGHT TO WARDEN C. DALE! (OR I SHOULD SAY MY WIFE IS)

COPS 1 OF 3 LAW LIBRARY

REPORT ID: TS3030 .701                          REPORT DATE: 02/20/08
                                                     PAGE NO:      1

                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                       CALIF. INSTITUTION FOR MEN
                      INMATE TRUST ACCOUNTING SYSTEM
                      INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: FEB. 01  2008 THRU FEB. 20, 2008

ACCOUNT NUMBER : V45728                 BED/CELL NUMBER: MINH0000000127L
ACCOUNT NAME   : BOEWE, DALE ERNEST      ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                        TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE  DESCRIPTION   COMMENT   CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
-----   ----  -----------   -------   ---------  --------  -----------  -------

02/01/2008   BEGINNING BALANCE                                          0.00

02/06*DD30 CASH DEPOSIT  4063/MR            90.00                       90.00
02/11 FC02 DRAW-FAC 2    4197/GSF01                          55.00      35.00
02/19 W415 CASH WITHDRAW 4286 193  194513004                (20.00)     15.00

                      CURRENT HOLDS IN EFFECT

DATE     HOLD
PLACED   CODE    DESCRIPTION               COMMENT      HOLD AMOUNT
------   ----    -----------               -------      -----------

01/09/2008   H109   LEGAL POSTAGE HOLD      3650/LPOST       2.50
02/12/2008   H114   COPAY FEE, MED.         4206037200       5.00
02/12/2008   H114   COPAY FEE, MED.         4207/MAR13       5.00

                   * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 04/05/07                 CASE NUMBER: KA078470
COUNTY CODE: LA                          FINE AMOUNT $   400.00

DATE     TRANS.   DESCRIPTION              TRANS. AMT.   BALANCE
-----    ------   -----------              -----------   -------

02/01/2008   BEGINNING BALANCE                             200.00

02/06/08  DR30   REST BED-CASH DEPOSIT       100.00-       100.00

     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITU ON AMOUNT COLLECTED.        *

                      TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL      TOTAL       CURRENT    HOLDS      TRANSACTIONS
BALANCE     DEPOSITS  WITHDRAWALS   BALANCE    BALANCE    TO BE POSTED
---------   --------  -----------   -------    -------    ------------
  0.00       90.00       75.00       15.00      12.50        0.00
---------   --------  -----------   -------    -------    ------------

*Handwritten note at right:*
Twenty Dollar's Sent Home From me So.

Tammy Swann Can Mail Back my Orthodics For A Third Time!

Feb-19- All I Got was an Empty Padded Package. They Now Stole my Temp Medical Appliance's!
This is Harassm...

```
-------------- ACCOUNT INFORMATION -------------- ------ SPECIAL ITEMS -------

ACCOUNT NUMBER: V45728
   ACCOUNT NAME: BOEWE, DALE ERNEST
   ACCOUNT TYPE: I
CURRENT BALANCE:     219.84
   HOLD BALANCE:       0.00
  ENCUM. BALANCE:      0.00
      AVAILABLE:     219.84
PRIVILEGE GROUP: A
   LAST CANTEEN: 09/10/2007
------------------------- ACCOUNT TRANSACTIONS -------------------------TS210CA
  DATE   TRAN  AMOUNT   DESCRIPTION     CHECK NUM   COMMENT      BALANCE
  ----   ----  ------   -----------     ---------   -------      -------
09/10/07 FC02   90.00- DRAW-FAC 2                   1451/MSF1     405.00
09/11/07 DD30   45.00  CASH DEPOSIT ON              1466/MR171    450.00
09/12/07 W536    5.00- COPAY CHARGE                 1533/COPAY    445.00
09/13/07 W534   20.00- MEDICAL CHARGE               1579/CANE     425.00
09/18/07 W501    5.16- SHIPPING CHARGE              1662/ UPS     419.84
09/26/07 W415  200.00- CASH WITHDRAWAL 194-511961   1881 193      219.84
PAGE#   1 OF   2 PAGES


  REST    ACCOUNT  PREVIOUS    NEXT          DISPLAY  SELECT    PRINT    MAIN
  FINES   DISPLAY   PAGE       PAGE          HOLDS    NEW ACCT  SCREEN   MENU
```

"ORTHODIC'S SENT BACK" TO
TAMMY SWANN - POWER OF ATTORNEY
9 - 18 - 07

Copied
(3)

S210B                   CALIFORNIA DEPARTMENT OF CORRECTIONS
                           ITAS TRUST ACCOUNT DISPLAY


------------- ACCOUNT INFORMATION ------------- ------ SPECIAL ITEMS -------

COUNT NUMBER:  V45728
 ACCOUNT NAME:  BOEWE, DALE ERNEST
 ACCOUNT TYPE:  I
RRENT BALANCE:      12.50
  HOLD BALANCE:      12.50
NCUM. BALANCE:       0.00
     AVAILABLE:       0.00
IVILEGE GROUP:  A
LAST CANTEEN:  02/11/2008

------------------------ ACCOUNT TRANSACTIONS ------------------------TS210CA
 DATE   TRAN   AMOUNT    DESCRIPTION        CHECK NUM    COMMENT     BALANCE
 ------ ----  --------  -------------       ---------   ---------   --------
9/11/07 DD30    45.00   CASH DEPOSIT ON                 1466/MR171   450.00
9/12/07 W536     5.00-  COPAY CHARGE                    1533/COPAY   445.00
9/13/07 W534    20.00-  MEDICAL CHARGE                  1579/CANE    425.00
9/18/07 W501     5.16-  SHIPPING CHARGE                 1662/ UPS    419.84
9/26/07 W415   200.00-  CASH WITHDRAWAL   194-511961    1881 193     219.84
0/12/07 FC02   120.00-  DRAW-FAC 2                      2138/NSF 1    99.84
GEN    2 OF     3 PAGES


REST    ACCOUNT   PREVIOUS   NEXT        DISPLAY  SELECT    PRINT    MAIN
FINES   DISPLAY   PAGE       PAGE        HOLDS    NEW ACCT  SCREEN   MENU

OUT OF 1000.00

BRAIN SURGEONS

THANKS FOR GIVING
THIS TOO ME!

BIG MISTAKE

NO WONDER THE
STATES OUT OF FUNDS
YOU LOST THEM!

DID YOU GO TO COLL.
I DID!

CIM
MAR 1 3 2008

Exhibit H

Document Pertaining to defendant 2.11

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|------|-----|------------------|------------|
| MAR-8-08 | LT. SAMS | Boewe | V45728 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER |
|---------|-----------|-----------------|------------|
| HAG-HALL | 1272 | ON CRUTCHES MED. HOLD | FROM NA    TO NA |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)
N/A

ASSIGNMENT HOURS
FROM NA    TO NA

## Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

SIR - YOU HAD HELPED ME BEFORE ON SOME VITAL INFORMATION, I WOULD
APPRECIATE SOME MORE ADVICE ON MEDICAL NEEDS! HELP ME GET MY MEDICAL
APPLIANCES, ORTHO PEDIC SHOES, THEY WERE (THANK-YOU!) SENT WITH DOCTORS
ORDER'S, BUT MAILED BACK THREE TIMES!

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY                                                      DATE

DISPOSITION

Exhibit I

Documents Pertaining to Defendant
2.12

12



PRISON LAW OFFICE
General Delivery, San Quentin, CA 94964-0001
Telephone (415) 457-9144 • Fax (415) 457-9151
www.prisonlaw.com

*Director:*
Donald Specter

*Staff Attorneys:*
Susan Christian
Steven Fama
Rachel Farbiarz
Penny Godbold
Megan Hagler
Alison Hardy
Vibeke Martin
Millard Murphy
Sara Norman
Judith Rosenberg
Zoe Schonfeld
E. Ivan Trujillo

# MEMORANDUM

| | |
|---|---|
| To: | Charles Antonen, Deputy Attorney General |
| From: | Steve Fama/PY |
| Date: | 10/12/2007 |
| Re: | *Plata* 4 – Individual Inmate Possible Urgent Medical Concern – Request for Review |

---

Dale Boewe V-45728      CIM           Region 1

Mr. Boewe may have an urgent medical concern. In a letter received 10/9/07, Mr. Boewe informs us that he requires orthotic devices and physical therapy in order to maintain his normal walking ability. He states that he was previously able to regain his ability to walk after a year of therapy at an outside hospital, but at CIM, he has been waiting for over two months to see a specialist regarding devices for his feet.

Mr. Boewe states that he recently fell and severely twisted his ankle, and although a doctor ordered crutches for him, he never received any. He informs us that he is barely able to walk, and has stopped going to chow hall for dinner due to the pain. He is concerned that the lack of treatment and assistive devices may be causing major damage that will permanently affect his walking abilities.

Please respond to the following:

1. Has Mr. Boewe been scheduled to see a podiatrist or an orthotics specialist? If so, approximately when will this appointment occur?

2. Has Mr. Boewe been seen by a PCP with regards to his difficulties walking? If so, what is the diagnosed condition that affects Mr. Boewe's mobility, and were any treatments recommended? Has he received the recommendations? Please explain.

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Honorable John Burton • Felecia Gaston • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts





**PRISON LAW OFFICE**

General Delivery, San Quentin, CA 94964-0001
Telephone (415) 457-9144 • Fax (415) 457-9151
www.prisonlaw.com

*Director:*
Donald Specter

*Staff Attorneys:*
Susan Christian
Steven Fama
Rachel Farbiarz
Penny Godbold
Megan Hagler
Alison Hardy
Vibeke Martin
Millard Murphy
Sara Norman
Judith Rosenberg
Zoe Schonfeld
E. Ivan Trujillo

November 6, 2007

Dale Boewe, V-45728
CIM
PO Box 500
Chino, CA 91708

Dear Mr. Boewe:

    I write in response to your letter, received by our office on October 9th, 2007. In your letter, you indicate that you had multiple accommodations confiscated from you, and discuss difficulties you have had receiving a pair of crutches. You say that you were issued a chrono for crutches, but CIM medical staff told you they were out, and never provided them to you. You say walking causes you a great deal of pain, and as a result you are unable to go to pill line to get pain medication, and have been missing dinner. I am so sorry to hear about your difficulties. Lawyers from our office who work on the Plata case have advocated on your behalf regarding your medical care. I am writing to address your disability concerns under a case called Armstrong. We previously sent you information about this case. I would like to ask you a few questions about your current situation. I enclose a postage-paid envelope for your response.

    1. You say in your letter that you had orthotics, walking aids and therapy before you went to prison. Did you have these with when you arrived at CIM? If so, who took them from you? When were they taken?

    2. What type of orthotics do you use? When you say you had "wraps" are you referring to sleeves for your ankles? Please clarify.

    3. Have you asked for assistance getting to medical line or dinner? Have you asked to be provided with a wheelchair? Have you tried to file an 1824 appeal about these issues?

    4. What disability accommodations do you currently need?

    The information that we've sent you explains how to file an emergency 1824 appeal. If you file an appeal, and still are not being accommodated, you should send us a copy (handwritten

Board of Directors
Marshal Krause, President • Michele WalkinHawk, Vice President
Honorable John Burton • Penelope Cooper • Felecia Gaston • Christine Hipps • Margaret Johns
Cesar Lagleva • Laura Maynani • Michael Marcum • Ruth Morgan • Dennis Roberts

copies are fine; do not send original documents) of the appeal with response, and then file it to the next level. When we receive a copy of your appeal and your answer to my questions, we will be better able to determine whether we can assist you under the Armstrong case.

      Take care.


                    Sincerely,

                    Alexander Johnston
                    Litigation Assistant under Megan Hagler


Enclosures: SASE;

EXHIBIT J

DOCUMENTS PERTAINING to defendants
intentional disregard of PLAINTIFF'S
NEEDED MEDICAL CARE.

784678

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| A fee of $5.00 may be charged to your trust account for each health care visit. |
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

NAME *Dale Boewe*

CDC NUMBER *V45728*

HOUSING *Oak Hall C-104 UP*

PATIENT SIGNATURE *Dale B*

DATE *Aug-31-07*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) *I need to see Podiatrist as prom. seo still extremely painful on alot of medication but delusau is sparatic sometimes (even other time the nurse says the last. medication doesn't work unless it's taken daily on time. the medication the phsyc gave me has totally messed with my system, blood in stool. is that a side effect, how come*

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM *The pill i took di. ferent somehow i got prob*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.) |

| PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE | | |
|---|---|---|
| Date / Time Received: *10 SEP 07 NR pm* | | Received by: *C. Skipton RN* |
| Date / Time Reviewed by RN: *9/10/07 9/5* | | Reviewed by: *M* |
| S: | Pain Scale | 1  2  3 ④ 5  6  7  8  9  10 |

*you are scheduled for Podiatry early October*

O:    T:       P:       R:       BP:        WEIGHT:

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|
| | | |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:      MEDICAL ☐      MENTAL HEALTH ☐      DENTAL ☐      MEDICATION REFILL ☐

NAME
Dale Boews

CDC NUMBER
V45728

HOUSING
Redwood B113 Low

PATIENT SIGNATURE

DATE
Sept-21-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) Could I exchange my cane you gave me for crutches. At least until I see podiatrist. Which I hope is soon! Was to put H movement for the cane alone! Should not have any pressure. Concrete is the worst!

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.) |

**CDC 7362 (Rev. 03/04)**    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)    **3**    **HEALTH CARE SERVICES REQUEST FORM**    DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

NAME *Dale E Doehr*    CDC NUMBER *V45228*    HOUSING *Kiawoo 113w*

PATIENT SIGNATURE    DATE *Sept-28-07*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) *I need to see podiatrist - need orthodics need therapy need confirmation on this test, need MRI to see damage done by continued walking. Over 6000 steps on the medical alone just to try to get help. And again - its just pain medication - not helping the problem - hurt no !*

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

| NAME Dale S Dosew | CDC NUMBER V45728 | HOUSING REDWOOD 113L |
|---|---|---|

PATIENT SIGNATURE *[signature]*

DATE Oct-6-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) IS THIS: CAN YOU LET THE PRISON SYSTEM KNOW I'M HANDICAPPED BECAUSE OF LACK OF PROPER MEDICAL CARE! WE BEEN WAITING TO GET TO FOOT SPECIALIST, WHILE CONDITION GETS "WORSE" 2 MONTHS". IT TOOK ME, 7 MONTHS TO GET CRUTCHES AFTER ORTHODICS WERE TAKEN AWAY, NOW THEY'VE GIVEN ME A SUB WERE I CANT HAVE THEM, MUST WALK, STAND MORE; WHEN A

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Dale E Doane | V45728 | Redwood 113Low |

PATIENT SIGNATURE: *Dale E Da——*

DATE: Oct-9-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I NEED A CHRONO FOR JOB ASSIGNMENT. IT HARD "PAINFUL AND A HINDRANCE TO ANY TYPE OF HEALING" THAT I HAVE TO STRUGGLE TO GET SOMETHING TO EAT, GET MEDICATION! I STILL HAVE NOT SEEN A FOOT SPECIALIST AS I BEEN BEGGING FOR (FOR 7 MONTHS - 2 MONTHS HERE). I CAN NOT BE EXPECTED TO USE A JOB REQUIRING (HOURS WALKING, LIFTING, ) AND

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Dale Boews | V45-728 | Redwood 113-1 |

| PATIENT SIGNATURE | DATE |
|---|---|
| | Oct-13-07 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

PAIN IS NOW PRESENT All NIGHT LONG, WHY HAVE I NOT SEEN THE PODIATRIST YET! THIS IS LIKE TORTURE, NEW MEDICATION NOT WORKING!

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

8123211

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

7

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $$5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME DALE BOEWE | CDC NUMBER V45728 | HOUSING REDWOOD 113L |
|---|---|---|

| PATIENT SIGNATURE | DATE Oct-17-07 |
|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) HOW CAN YOU STOP MY MEDICATION WITH-OUT EVEN SEEING ME, "A NURSE OR DOCTOR" CHECKING ME OUT! ASKING ME IF IM OK! BETTER, OR IF THE CONDITION OR PAIN HAS GOTTEN WORSE! IS IT TRAVELING UP FUTHER AND FURTHER UP MY LEGS "YES IT IS" BUT IVE ALREADY SAID THIS. IT NOW TAKES WEEKS TO GET CONTINUED CARE I NEED! RIDDLE IS IT!

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

NAME
DALE DOEWE

CDC NUMBER
V45728

HOUSING
REDWOOD 113 Low

PATIENT SIGNATURE
DLD

DATE
Oct-18-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) SAW THE PODIATRISTS ON 10-17-07, HE INFORMED ME THAT I COULD NOT HAVE MY "DOCTOR ORDERED" ORTHODIC'S OR SPLINTS IN "CALIFORNIA STATE PRISON! BUT I PERSONALLY KNOW AN INMATE WHO HAD ITEM MADE FOR HIM IN PRISON 3 MONTHS AGO! THERE IS A MUST TO STOP PAIN AND FURTHER DAMAGE! So HE IDLE ARE TO GET WITH THE DOCTOR TO GET NARCOTTIONS OR PAIN MEDICATION! I NEED TO SEE DR SMITH

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

8106385

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☒

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Dale Doewe | V45728 | Redwood 113 |

| PATIENT SIGNATURE | DATE |
|---|---|
| *(signature)* | Nov - 5 -07 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) Need to see Doctor for further detailed medical change, Dr woodd not let me have orthodics (shoes must be conta. Need in package to hook & trask fit! Talked to inmate who had orthodics built for him in prison, they cast to his foot (feet), I have name of doctor and location! (Kind at Factus in S/k)... (I'm re mailing again) Med - should take care of this (should not they)

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate



774519

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
| --- |
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:        MEDICAL ☐        MENTAL HEALTH ☐        DENTAL ☐        MEDICATION REFILL ☐

NAME
*Dale E Dozue*

CDC NUMBER
*V45728*

HOUSING
*Kennedo 113c*

PATIENT SIGNATURE
*[signature]*

DATE
*Nov-6-07*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) *Please set me up with another apointment with psyatrists! I have talked to another inmate who got prempds! I also need more vitamins - "B strong - I went to medical but I was not called! Trying another request. If they called me, I might have been at the closest restroom facility, 400 yards away - and on crutches! who is that?*

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
| --- |
| ☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.) |

CDC 7362 (Rev. 03/04)     Original - Unit Health Record     Yellow - Inmate (if copayment applicable)     Pink - Inmate Trust Office (if copayment applicable)     Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:        MEDICAL ☐        MENTAL HEALTH ☐        DENTAL ☐        MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Dale Doews | V45728 | Redwood N3 |

| PATIENT SIGNATURE | DATE |
|---|---|
| *(signature)* | Nov-27-07 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) DR SMITH - LAST POSSIBLE TO GET CORTISONE SHOTS. PAIN IS SEVERE, ESPECIALLY OF THE ACHILLES TENDON! SOMETHING IS TEARING. I THINK - TUESDAY PAPERWORK TRYING TO GET THE ORLEANS HOSPITAL TO SEND ME ORTHODICS.

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.) |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

769287

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:     MEDICAL ☐     MENTAL HEALTH ☐     DENTAL ☐     MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Dale Drewe | V45725 | Magnolia 127 _low_ |

PATIENT SIGNATURE:
DH/Dr

DATE
Dec-2-08

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) Dr Smith - the podiatrist told me look at my feet - and told me we need to take xrays! I told him that's what I said last time (a month ago - I told him he was wrong about outside records being sent in! He said - it takes two years! Most of the time he spent talking to the two nurses about how much he drank (alcohol) over the holidays! Now I see him in another month! I want get orthodics (help tell him out. Please I need to see you about the constant pain

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM    I will go to the Veterans Hospital when I'm out with some el!

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)     Original - Unit Health Record     Yellow - Inmate (if copayment applicable)     Pink - Inmate Trust Office (if copayment applicable)     Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

NAME  DALE BOLNS

CDC NUMBER  V45728

HOUSING  RECWOOD M3 Low

PATIENT SIGNATURE  DUA Bow

DATE  Dec-5-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) D.O CAN GET A NEW PODIATRIST YET! I NEED TO SEE ONE MAYBE THIS ONE WILL BE HONEST AND GIVE ME 12 ORTHODICS THAT HAVE NEW INSIDE THE! "CAN I GET CORTIZONE SHOTS TO EASE THE PAIN! WRAP IS WORN OUT TOO. DID YOU GET ANY DIXILHOWED IN, LAST TIME YOU (LAST 4 TIMES) WERE OUT OF THEM! DR SMITH WAS NO GOOD AT ALL!

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Dale Duval Jr | V-95725 | Magnolia A |

| PATIENT SIGNATURE | DATE |
|---|---|
| Dale D | Dec-5-07 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I NEED TO BE REDUCT'O! I WAS WAITING TO SEE DOKTOR SMITH AND WAS CALLED AWAY. TRYING TO SEE ABOUT CORTIZONE SHOTS FOR PAIN FROM NOT HAVEING MY ORTHODICS THAT WERE TAKEN AWAY! ALSO - THE NURSE TOLD ME A PODIATRIST WAS HERE! HOW COME THEY CAN'T PEOPLE OVER INTERCOM "TO SEE THE PODIATRIST" A

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

NAME
Dale Boewe

CDC NUMBER
V45728

HOUSING
Magnolia 127 low

PATIENT, SIGNATURE
Dale Boewe

DATE
Dec. 7-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) Voctor Smith - The Veterans Hospital cannot duplicate my Orthodics! I had asked for a bed move to be closer to everything, they moved me, Now Im further away! Condition has extremely flared up! Is it possible to get cortizone shots - Podiatrist Yet! Looks Like Im on my own till I get out to get my Orthodics!

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

DEPARTMENT OF CORRECTIONS

# HEALTH CARE SERVICES REQUEST FORM

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:     MEDICAL ☐     MENTAL HEALTH ☐     DENTAL ☐     MEDICATION REFILL ☐

NAME
Dale Boewe

CDC NUMBER
V45728

HOUSING
Magnolia 127 Low

PATIENT, SIGNATURE
Dale Boewe

DATE
Dec. 7-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) Doctor Smith - The Veterans Hospital Can Not Duplicate my Orthodics! I Had Asked for a Bed Move to be closer to Everything, They moved me, Now I'm Further Away! Condition Has Extremely Flared Up! Is it Possible to get Cortizone shots - No Podiatrist Yet! Looks like I'm an my own Inteligent to get my Orthodics!

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record     Yellow - Inmate (if copayment applicable)     Pink - Inmate Trust Office (if copayment applicable)     Gold - Inmate

767540

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Dale Doehne | V45728 | Magnolia Hall 127La |

| PATIENT SIGNATURE | DATE |
|---|---|
| | Dec -10 -08 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

Dr. Smith - Could you Please Increase the new medication you Put me on! I stopped by the Podiatrist to see when he will Go over - or Look at my x-Rays but they wouldn't tell me! Told me they were to busy! & would not help me! 4 Podiatrists

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

---

**CDC 7362 (Rev. 03/04)**    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

769565

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☒    MEDICATION REFILL ☐

NAME: Dale E Boewe

CDC NUMBER: V45728

HOUSING: Magnolia A 127 low

PATIENT SIGNATURE: DE+B

DATE: Dec-11-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

Blood And Puss From Root Canal! Cant Eat! Severe Pain! Teeth Cuting my Mouth!

*IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

769564

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

NAME VALE DOEWE

CDC NUMBER V45728

HOUSING MAGNOLIA 127 Low

PATIENT SIGNATURE

DATE DEC-12-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) DR. SMITH - SAW PODIATRIST'S (FOR 2 M.) SET ME UP FOR X-RAYS IN A MONTH AND A HALF - I TOLD THE FIRST PODIATRST "THE FIRST THING IS XRAYS ANYWAY "IS RIDICULOUS". HE ALSO TOLD ME MY FIRST PODIATRIST (ONLY HE) WAS NOT TELLING THE TRUTH ABOUT THE ORTHODIKS "WE MAKE THEM HERE! DR. SMITH, THEY MOVE ME FURTHER AWAY! PAIN HAS SPREAD AND INCREASED ALOT. I DON'T WANT STRONGER,

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM    BUT I NEED IT NOW FOR

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT    SOME RELIEVE! |
|---|

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

769208

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:      MEDICAL ☐      MENTAL HEALTH ☐      DENTAL ☐      MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| DALE BOEWE | V45728# | MAGNOLIA 127Low |

| PATIENT SIGNATURE | DATE |
|---|---|
| DALD | Dec-19-07 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) GOT ABUSED WALKING MORE, PAIN PROGRESSING, HAD VETERALS HOSPITAL MAIL THE MEDICATION EXAMPLE! THE NEW PODIATRIST SCHEDULED ME FOR X RAYS IN A MONTH! HE WOULD NOT LOOK AT OUT SIDE RECORDS HE TOLD ME I COULD NOT HAVE THEM MAILED TO ME - I WAS LIED TO AGAIN! NEED CORTIZONE SHOTS!

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.) |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

769215

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*(A fee of $5.00 may be charged to your trust account for each health care visit.)*

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☒

NAME: Dale Doswe

CDC NUMBER: V45728

HOUSING: Magnolia 127 L

PATIENT SIGNATURE: ~~D4D~~

DATE: Dec-17-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I'm supposed to get

Pyridoxine 50 MG     30 day supply     ?

Naprosyn 500 MG     30 day supply

Ordered By Doctor Smith   start 11/27/07   stop 5-19-08

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

769210

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

NAME Dale Bogus

CDC NUMBER V45728

HOUSING Magnolia 127 Low

PATIENT SIGNATURE

DATE Dec-19-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) Saw new podiatrists (told him I can get my outside records to show you I need orthodics) was told by the new podiatrists "we don't look at outside records) the prison law office said that is a lie, got a name of medication "in severe pain, need to see Dr Smith! If I don't get my orthodics "next step" wheel chair!

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

769249
DEPARTMENT OF CORRECTION

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Dale Doyne | V45728 | Magnolia A 127 |

PATIENT SIGNATURE

DATE Dec-26-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) Need to see Dr. Smith - severe pain - Cortisone Shots! Dr. Smith, Nurse 2 Aff Thank-you.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**769265**

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:      MEDICAL ☒      MENTAL HEALTH ☐      DENTAL ☐      MEDICATION REFILL ☒

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Dale Boewe | U45728 | Magnolia 122 |

| PATIENT SIGNATURE | DATE |
|---|---|
| | Dec 26-07 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

Im still supposed to get Vitamin B-6!

Orthopics would be nice too! Im major pain—

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.) |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

769257
DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☒

NAME: Dae Ducws

CDC NUMBER: V45726

HOUSING: Magnolia 12Dicon

PATIENT SIGNATURE: Dae Ducws

DATE: Dec-26-07

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) Still need to see Doctor Smith, but I had to put in a request to get my medication I was supposed to have it 12-21-07 you have to take it Dr. G, it's not helping much but I'll try anything while waiting for my refills, "that's why I was so badly" Will I got Narkoden but I do not get Vitamin 130-!!!

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

769248

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:     MEDICAL ☐     MENTAL HEALTH ☐     DENTAL ☐     MEDICATION REFILL ☑

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| DALE DOCWL | V45728 | MAGNOLIA 127 LOW |

| PATIENT SIGNATURE | DATE |
|---|---|
| | DEC-2-07 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) Im SUPPOSED TO HAVE MEDICATION FOR PAIN AND NUTRITION - SUPPOSED TO BE FROM THE 21ST OF DECEMBER ITS A WEEK AGO - HOW COME I HAVE NOT BEEN TAKEN OVER ET.

PLEASE RESPOND - IN PAIN.

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.) |

CDC 7362 (Rev. 03/04)     Original - Unit Health Record     Yellow - Inmate (if copayment applicable)     Pink - Inmate Trust Office (if copayment applicable)     Gold - Inmate

769270

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME Dale Doerr | CDC NUMBER V45728 | HOUSING Magnolia 122 |
|---|---|---|
| PATIENT SIGNATURE *DxB* | | DATE Dec-27-07 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _Need to see Dr Smith!_ _Need Vitam D B-6 Check_ _Records Should Have Been Dec-21-07_

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

ev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

767503

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME Dale Doene | CDC NUMBER V45728 | HOUSING Magnolia Hall 122 |
|---|---|---|
| PATIENT SIGNATURE DL4 R | | DATE Jan-2-08 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) NEED MEDICATION! INSTEAD OF GETTING MY ORTHODICS - I AM GETTING A JOB - THATS MEANS WALKING! MORE - NEED TO SEE DR SMITH! ALSO WRAP IS SHOT! NO GOOD - NEED NEWAK!

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

**PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT**

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

767507

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:     MEDICAL ☒     MENTAL HEALTH ☐     DENTAL ☐     MEDICATION REFILL ☐

NAME: Dale Buene

CDC NUMBER: V45728

HOUSING: MAGNOLIA 122ₒ

PATIENT SIGNATURE:

DATE: JAN-3-08

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

STILL HAVE NOT GOTTEN MEDICATION! WAS DUE JAN-OR DEC 21-07 CHECK RECORDS!

NEED TO SEE DOCTOR SMITH! EXTREME PAIN - TENSION!

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.) |

**CDC 7362 (Rev. 03/04)**     Original - Unit Health Record     Yellow - Inmate (if copayment applicable)     Pink - Inmate Trust Office (if copayment applicable)     Gold - Inmate

767555

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:     MEDICAL ☒     MENTAL HEALTH ☐     DENTAL ☐     MEDICATION REFILL ☐

| NAME Dale Doewe | CDC NUMBER | HOUSING MAGNOLIA HALL 122 |
|---|---|---|
| PATIENT SIGNATURE *Dale B* | | DATE JAN-14-08 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

Dr-Smith, I'm Supposed To See you In 28 Days, you Put me on (Neurouton) 300 mg) I Quit Takeing THE Naploxen, For Now! Could you Increase THE Dosage? I've Never Had it Before! And Everything is Alright-Except Still Alot of Pain THANK-you!

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.) |

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☒

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Vale Dosois | V45728 | Magnolia Hall 12½ |

PATIENT SIGNATURE — DK B

DATE Feb-7-08

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) Dr Smith Said I Should be on Blood Pressure Medication, Also, Im supossen to be on (800mg Neurotin) 3/times a Day!

Please Help!
Thank - you

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☐   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

NAME: Dale E Boewe

CDC NUMBER: V45728

HOUSING: MAG HALL - 127 Low

PATIENT SIGNATURE: Dale E Boewe

DATE: FEB-8-08

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) YES - ON THE WAY TO CHOW IT HAD RAINED, WE WERE FORCED TO ONCE AGAIN WALK IN THE MUD AND PUDDLES OF THE BIGYARD IF WE WANTED TO EAT. I'M ON CRUTCHES PERMENATLY NOW, AND MY CRUTCH SLIP OUT, AND I WENT DOWN! I JAMMED MY HAND REALY BAD. IT NEEDS HELP RIGHT NOW, BUT I WAS TOLD I HAVE TO GO IN THIS REQUEST! PLEASE HURRY, I NEED XRAYS-

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

NAME
DALE BOEWE

CDC NUMBER
V45728

HOUSING
MAGN HALL 127 LOW

PATIENT SIGNATURE
D B

DATE
FEB 20th 08

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I NEED COPIES OF MY CHRONOS SENT TO ME. 3 TIMES I'VE TRIED TO HAVE TEMPERARY ORTHODICS SENT TO ME ISS OUTSIDE HELP! AS DR SMITH HAS INSTRUCTED! CHRONOS WERE MAILED WITH ORTHODICS. MAILING HAS KEPT ALL MAILING DID NOT FOLLOW DR ORDERS. CAN DR SMITH CALL MAIL ROOM... PLEAS!

**NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM**

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

6234095

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

NAME
Dale E Doewe

CDC NUMBER
V45728

HOUSING
MAG-HALL 12 Low

PATIENT SIGNATURE
Dale B

DATE
FEB-26-08

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I'm Due To See Dr Smith About my Medical Condition on my Feet Again soon. I need to speak with him about seeing different Podiatrists than Dr Hill. He Knows Why! Also- In the begging of the month I turned in a request as I fellowing crutches in mud, and jammed my hand extremely bad. (no response) swellings down now is

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:  MEDICAL ☐   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Dale Boewe | V45728 | Mag Hall - 127 low |

| PATIENT SIGNATURE | DATE |
|---|---|
| Dale B | Feb-21-08 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) IE; DR SMITH - I SENT THE 602 ABOUT PODIATRIST DR. Hill. AND All I TOLD THEM WAS THE TRUTH, DR Hill LIED TO ME AS DID DR BACHLY, REF. TO GIVE ME THE MEDICAL (ORTHODICS THERAPY ESSTIANL TREATMENT) I GOT A DUCAT TO SEE HIM (WORNG - I DON'T TRUST HIM - I FEAR FOR MY HEALTH - FROM HIM). I NEED 2 MORE ANKLE AND ARCH WRAPS - PLEASE AND NURSE J. - BUMPED UP IF POSSIBE

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM    THANK YOU.    (Dale)

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.) |



**CDC 7362 (Rev. 03/04)**    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

NAME: DALE DOANE

CDC NUMBER: V45728

HOUSING: MAG-HALL

PATIENT SIGNATURE

DATE: MARCH-15-08

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

DR. SMITH SAID IT WOULD BE OK TO INCREASE MY NUROTEN DOSAGE IF NEEDED. I FORGOT TO ASK HIM ON MY VISIT — PLEASE SEE — STILL PAIN AND ALOT OF WALKIN

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:     MEDICAL ☐     MENTAL HEALTH ☐     DENTAL ☐     MEDICATION REFILL ☐

| NAME DALE BOEWE | CDC NUMBER V45728 | HOUSING MA6-HALL 127 ww |
|---|---|---|
| PATIENT SIGNATURE | | DATE MARCH + 7 -08 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) Could you Please Call The Supervisor In the Kitchen Inform them I AM NOT Able to Work In the Sand which Crews In In Chronic Pain Walking or Standing! I Have Chronos From Dr Smith. I'm Waiting on A Nucket to be taken to Riverside For Proper Help! Please Let them know I'm on Crutche[s] Humas

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.) |

CDC 7362 (Rev. 03/04)     Original - Unit Health Record     Yellow - Inmate (if copayment applicable)     Pink - Inmate Trust Office (if copayment applicable)     Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL [X]    MENTAL HEALTH [ ]    DENTAL [ ]    MEDICATION REFILL [X]

NAME: DALE BOONE

CDC NUMBER: V45728

HOUSING: MAG/HALL 122~

PATIENT SIGNATURE: Dale B—

DATE: March-30-08

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

I NEED MY NAPROSYN - REFILL" ALSO CAN THE DOSAGE BE INCREASED! THANK-YOU! ALSO I NEED TO BE SEEN OR HAVE SOMEONE MAKE ARRANGEMENTS TO HAVE A BUCKET TO SOAK MY FEET IN "SWOLLEN

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

[ ] Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

7234502

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:  MEDICAL ☑  MENTAL HEALTH ☐  DENTAL ☐  MEDICATION REFILL ☑

NAME  DALE DUEWE

CDC NUMBER  V45728

HOUSING  127 Low Mag Hall

PATIENT SIGNATURE

DATE  MARCH-30-08

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)  I'm SUPPOSED TO GET CARRY MEDS - HEART MEDICATION (NAPROXEN). ALSO I NEED TO BUMP UP MY PAIN MEDICATION (NEUROTEN)! - PLEASE CHECK MY RECORDS - FEET STILL IN A VERY BAD WAY! I will BE GOING HOME PRETTY SOON (TWO) will MEET WITH MY VETERANS HOSPITAL DOCTORS FOR PROPER HELP

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*  PLEASE HELP WITH PAIN

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

| NAME Dale Boewe | CDC NUMBER V45728 | HOUSING MAG HALL 12 Rod |
|---|---|---|
| PATIENT SIGNATURE Dale B | | DATE MAR-27-08 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) Could you send my records over to program office to J. Felix & Sgt Peters, There was a few lies told (Again) since Day one in prison). They were very upset I wanted statements that I didn't make - taken out of my C-File! If they see my records, then Felix, Peters will see why I'm so distraught - Confused

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM   Upset at more lie

THANK-S

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:  MEDICAL ☐   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

NAME *Dale Boewe*

CDC NUMBER *V45728*

HOUSING *Magnolia Hall*

PATIENT SIGNATURE *Dale B*

DATE *APR-1-08*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) *I NEED TO GET A BUCKET (AROUND (5 GAL) SO MY C/O. DIXON - CAN GIVE ME A BUCKET TO USE TO SOAK MY SWOLLEN FEET, SELF THERAPY - AS I BEEN DENIED THERAPY BY PODIATRIST DR HILL, IT'S TO BRING THE SWELLING DOWN SO PAIN EASES FOR A BIT - I ALSO NEED MEDICATION REFILL FOR PAIN*

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

*NO NOTHING IN THIS*

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** *REQUEST*

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

NAME **Boewe**

CDC NUMBER **V45728**

HOUSING **MAG HALL, 121 Low**

PATIENT SIGNATURE **Joe T B**

DATE **APRIL 14th 08**

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I WAS GOING TO GET SENT TO A PODIATRISTS OFF SITE TO RIVERSIO AS THE PODIATRISTS AT CHINO LIED TO ME, AND DID NOT GIVE IT MEDICAL ATTENTION - MEDICAL APPLIANCES DOCTOR ORDERED! IM GOING HOME NEXT MONTH. I WOULD REALLY LIKE TO SEE SOMEONE WHO WOULD GIVE ME "ORTHOTICS" TIME MIGHT BE TO LATE - BUT IT WOULD HELP, SO I

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM *CAN GET THERAPY*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

Exhibit K

Witnesses Statements

I met Mr. Boewe as I stay and live at Juniper Hall, we hang out with each other during the day at a picnic bench. I feel bad for Mr. Boewe as I've first hand seen, heard, watched him try to get some serious medical help! Every time he goes to the doctor, he tells me they are doing nothing (that should be done). Mr. Boewe told me he has repeatedly asked for (therapy - cortizone shots - pads) - something that will help him out. I too personally witnessed Mr. Boewe soaking his feet in raw potatoes to keep the swelling down in his feet.

I couldn't believe it when he got a chrono for a dirty 5 gallon bucket to soak his feet in! What kind of professional medical treatment is that! Mr. Boewe told me and has shown me his feet where the tendons are pulling and causing serious pain! every step he says is like walking on cactus - I told him he should get a wheelchair, Mr. Boewe stated that he's told no - but none are available. Mr. Boewe told me he has tried to get into Sav (where medication is brought to you) he cannot stand for longer than a couple of minutes, and its sometimes a 45 minute wait - when I can I carry his tray of food for him at chow - but a lot of times he does not go, because of the long wait on line and the long wait - and wait bullshit just to get food!

He (Mr. Boewe) told me he's orthodic inserts were taken away (how his outside doctors told him he must wear them on his foot (feet) with collapse, the way I see him limping around, the grimace on his face, I would say that he's in major pain, and his feet have become chronic.

I KNOW OF PEOPLE IN MY BUILDING WHO GOT ORTHODICS
HERE! AND I KNOW OF INMATES WHO'VE GOTTEN CORTIZONE
SHOTS! THESE ARE MAJOR THINGS THAT MR BOEWE HAS ASKED
FOR. IVE SAT WITH HIM IN DOCTORS LINE, NUMEROUS TIMES,
MR BOEWE WAS HOPING, PLEADING FOR MEDICAL ASSISTANCE
ONE TIME MR BOEWE WENT TO SEE THE PODIATRIST (DR GALHG) AND
WAS HOPING FOR CORTIZONE SHOTS TO HAVE HIS FEET CASTED
FOR ORTHODICS, MR I WENT THRU 6 XRAYS - WHEN MR BOEW
CAME FROM THE PODIATRISTS VISIT - HE TOLD ME THE GUY (DR GALHG)
GAVE HIM VITAMINS - HE (DR GALHG) EVEN WOULD NOT LOOK AT
MR BOEWES OUTSIDE RECORDS, WHICH IVE PERSONALLY SEEN -
STATING NOTHE NEED FOR ORTHODIC's - PAPER WORK ALSO
STATED. PERMANENT CHRONIC DAMAGE CAN OCCUR IF CONTINUED
WALKING WITH OUT ORTHODICS (STRUCTURED IN.)
        NOW BOTH DOCTORS HAVE LIED TO MR BOEWE ABOUT
LOOKING AT OUTSIDE RECORDS, AND DURING MR BOEWES LAST
VISIT WITH PODIATRIST (DR HILL AFTER MONTHS AND MONTHS OF
NO CARE) DR HILL TELLS MR BOEWE - YA DO NEED ORTHODICS
- BUT WILL WAIT, (ITS TO LATE TO GET THEM MADE HERE AT CHINO!
THAT DIDN'T MAKE SENSE, MR BOEWE HAD MONTHS LEFT!

        I WILL TESTIFY IN COURT - THE RIDICULOUS, WAY MR BOEW
HAS BEEN TREATED BY MEDICAL PERSONAL - IGNORED TO A POINT
OF CRUELTY! IVE SEEN IT DAY BY DAY - MONTH BY MONTH
) - I WILL BE HERE UNTIL 7-17-2010)
                BRUCE MILLER            Bruce Miller  V99309

My name is Michael Clason # V-38638
I am an inmate at Chino CIM. I couldn't
believe it when Mr. Dale Boewe told Me
that the Podiatrist "Mr Ghaly" told Mr Boewe
that the California Prison system does not
Provide Orthodic shoe inserts, and that Mr
Boewe has been trying to get them for
over 8 months, The California Prison system
casted my feet, and got me Custom Made
Orthodics, Plus Temporary Inserts, Support
wraps, Soft inserts, Special Shoes, It is very
important to have Orthodics etc. Not only
for Pain, but To Correct, Heal, With Out, Perma

over

ment Damage can occur; Check my

Medical Records! My C-File...

X Michael Classon
Nov-15-07

My Name is Jesus Malagon +41349

I am at three cities (Chino, CIM. State Prison) the reason I writting this Letter, is because today I have seen as much Inmate (medical) cruelity I can take. It is Pouring Rain, (the date is Feb-3-08, It is Freezing Cold outside, I just happen to Look out the Dorm window, And I see an Inmate I know (Dale Boewe v45728) From my Dorm sitting out in the Rain Getting soaking wet! Inmate Boewe also has His shoes off, and is soaking His Feet in a Mud Puddle! When I go out and ask Him, what the Hell He is Doing, Mr Boewe Tells me It's the only way He can Get therapy For His swollen Feet as His orthodics were taken away! And the state of California Refuses to Give them Back, Back Him Some. I have watched as I've seen Him Hobbling Around, not going to chow etc... I will Testify in Court the Prisons Torure!

of Mr Boewe

I, Michael Classon # V-38658, have had my feet molded in cast to fit my feet. I was given inserts 1 mo later in which I wear now. This took place at Lancaster State Prison, in the year of 2007.

X Michael Classon

\* The Doctor's name would be in my C-File here a Chino State Prison.

X Michael Classon

Frank Corvi

I am inmate Boewes Frankie, Magnolia Hall, 122 low. Im around him 24/7 as space is close here at Chino, CIM, Prison. I have first hand seen, watched, - wittnessed, what seems to be total neglect and on the edge of torture.

Mr Boewe showed me his medical records from the outside that his power of attorney had mailed in so he could show the doctors at Chino, So they would actually give him the desperate medical attention he is in dire need of." Its so obvious hes in alot of pain. Especialy here at Chino, a its all long distance walking, and huge amounts of standing. I saw and read Mr Boewes outside Medical records, and plain as day it says absolutely, must wear orthodux when walking, or perimenent chronic pain, can and will occur. (which I say would have to be what did happen, the way he struggles moving around His records also show therapy that is needed when feet are in bad shape. Hot, cold (Ive wittressed Mr Boewe soaking his feet in Mud puddles to keep the swolleness down, pain at Bay! Mr. Boewe record speak of Tapeing wraps, Electric shock treatment, Night Splints, Whilrpool, Much more!

Every time Mr Boewe came back from the Doctor he would be upset, because he told me they did absoulately nothing again, They are just Lazy liars, and he would be telling me this whilesoaking his feet in a 5 Gal Bucket of cold water (TAP COLD) to Try and bring down the swelling from the doctor visit required walking/standing!

Look at his request, I was there when he filled them out, I mailed them so he didn't have to walk!

I will testify in a court of Law the whole truth of, the Total Lack of Medical Care Mr Boewe Received!

TO WHOM IT MAY CONCERN,
My NAME is BRUCE miller V99304. I
CAN NOT Believe THE MEDICAL STAFF HERE.
ON SEVERAL OCCASIONS I HAVE WALKED TO
THE MEDICAL FACILITY WITH MR. Boewe while
WE HAD TO STOP SEVERAL TIMES TIMES DUE
TO His FEET. THE MEDICAL Dept. HERE DOESN'T
OFFER Him NO HELP or physical THERAPY.
HE constantly HAS TO WALK around on
CRUTCHES. While these Give Him BListers on
his hand and A BAD rASH under His Arm
pits.
During THE winter I SAT outSide and HE
dipped His feet in FREEZING WATER FOT 5 minute
intervals. After this I rubbed and mASSaged
His feet. why they don't Give Him THE
proper medication I don't know. They never
gave Him the proper shoes THAT HE HAd
CHronilAS For.

4-6-08  Shawn Fisher

I have firsthand witnessed the struggles and easilly seen pain that Mr. Dale Boewe went through at Chino. C & m. Prison. I should no, I was at Magnolia Hall with Mr. Boewe and saw him giving himself - self therapy as he was not receiveing much needed Medical Care. I personally witnessed Mr Boewe soaking his feet in Mud puddles after a rain fall to bring swelling down! Mr. Boewe had to defend himself many times as he would sit down on the toilets to urinate (Pee) as it hurt to much to stand. I personnally saw Mr Boewe go from walking with a Limp, to a cane, to crutches, and now he's trying to get a wheelchair and move into an ADA Facccility. Which so far Mr Boewe says he's been denied! Mr. Boewe doesn't go to eat or pick up alot of his medication sometimes because of the long lines and over an hour of waiting!

I have repeatedly waited to see a doctor with Mr Boewe at the bleacher area! It is not unusal to wait for 6 hours or more, Mr Boewe would speak of some hope - Getting his "Orthodics" Proper Medication, Cortisone shots for pain, MRI to check for swelling. Therapy for circulation and tendon stretch. Even so much as getting a proper wrap, even Doctor ordered Night splints, Mr Boewe told me his one Doctor "Dr. Smith" Told him he should never have been classified to Chino, Way to much Walking for anything "While the Guards ride carts" Dr. Smith informed Mr Boewe - You are being denied the much needed Mechanical Medical appliances you Need.

I will testify in a court of Law what I observed "Medically Wise" with inmate Boewe V45728   My info is on Top, I await the Call

I am at Chino, Cim (Calif State Prison) Im an Inmate Housed in three cities with Inmate Dale E Boewe. I was also at the Calif State Prison Reception with Mr Boewe, It was at Lancaster were I First Saw (He was Hobbling) and talked about Mr Boewe and How He was worried about the Medical Attention He was Not Getting, I First Hand wittnesed His attempts to Get Therapy, wraps, Medical Appliances, Request Forms, I could see How Frustrating Mr Boewe was, and scared, No one Responded to His Pleas for Help! Liars, and B/S is all He Got! He wanted Crutches at Lancaster, But they were Out! I Left Lancaster,

5 mouths Later, I could Not Believe my eyes when I saw Mr Boewe, Painstakenly Moveing along at Chino State Prison (CIM), Mr Boewe was on Crutches and He stopped as we both were at the Hospital, Mr Boewe said He was trying to Get a Wheelchair, and Be Moved to Elm Houseing, they, or it is a Handicapped Houseing Unit, Mr Boewe said, and it looked like He was in Serious Pain, Medical Refused to Give Him His Orthodics or Therapy! Now, its Mouths Later, and Ive seen Him still Get No Help!, The Podiatrist Lied to Him about Orthodics when He tried to Get them, For 6 mouths, Podiatrist Daually said Chino Cim Does Not make them, Bull-Crap, I Know People who Have them.

I Feel For Mr Boewe, Ive seen Him Soaking His Feet in a Mud Puddled = Rain to Get Relief, Ive seen Him in Pain, Crutching around Chino Miles and Miles a Day in Major Pain! Ive also seen His Condition Go from Worse to Chronic and Critical, Ive seen the Medical System, More or less Torture Mr Boewe and I will Testify in Court to what Ive Witnessed!

Daniel Adams   V33595   2-7-08

Re: Mr. Dale Boewe
CDC # V45728
Medical Condition

To Whom It May Concern:

The purpose of this letter is to describe my observations of Mr. Boewe, and his suffering due to having torn tendons on the soles of his feet, aggravated by lack of proper medical treatment here at CIM-MSF. Mr. Boewe had been receiving treatment for this condition at the V.A. Hospital prior to coming to prison. This treatment required him to wear orthotic arch supports in his shoes to lessen pain and to keep from further aggravating his condition." WORK

He has repeatedly been denied arch supports by CIM doctors after several requests for them. He is also forced to be on crutches and is in pain due to not having these arch supports.

Prisoners in this yard are forced to walk long distances and wait in long lines for every thing, including to get pills, go to chow, see a doctor, etc. I have had to carry his food tray for him numerous times in the chow hall so he can use his crutche. He is in so much pain that he has to find a place to sit down during these long waits in lines. He has been lied to about his condition by doctors, CO's and other staff. They even tried to force him to work in the chow hall full-time! This lack of proper medical treatment has caused him much mental anguish and he fears he may now never be able to walk or run normal again. I hope that justice will be done for him for all his suffering.

Sincerely,    Barry Chew          Barry Chew
                                    CDC # F88693

J.H. 135 Low

5-8-08

I Eric Magney an inmate at C.I.M./M.S.F. I arrived here 1-13-08. At the time of my arrival I had an orthodic in my shoe to support my foot do to diagnosis of planters facitas. The staff here made me throw away my orthodic. Within a week of my arrival my foot began to hurt so bad that I was literally unable to walk with out help or support of some Kind. After complaining for 3 week I was finally able to see a doctor. The doctor gave me a cain and set up an appointment for me to see the podiatrist. As soon as I saw the podiatrist Dr. Hill, and told him about the pain I was experiencing he straight away gave me a shot of cordazone to releive the pain. The shot releived the pain for about 2 weeks. I had an xray taken of my foot, non weight bearing, so that the Dr. would have it for my next appointment. The xray should have been weight bearing. 1 month after the first appointment with Dr. Hill I went back to see him. My foot was again in emence paine. He looked at my xray and told me the I needed another shot of cordazone. He told me that at my next appointment he would fit me for orthodics. At this point, 3 weeks after my 2nd shot the pain is about 1/2 of what is was. I have been talking to a friend here at C.I.M. Mr. Dale Boewe and he has told me that he has been complaining of the same exact pain as I for over 13 months and so far he has been given no medical help for his pain. I find this cruel and unusual as I Know from experience just how much pain he is experiencing.

Eric Magney  5-8-08

My Name is Mike          and Im an inmate at Chino State Prison "CIM". The reason Im writting this statement is to clarify that inmate Dale E Boewe has been completely ignore Medical Proffesionaly Humane-ly. How do I know this cause Ive been in the system with Mr. Boewe the whole time! We met at the doctors office as I was in dire need of help "Medical" for my feet, lower extremities I know first hand how miserable it is to move around, Funtion, when each step is lik Pins and Needles, and if not treated properly it spreads up the legs and even goes up into the back! Ive been there! Its horrible. The difference between Mr. Boewe is that I got Proper Treatment. First off, and Most importantly, is the orthodics. These must be worn immediately to decrease the pain, but more importantly, "Straighten up the foot-Aline the entire structure of the foot, ankle. In the California state Prison system I was casted for custom orthodics immediatly (By the way, when I saw the doctor Ch (Dally) I Believe, I pointed him out to Mr Boewe, Mr Boewe stated that was the same doctor that issue him - The doctor who told him under no circumstance are orthodics given to an inmate, let alone casted (Said they can be used as weapons (Mr Boewe and I are Looking at each other in disbelief as he has the crutches he had to beg for from another doctor "Dr Smith". The Doctor "PODIATRIST" AT Chino CIM is a liar. And I will stand up and under oath, State that I recenes Orthodics, Inserts, Wraps, Propa Medication (I cant Believe the Doctor Gave Mr Boewe Vitamins I was taken care of, Pretty, Good! But I know for a fact Mr Boewe was not, I was there! You caused him extreme pain and Hardship. And Probably permenment Damage!

DATE GIFT
MAY-9-08

CHINO-CIM  MAGNOLIA HALL
FEB-4-08
168 LOW
INMATE FARMER....
Jimmy

I recently spoke with an inmate (Dale E Boewe V45720) in the chow hall line! He was on crutches, as was sitting down on a horse shoe back stop, as the wait in line can take up to 45 minutes... Mr. Boewe asked me about my shoes; See, I have a foot (feet problem) and I have doctor ordered "Ortho-pedic shoes." These shoes provide support, and serve to correct alinement! Mr. Boewe asked me how I got them. I told them that (CIM, CALIF STATE PRISON) let me keep them, they are doctored ordered by out-side physicians! I can not walk with out them. It causes tremendous pain, and can further damage my feet They are Critical; Mr. Boewe told me he had Orthodics and Orthopedic Shoes, that they were taken away by C.D.C. Calif State Prison System, that is why he is now on crutches, and Pleading for a "Wheel-chair". Has tried every thing to get "Orthodics"; I will testify that I was allowed to keep my Orthopedic Appliances!!!    Jimmy Farmer

JCC V45728

CHINO MEDICAL "MALPRACTICE"

F77421

My NAME is ROBERT KROHNE F77421, I'm AT CHINO PRISON, My LOCATION is REDWOOD, 113 UPPER. I AM DALE BOEWES V45728 BUNKIE! I AM PUTTING THESE WORDS DOWN AS A TESTIMONY TO WHAT I'VE OBSERVED, AND WITTNESSED FIRST HAND! THE UNPROFFESIONAL AND DANGEROUS MEDICAL CARE THAT MR. BOEWE HAS GOTTEN, OR WHAT I CAN TRUELY SAY BY BEING PRESENT, "HAS NOT RECEIVED! FIRST OFF! I'VE MAILED "PUT IN" NUMEROUS, AND NUMEROUS DOCTORS REQUEST FOR HELP 602, AND OTHER PAPER WORK FOR MR. BOEWE. "DUE TO THAT "ITS VERY PAINFULL AND HARMFULL FOR MR. BOEWE TO WALK! I'VE SEEN HOW HARD IT IS TO GET TO CHOW! I'VE CARRIED HIS TRAY FOR HIM! CHINO is HUGE, AND FROM WHAT I'VE PERSONALLY SEEN! MR. BOEWE GOES TO MEDICAL, AND HE ENDS UP WITH OUT PROPER CARE, BUT ORDER'S TO WALK ALL AROUND THIS PLACE EVEN MORE! MR. BOEWE HAS TOLD ME WHAT HIS MEDICAL NEEDS ARE, AND HE'S TOLD THE MEDICAL STAFF HERE AT CHINO! HE NEEDS A SPECIALISTS, AND ALL I SEE HIM DOING is GETTING NOTHING BUT PAIN. I'm HAVEING TROUBLE WITH MEDICAL MYSELF! I'VE LOOKED AT ALL OF MR BOEWE'S MEDICAL RECORDS HE HAD MAILED IN FROM THE OUT SIDE! ITS SIMPLE TO SEE THE ORTHODICS AND THERAPY ARE MANDATORY TO HIS HEALTH! BY THE CONDITIONS YOU BRING, IT IS NOTHING LESS THAN CAUSEING CHRONIC AND PERMAMENT TORTURE "AND ITS ALL UNESSASARY! I WILL TESTIFY TO THIS IN A COURT OF LAW! WHAT I'VE WITTNESSED

OCT 15-07    Robert J Krohne    F77421

REDWOOD 113 UP, CHINO, CA, 91708    PAROLE NOV-19th 07

FONTANA

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Dale E. Boewe

2254    1983

FILING FEE PAID
Yes ___ No ✓

IFP MOTION FILED
Yes ___ No ✓

COPIES SENT TO

2008 MAY 21  PM 3: 01

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED   San Bernardino
PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Dale E. Boewe
PO Box 600
Chino, CA 91708
V-45728

**ATTORNEYS (IF KNOWN)**

'08 CV 0903 L PCL

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
    (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
**(For Diversity Cases Only)          FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 42 U.S.C. 1983

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ Security Act | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**    JUDGE                    Docket Number

DATE    May 21, 2008

SIGNATURE OF ATTORNEY OF RECORD

R Miller