Dale Boewe
423 West Route 66
#50
Glendora, CA
  91740



In The United States District Court
For The Southern District of California

Dale Boewe,
         Plaintiff,

vs.

Dr. Hill et. al.,
         Defendants.

Case Number:
  08CV0903 L(PCL)

Notice of Change
of Address.

23 May 2008.

Comes now the plaintiff, Dale Boewe, to respectfully notify this Honorable Court of his new address.

On 15 May 2008 I did mail to this Honorable Court a civil rights complaint pursuant to 42 U.S.C. §1983. The plaintiff does request all responses from this Honorable Court be sent to him at the address shown above as that is now plaintiff's address.
Respectfully,

               Dale Boewe
               Plaintiff

P. 1 of 1 Notice of Address Change.

Dale Boener #50
423 W. Route 66
Glendora, Calif
91740

CITY OF INDUSTRY CA 917
PASADENA CA 910
27 MAY 2008 PM 6 T

United States District Court
Southern District of California
880 Front Street
Room 4290
San Diego, CA 01260

RECEIVED
MAY 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY