# UNITED STATES DISTRICT COURT

### Southern District of California

Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900



W. Samuel Hamrick, Jr.,
Clerk of Court

June 5, 2008

Clerk, U.S. District Court
Central District of California, Eastern Division
3470 Twelfth Street
Riverside, CA 92501

Re: Dale E Boewe v. Hill, et al., Case No. 3:08-cv-00903-L-PCL

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are electronically transmitting herewith our entire original file.

        Sincerely yours,

        W. Samuel Hamrick, Jr.,
        Clerk of the Court

        By: s/ M. Jenkins, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

```
6/5/08
EDCV08-755    (E)
La'Ree Horn
```