

| | |
|---|---|
| cacd_ecfmail@cacd.uscourts.gov | To  InterdistrictTransfer_CASD@casd.uscourts.gov |
| 06/10/2008 04:56 PM | cc |
| | bcc |
| | Subject  Transferred case has been opened |

```
CASE: 3:08-cv-00903

DETAILS: Case transferred from California Southern
has been opened in UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF
CALIFORNIA
as case 5:08-cv-00755, filed 06/05/2008.
```